Ira Brad Matetsky (IM1881)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10022
(212) 922-9250
(212) 922-9335 (facsimile)
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

STEPHEN M. WILSON, BRW ENGINEERING LTD.,
WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK
ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH,
TOP DOWN PARTNERS, LLC, JOEL LEVINE,
MORRIS TALANSKY, ABRAHAM MOSHEL,
MAGMA INTERNATIONAL SERVICES, LTD.,
ALBERT REICHMANN, HEXAGRAM & CO., and
POLYBUTES COMPANY,

                          Plaintiffs,

                          -against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, MENASHE BRODER, SHIMON ECKHAUS,
MICHAEL FEDERMAN, ESTATE OF JACOB TOREN,
JOSEPH ACKERMAN, JOSEPH GASPAR, GINO
PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI,
YOAV CHELOUCHE, and YEHOSHUA ELDAR,

                          Defendants.

----------------------------------------------------------------x

**RULE 7.1 STATEMENT**

07 CV 6176 (LTS)

ECF CASE

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BRW ENGINEERING LTD., WIS PARTNERS LTD., TOP DOWN PARTNERS, LLC, MAGMA INTERNATIONAL SERVICES, LTD., HEXAGRAM &

CO. and POLYBUTES COMPANY (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held and own 10% or more of said parties' stock:

| | | |
|---|---|---|
| a. | For BRW ENGINEERING LTD.: | none |
| b. | For WIS PARTNERS LTD.: | Fairchild Corporation |
| c. | For TOP DOWN PARTNERS, LLC: | none |
| d. | For MAGMA INTERNATIONAL SERVICES, LTD.: | none |
| e. | For HEXAGRAM & CO.: | none |
| f. | For POLYBUTES COMPANY: | none |

Dated: New York, New York
July 2, 2007

GANFER & SHORE, LLP

By: _____
Ira Brad Matetsky (IM1881)
360 Lexington Avenue
New York, New York 10022
(212) 922-9250
(212) 922-9335 (facsimile)
Attorneys for Plaintiffs