UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| STEPHEN M. WILSON, BRW ENGINEERING LTD., WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH, TOP DOWN PARTNERS, LLC, JOEL LEVINE, MORRIS TALANSKY, ABRAHAM MOSHEL, MAGMA INTERNATIONAL SERVICES, LTD., ALBERT REICHMANN, HEXAGRAM & CO., and POLYBUTES COMPANY, | 07 CV 6171 (LTS)(DFE)  ECF CASE |
| Plaintiffs, | |
| -against- | **NOTICE OF MOTION** |
| IMAGESAT INTERNATIONAL N.V., ISRAEL AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS LTD., MOSHE KERET, IZHAK NISSAN, JACOB WEISS, MENASHE BRODER, SHIMON ECKHAUS, MICHAEL FEDERMAN, ESTATE OF JACOB TOREN, JOSEPH ACKERMAN, JOSEPH GASPAR, GINO PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI, YOAV CHELOUCHE and YEHOSHUA ELDAR, | |
| Defendants, | |

-------------------------------------------------------------------X

  PLEASE TAKE NOTICE that, upon the Affidavit of Yoram Ginach, dated June 7, 2007, the complaint in this action attached as an exhibit thereto, and the Memorandum of Law, Harbinger International Holdings S.A., will move this Court before the Honorable Laura Taylor Swain at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 17C, New York, New York, on August 30, 2007 at 10:00 a.m., for an order pursuant to Rule 24 of the Federal Rules of Civil Procedure granting Harbinger International Holdings S.A. leave to intervene as a party plaintiff, and granting such other and further relief as the Court deems just and proper.

2

PLEASE TAKE FURTHER NOTICE that Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York requires that any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within five business days after service of the answering papers.

Dated: New York, New York
       August 7, 2007

                              MANUEL & ROSENFELD, LLP

                       By:_____
                            Shira Y. Rosenfeld (SR 5392)
                            Charles B. Manuel, Jr. (CM 3020)
                            One Penn Plaza, Suite 2527
                            New York, New York 10119
                            T: 212-792-0999
                            F: 212-792-0998

                            *Attorneys for*
                        *Harbinger International Holdings S.A.*