UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STEPHEN M. WILSON, BRW ENGINEERING LTD.,
WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK
ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH,
TOP DOWN PARTNERS, LLC, JOEL LEVINE,
MORRIS TALANSKY, ABRAHAM MOSHEL,            07 CV 6176 (LTS)(DFE)
MAGMA INTERNATIONAL SERVICES, LTD.,
ALBERT REICHMANN, HEXAGRAM & CO., and           ECF CASE
POLYBUTES COMPANY,

                        Plaintiffs,

      -against-                                   **NOTICE OF
                                                APPLICATION
                                              FOR REINSTATEMENT**

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, MENASHE BRODER, SHIMON ECKHAUS,
MICHAEL FEDERMAN, ESTATE OF JACOB TOREN,
JOSEPH ACKERMAN, JOSEPH GASPAR, GINO
PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI,
YOAV CHELOUCHE and YEHOSHUA ELDAR,

                        Defendants,

-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Harbinger International Holdings S.A. respectfully requests that its Motion for Leave to Intervene as a Party Plaintiff be reinstated.

      PLEASE TAKE FURTHER NOTICE that Harbinger International Holdings S.A. certifies pursuant to Section 2B of the Individual Practices of Judge Laura Taylor Swain that it has used its best efforts to informally resolve the matters raised in this motion by exchange of letters and telephone calls.

1

2

Dated: New York, New York
      August 22, 2007

                          MANUEL & ROSENFELD, LLP

                          */s/ Shira Y. Rosenfeld*
By:_____
              Shira Y. Rosenfeld (SR 5392)
            Charles B. Manuel, Jr. (CM 3020)
                One Penn Plaza, Suite 2527
                 New York, New York 10119
                      T: 212-792-0999
                      F: 212-792-0998

                              *Attorneys for*
                *Harbinger International Holdings S.A.*