Ira Brad Matetsky (IM1881)
Matthew N. Tobias (MT5290)
Matthew R. Maron (MM2270)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 7 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN M. WILSON, et al.,

                Plaintiff,

- against -

IMAGESAT INTERNATIONAL N.V.,

                Defendants.

07 Civ. 6176 (LTS)

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiffs hereby voluntarily discontinue the above-captioned action, with prejudice, *as against defendant Menashe Broder only.*

Dated: New York, New York
        August 22, 2007

SO ORDERED.

_____
LAURA TAYLOR SWAIN   8/24/2007
UNITED STATES DISTRICT JUDGE

GANFER & SHORE, LLP

By: _____
    Ira Brad Matetsky (IM1881)
    Matthew N. Tobias (MT5290)
    Matthew R. Maron (MM2270)
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
*Attorneys for Plaintiffs*

Returned to chambers for scanning on 9/29/07
Scanned by chambers on 8/30/07

MICROFILM AUG 2 7 2007 -3 02 PM