UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

STEPHEN M. WILSON, BRW ENGINEERING : 
LTD., WIS PARTNERS LTD., MOSHE BAR-LEV, : 
PATRICK ROSENBAUM, MICHAEL MORRIS, : 
HAIM YIFRAH, TOP DOWN PARTNERS, LLC, : 
JOEL LEVINE, MORRIS TALANSKY, ABRAHAM : 
MOSHEL, MAGMA INTERNATIONAL : 
SERVICES, LTD., ALBERT REICHMANN, : 
HEXAGRAM & CO., and POLYBUTES : 
COMPANY : 
                                                : 
                        Plaintiffs,             :    CASE NO. 07 Civ. 6176 (LTS)
                                                : 
            v.                                  : 
                                                : 
IMAGESAT INTERNATIONAL N.V., ISRAEL : 
AEROSPACE INDUSTRIES LTD., ELBIT : 
SYSTEMS LTD., MOSEH KERET, IZHAK : 
NISSAN, JACOB WEISS, MENASHE BRODER, : 
SHIMON ECKHAUS, MICHAEL FEDERMAN, : 
ESTATE OF JACOB TOREN, JOSEPH : 
ACKERMAN, JOSEPH GASPAR, GINO PIPERNO- : 
BEER, JAMES DEPALMA, DAVID ARZI, YOAV : 
CHELOUCHE, and YEHOSHUA ELDAR : 
                                                : 
                        Defendants.             :    [Electronically Filed]
                                                : 
_____x

## NOTICE OF APPEARANCE

NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby appear as counsel of record for

Defendant, James DePalma, in the above-captioned action.

Dated:    September 6, 2007
          New York, New York

                                      By: _____
                                          Robert F. Carangelo (RC-3162)
                                          Stacy Nettleton (SN-1028)
                                          WEIL GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          *Counsel for James DePalma*

## CERTIFICATE OF SERVICE

I, Stacy Nettleton, an attorney admitted to this Court, do hereby certify, under penalty of perjury, that I have today caused a copy of the annexed document to be served electronically and by first class mail upon all counsel as reflected on the attached service list.

New York, New York
Dated:  September 6, 2007

Stacy Nettleton

*Stephen M. Wilson, et al. v. ImageSat Int'l N.V., et al.,*
**Case No. 07-Civ.-6176 – Service List**

Ira Brad Matesky, Esq.
Matthew Russell Maron, Esq.
Matthew Norman Tobias, Esq.
GANFER & SHORE, LLP
360 Lexington Avenue
14th Floor
New York, NY 10017

*Counsel for Plaintiffs Stephen M. Wilson, BRW
Engineering Ltd., Wis Partners Ltd., Moshe Bar-Lev,
Patrick Rosenbaum, Michael Morris, Haim Yifrah,
Top Down Partners, LLC, Joel Levine, Morris
Talansky, Abraham Moshel, Magma Int'l Servs.,
Ltd., Albert Reichmann, Hexagram & Co., Polybutes
Company*

Sander Bak, Esq.
MILBANK, TWEED, HADLEY & McCLOY,
LLP.
1 Chase Manhattan Plaza
New York, NY 10005

*Counsel for Defendants ImageSat Int'l N.V.,
Moshe Keret, Izhak Nissan, Jacob Weiss,
Shimon Eckhaus, Gino Piperno-Beer, David
Arzi, and Yoav Chelouche*

Stephen Wagner, Esq.
COHEN TAUBER SPIEVACK & WAGNER LLP
420 Lexington Ave. Suite 2400,
New York, NY 10170

*Counsel for Defendants Israel Aerospace Industries
Ltd. and Yehoshua Eldar*

Eric S. Goldstein, Esq.
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Counsel Defendants Israel Aerospace
Industries Ltd. and Yehoshua Eldar*

Simon J. K. Miller, Esq.
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendants Elbit Systems Ltd., Michael
Federman, Estate of Jacob Toren, Joseph Ackerman,
Joseph Gaspar*