Sander Bak (SB 2263)
Deborah Elman (DB 2310)
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: (212) 530-5000
Facsimile:  (212) 530-5219

*Attorneys for Defendants ImageSat International
N.V., Moshe Keret, Izhak Nissan, Jacob Weiss,
Shimon Eckhaus, Gino Piperno-Beer, David Arzi,
and Yoav Chelouche*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN M. WILSON, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>IMAGESAT INTERNATIONAL N.V., *et al.*,<br>　　　　　Defendants. | Docket No. 07 Civ. 6176 (LTS)<br><br>NOTICE OF APPEARANCE<br><br>[Electronically Filed] |

　　　　PLEASE TAKE NOTICE that Milbank, Tweed, Hadley & McCloy LLP hereby enters its appearance as counsel of record for Defendants IMAGESAT INTERNATIONAL N.V., MOSHE KERET, IZHAK NISSAN, JACOB WEISS, SHIMON ECKHAUS, GINO PIPERNO-BEER, DAVID ARZI, and YOAV CHELOUCHE in this proceeding, and requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

NY2:#4750115

DATED:       September 10, 2007
             New York, New York        MILBANK, TWEED, HADLEY & McCLOY LLP

                                       By:    _D. Elman_____
                                              Sander Bak (SB 2263)
                                              Deborah Elman (DB 2310)
                                              1 Chase Manhattan Plaza
                                              New York, NY 10005-1413
                                              Phone: (212) 530-5000
                                              Fax: (212) 822-5219
                                              E-mail: sbak@milbank.com
                                                      delman@milbank.com

                                       *Attorneys for Defendants ImageSat
                                       International N.V., Moshe Keret, Izhak Nissan,
                                       Jacob Weiss, Shimon Eckhaus, Gino Piperno-
                                       Beer, David Arzi, and Yoav Chelouche*

## CERTIFICATE OF SERVICE

I, Deborah Elman, hereby certify that on September 10, 2007, I caused true and correct copies of the foregoing document entitled NOTICE OF APPEARANCE to be served electronically and by first class mail upon all counsel as reflected on the attached service list.

DATED:  September 10, 2007
        New York, New York

*D. Elman*
Deborah A. Elman

NY2:#4750115

*Stephen M. Wilson et al. v. ImageSat Int'l N.V. et al.*
<u>Case No. 07-Civ-6176 – Service List</u>

Ira B. Matetsky, Esq.
Matthew R. Maron, Esq.
Matthew N. Tobias, Esq.
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10022
(212) 922-9250
(212) 922-9335 (fax)

*Counsel for Plaintiffs Stephen M. Wilson, BRW Engineering Ltd., WIS Partners Ltd., Moshe Bar-Lev, Patrick Rosenbaum, Michael Morris, Haim Yifrah, Top Down Partners, LLC, Joel Levine, Morris Talansky, Abraham Moshel, Magma International Services, Ltd., Albert Reichmann, Hexagram & Co., and Polybutes Company*

Simon J.K. Miller, Esq.
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendants Elbit Systems Ltd., Michael Federman, Estate of Jacob Toren, Joseph Ackerman, Joseph Gaspar*

Steve Wagner, Esq.
COHEN TAUBER SPIEVACK & WAGNER LLP
420 Lexington Ave., Suite 2400
New York, NY 10170

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

Eric S. Goldstein, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

Robert F. Carangelo, Esq.
Stacy Nettleton, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10023
(212) 310-8000
(212) 833-3148 (fax)

*Counsel for Defendant James DePalma*

NY2:#4750115