Ira Brad Matetsky (IM1881)
Matthew N. Tobias (MT5290)
Matthew R. Maron (MM2270)
William A. Jaskola (WJ9839)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

STEPHEN M. WILSON, BRW ENGINEERING LTD.,
WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK
ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH,
TOP DOWN PARTNERS, LLC, JOEL LEVINE,
MORRIS TALANSKY, ABRAHAM MOSHEL,
MAGMA INTERNATIONAL SERVICES, LTD.,
ALBERT REICHMANN, HEXAGRAM & CO., and
POLYBUTES COMPANY,

                Plaintiffs,

        -against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, MENASHE BRODER, SHIMON ECKHAUS,
MICHAEL FEDERMAN, ESTATE OF JACOB TOREN,
JOSEPH ACKERMAN, JOSEPH GASPAR, GINO
PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI,
YOAV CHELOUCHE, and YEHOSHUA ELDAR,

                Defendants.

---------------------------------------------------------------x

07 CV 6176 (LTS)

**NOTICE OF APPEARANCE**

    **PLEASE BE ADVISED**, that the undersigned attorney hereby enters appearance as additional representative and counsel for Plaintiffs, STEPHEN M. WILSON, BRW ENGINEERING LTD., WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK

ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH, TOP DOWN PARTNERS, LLC, JOEL LEVINE, MORRIS TALANSKY, ABRAHAM MOSHEL, MAGMA INTERNATIONAL SERVICES LTD., ALBERT REICHMANN, HEXAGRAM & CO., and POLYBUTES COMPANY, in the above-captioned action.

Dated: New York, New York
      September 12, 2007

                      GANFER & SHORE, LLP

                      By:_____
                          William A. Jaskola (WJ9839)
                      360 Lexington Avenue
                      New York, New York 10017
                      (212) 922-9250
                      (212) 922-9335 (facsimile)
                      wjaskola@ganshore.com
                      *Attorneys for Plaintiffs*