UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEPHEN M. WILSON, BRW ENGINEERING LTD.,
WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK
ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH,
TOP DOWN PARTNERS, LLC, JOEL LEVINE,
MORRIS TALANSKY, ABRAHAM MOSHEL,
MAGMA INTERNATIONAL SERVICES, LTD.,
ALBERT REICHMANN, HEXAGRAM & CO., and
POLYBUTES COMPANY,

       Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, MENASHE BRODER, SHIMON ECKHAUS,
MICHAEL FEDERMAN, ESTATE OF JACOB TOREN,
JOSEPH ACKERMAN, JOSEPH GASPAR, GINO
PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI,
YOAV CHELOUCHE and YEHOSHUA ELDAR,

       Defendants,

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  SEP 2 5 2007
```

07 CV 6176 (LTS)(DFE)

ECF CASE

**NOTICE OF
APPLICATION
FOR REINSTATEMENT**

  PLEASE TAKE NOTICE that Harbinger International Holdings S.A. respectfully requests that its Motion for Leave to Intervene as a Party Plaintiff be reinstated.

  PLEASE TAKE FURTHER NOTICE that Harbinger International Holdings S.A. certifies pursuant to Section 2B of the Individual Practices of Judge Laura Taylor Swain that it has used its best efforts to informally resolve the matters raised in this motion by exchange of letters and telephone calls.

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do ..ot fax such certification to Chambers.

1

Dated: New York, New York
August 22, 2007

                                        MANUEL & ROSENFELD, LLP

                                        */s/ Shira Y. Rosenfeld*

By: _____
                  Shira Y. Rosenfeld (SR 5392)
                  Charles B. Manuel, Jr. (CM 3020)
                  One Penn Plaza, Suite 2527
                  New York, New York 10119
                  T: 212-792-0999
                  F: 212-792-0998

                  *Attorneys for*
                  *Harbinger International Holdings S.A.*

The reinstatement request is granted.

SO ORDERED.

*[signature]* 9/24/2007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE