UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEPHEN M. WILSON, BRW ENGINEERING LTD., WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH, TOP DOWN PARTNERS, LLC, JOEL LEVINE, MORRIS TALANSKY, ABRAHAM MOSHEL, MAGMA INTERNATIONAL SERVICES, LTD., ALBERT REICHMANN, HEXAGRAM & CO., and POLYBUTES COMPANY,

      Plaintiffs,

v.

IMAGESAT INTERNATIONAL N.V., ISRAEL AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS LTD., MOSHE KERET, IZHAK NISSAN, JACOB WEISS, MENASHE BRODER, SHIMON ECKHAUS, MICHAEL FEDERMAN, ESTATE OF JACOB TOREN, JOSEPH ACKERMAN, JOSEPH GASPAR, GINO PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI, YOAV CHELOUCHE, and YEHOSHUA ELDAR,

      Defendants.

Case No. 07 Civ 6176

**Rule 7.1 Statement**

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Israel Aerospace Industries Ltd. hereby states that it has no parent corporation and no publicly held corporation owns 10% or more, directly or indirectly, of its stock.

Dated: New York, New York
      October 9, 2007

                             PAUL, WEISS, RIFKIND,
                             WHARTON & GARRISON LLP

                             By: ___/s/ Eric S. Goldstein___
                                  Eric S. Goldstein
                                  Jonathan Hurwitz
                                  Peggy S. Chen

2

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendants Israel Aerospace Industries Ltd.*

2