AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK   )
                                        )
COUNTY OF NEW YORK  )

Austin K. Wilkinson, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On October 9, 2007, I served true copies of the attached RULE 7.1 STATEMENT, NOTICE OF APPEARANCE OF ERIC S. GOLDSTEIN, NOTICE OF APPEARANCE OF PEGGY S. CHEN and NOTICE OF APPEARANCE OF JONATHAN HURWITZ on the following:

>   Simon Miller, Esq.
>   Greenberg Traurig, LLP
>   200 Park Avenue
>   New York, New York 10166

3. I made such service by personally enclosing true copies of the aforementioned documents in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Austin K. Wilkinson

Sworn to before me this
9th day of October, 2007

_____
Notary Public

REBECCA McCARTHY
Notary Public, State of New York
No. 01MC6109653
Qualified in New York County
Commission Expires May 17, 2008