UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN M. WILSON, BRW ENGINEERING LTD., WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH, TOP DOWN PARTNERS, LLC, JOEL LEVINE, MORRIS TALANSKY, ABRAHAM MOSHEL, MAGMA INTERNATIONAL SERVICES, LTD., ALBERT REICHMANN, HEXAGRAM & CO., and POLYBUTES COMPANY,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>IMAGESAT INTERNATIONAL N.V., ISRAEL AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS LTD., MOSHE KERET, IZHAK NISSAN, JACOB WEISS, MENASHE BRODER, SHIMON ECKHAUS, MICHAEL FEDERMAN, ESTATE OF JACOB TOREN, JOSEPH ACKERMAN, JOSEPH GASPAR, GINO PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI, YOAV CHELOUCHE, and YEHOSHUA ELDAR,<br><br>　　　　　　　　Defendants. | Case No. 07 Civ 6176 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is appearing as counsel on behalf of Israel Aerospace Industries Ltd. and Yehoshua Eldar in the above-captioned action, and requests that all notices given or required to be given and all papers served or required to be served be given or served upon the undersigned.

Dated: New York, New York
　　　　October 9, 2007

　　　　　　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND,
　　　　　　　　　　　　　　　　　　　WHARTON & GARRISON LLP

　　　　　　　　　　　　　　　　　　　By:　　/s/ Jonathan Hurwitz

Jonathan Hurwitz
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendants Israel Aerospace
Industries Ltd. and Yehoshua Eldar*