Simon Miller (SM 6278)
Elizabeth Prickett-Morgan (EP 7536)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

***Attorneys for Defendants Elbit Systems Ltd., Michael Federmann, Joseph Ackerman, Joseph Gaspar, and Estate of Jacob Toren***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

| | |
|---|---|
| STEPHEN M. WILSON, BRW ENGINEERING LTD., WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH, TOP DOWN PARTNERS, LLC, JOEL LEVINE, MORRIS TALANSKY, ABRAHAM MOSHEL, MAGMA INTERNATIONAL SERVICES, LTD., ALBERT REICHMANN, HEXAGRAM & CO., and POLYBUTES COMPANY,<br><br>      Plaintiffs,<br><br>vs.<br><br>IMAGESAT INTERNATIONAL N.V., ISRAEL AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS LTD., MOSHE KERET, IZHAK NISSAN, JACOB WEISS, MENASHE BRODER, SHIMON ECKHAUS, MICHAEL FEDERMANN, ESTATE OF JACOB TOREN, JOSEPH ACKERMAN, JOSEPH GASPAR, GINO PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI, YOAV CHELOUCHE, and YEHOSHUA ELDAR,<br><br>      Defendants. | CV-07-6176 (LTS)<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

------------------------------------X

**PLEASE TAKE NOTICE** that Elizabeth Prickett-Morgan hereby enters an appearance as counsel for Defendants Elbit Systems Ltd., Michael Federmann, Joseph Ackerman, Joseph Gaspar, and Estate of Jacob Toren.

Dated: October 10, 2007

GREENBERG TRAURIG, LLP

By: _____
Elizabeth Prickett-Morgan (EP 7536)
200 Park Avenue
New York, New York 10166
(212) 801-9200

*Attorneys for Defendants*
*Elbit Systems Ltd., Michael Federmann,*
*Joseph Ackerman, Joseph Gaspar, and*
*Estate of Jacob Toren*