UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

STEPHEN M. WILSON, *et al.,*                                   :

                                    Plaintiffs,                :

                    -against-                                  :        07 Civ. 6176 (LTS)

IMAGESAT INTERNATIONAL N.V., *et al.,*                         :

                                    Defendants.                :


-------------------------------------------------------------------------X


## NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Rules 12(b)(6), 9(b), and 8(a) of the Federal Rules of Civil Procedure, upon the accompanying memorandum of law, Defendant James DePalma ("Movant") will move this Court, before the Honorable Laura T. Swain, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 755, New York, New York 10007, on a date and at a time to be set by the Court, for an order dismissing the Complaint in this action.

PLEASE TAKE FURTHER NOTICE that the undersigned certifies, pursuant to Rule 2(B) of Judge Swain's Individual Practices Rules, that Movant used his best efforts to resolve informally the matters raised in his submission, but such efforts were unsuccessful.

Dated: New York, New York
       October 15, 2007


WEIL, GOTSHAL & MANGES LLP


By:_____
       Robert F. Carangelo (RC-3162)
       Stacy Nettleton (SN-1028)

767 Fifth Avenue
New York, New York 10153
(212) 310-8000

*Attorneys for James DePalma*



TO:    Ira Brad Matetsky
       GANFER & SHORE, LLP
       360 Lexington Avenue
       New York, New York 10017

       *Attorneys for Plaintiff Wilson, et al.*