UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
STEPHEN M. WILSON, BRW ENGINEERING : 
LTD., WIS PARTNERS LTD., MOSHE BAR- : CV-07-6176 (LTS)
LEV, PATRICK ROSENBAUM, MICHAEL :
MORRIS, HAIM YIFRAH, TOP DOWN :
PARTNERS, LLC, JOEL LEVINE, MORRIS :
TALANSKY, ABRAHAM MOSHEL, MAGMA :
INTERNATIONAL SERVICES, LTD., ALBERT :
REICHMANN, HEXAGRAM & CO., and :
POLYBUTES COMPANY, :
 :
                Plaintiffs, :
 :
  vs. :
 :
IMAGESAT INTERNATIONAL N.V., ISRAEL :
AEROSPACE INDUSTRIES LTD., ELBIT :
SYSTEMS LTD., MOSHE KERET, IZHAK :
NISSAN, JACOB WEISS, MENASHE BRODER, :
SHIMON ECKHAUS, MICHAEL FEDERMANN, :
ESTATE OF JACOB TOREN, JOSEPH :
ACKERMAN, JOSEPH GASPAR, GINO :
PIPERNO-BEER, JAMES DEPALMA, DAVID :
ARZI, YOAV CHELOUCHE, and YEHOSHUA :
ELDAR, :
 :
                Defendants. :
---------------------------------------- X

## DEFENDANT ELBIT SYSTEMS LTD.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Defendant Elbit Systems Ltd. hereby states that there are no parent corporations or publicly traded companies that own 10% or more of the stock of Elbit Systems Ltd.

Dated: New York, New York
       October 15, 2007

                                              Respectfully submitted,

                                              GREENBERG TAURIG, LLP

                                          By:_____/s_____
                                                Simon Miller (SM 6728)
                                                Elizabeth Prickett-Morgan (EP-7536)
                                                200 Park Avenue
                                                New York, New York 10166
                                                (212) 801-9200

                                                Stephen C. Carlin
                                                Peter S. Wahby
                                                2200 Ross Avenue, Ste. 5200
                                                Dallas, Texas 75201
                                                (214) 665-3600
                                                *(Pro Hac Vice applications forthcoming)*

                                                *Attorneys for Defendant Elbit Systems Ltd., Michael Federmann, Joseph Ackerman, Joseph Gaspar, and Estate of Jacob Toren*