UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

STEPHEN M. WILSON, BRW ENGINEERING        :
LTD., WIS PARTNERS LTD., MOSHE BAR-LEV,   :
PATRICK ROSENBAUM, MICHAEL MORRIS,        :
HAIM YIFRAH, TOP DOWN PARTNERS, LLC,      :
JOEL LEVINE, MORRIS TALANSKY,             :
ABRAHAM MOSHEL, MAGMA                     :
INTERNATIONAL SERVICES, LTD., ALBERT      :
REICHMANN, HEXAGRAM & CO., and            :
POLYBUTES COMPANY,                        :
                                          :
                    Plaintiffs,           :
                                          :
          vs.                             :
                                          :
IMAGESAT INTERNATIONAL N.V., ISRAEL       :
AEROSPACE INDUSTRIES LTD., ELBIT          :
SYSTEMS LTD., MOSHE KERET, IZHAK          :
NISSAN, JACOB WEISS, MENASHE BRODER,      :
SHIMON ECKHAUS, MICHAEL FEDERMANN,        :
ESTATE OF JACOB TOREN, JOSEPH             :
ACKERMAN, JOSEPH GASPAR, GINO             :
PIPERNO-BEER, JAMES DEPALMA, DAVID        :
ARZI, YOAV CHELOUCHE, and YEHOSHUA        :
ELDAR,                                    :
                                          :
                    Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORAL ARGUMENT REQUESTED**

CV-07-6176 (LTS)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon this Notice of Motion, the accompanying

Memorandum of Law dated October 15, 2007 in support thereof, the annexed Declaration of David

Block Temin, dated October 15, 2007 and the exhibits thereto, Declaration of Michael Federmann,

dated October 11, 2007, Declaration of Tova Toren, dated October 12, 2007, Declaration of Joseph

Ackerman dated October 11, 2007, and Declaration of Joseph Gaspar, dated October 14, 2007, and

on the Joint Defendants' Memorandum Of Law In Support Of Dismissal Of The Complaint, dated

October 15, 2007, and upon all other proceedings herein, Defendants Elbit Systems Ltd., Michael

Federmann, Estate of Jacob Toren, Joseph Ackerman, and Joseph Gaspar, will move this Court

before the Honorable Laura T. Swain, United States District Judge, at the Daniel Patrick Moynihan

United States Courthouse,  500 Pearl St., New York, New York, 10007, at a date and time to be

determined by this Court, for an order pursuant to Federal Rule of Civil Procedure 12(b) (2), (3),

and (6) dismissing the Complaint brought against Defendants Elbit Systems Ltd., Michael

Federmann, Estate of Jacob Toren, Joseph Ackerman, and Joseph Gaspar in its entirety, and for

such other and further relief as the Court deems to be just and proper.

Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph

Ackerman, and Joseph Gaspar certify that they have used their best efforts to informally resolve the

matters raised in this submission.

Dated: New York, New York
      October 15, 2007

                                      GREENBERG TRAURIG, LLP


                                      By: _____s/_____
                                          Simon  Miller (SM 6728)
                                      MetLife Building
                                      200 Park Avenue
                                      New York, New York 10166
                                      (212) 801-9200

                                      *Attorneys for Defendants Elbit Systems*
                                      *Ltd., Michael Federmann, Estate of Jacob*
                                      *Toren, Joseph Ackerman, and Joseph Gaspar*