UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| STEPHEN M. WILSON, et al., | § § § | |
| Plaintiffs, | § § § | Docket No. 07 Civ. 6176 (LTS) |
| v. | § § § | |
| IMAGESAT INTERNATIONAL N.V., et al., | § § § § | DECLARATION OF TOVA TOREN |
| Defendants. | § § | |

1. I, the undersigned, Tova Toren, am over eighteen (18) years of age, have my full mental faculty, and am competent to make this Declaration. The facts set forth in this Declaration are within my personal knowledge and are true and correct.

2. I am a citizen of the State of Israel, where I now live.

3. I was married to Jacob Toren on October 8, 1961, and remained his spouse until his death on December 26, 2006. I am the sole beneficiary and heir of my husband's estate. I have personal knowledge of my husband's employment history and his related travels to the United States.

4. Based on my personal knowledge, my husband was a member of the Board of Directors of ImageSat International, N. V. ("ImageSat") from in or around 1999, and resigned from this Board in or around the end of 2001. To the best of my knowledge, his travels to the United States did not include any trips to the State of New York in connection with the activities and/or meetings of the Board of Directors of ImageSat or any of the allegations made the basis of Plaintiffs' Complaint. I do not believe that my husband ever met with any of the Plaintiffs in this action in the State of New York.

76422397v1 106337.010100

5. All of my husband's personal employment records are located in the State of Israel. None of his records of any business activity that he was involved with at any time, related or unrelated to any of the parties to the above-styled cause of action, are located in the State of New York.

6. My husband never owned, directly or indirectly, property or rented or had an office or a residence in the State of New York.

7. My husband never had an agent or employee who handled any business on his behalf in the State of New York.

8. My husband never had a driver's license, was never registered to vote and never held any other type of license issued by the State of New York.

9. My husband never advertised or distributed any publication in the State of New York or participated in any broadcast on any program in the State of New York.

10. My husband never owned an automobile or any vehicle licensed or registered by the State of New York.

11. My husband never had a post office box, telephone number or any automatic answering service in the State of New York.

12. My husband never held any professional license granted by the State of New York.

13. With the exception of the current proceeding, my husband never was named as a party to any other lawsuit or administrative proceeding in the State of New York.

14. Defending my husband's estate, which is now closed, against the claims made in the Complaint in the State of New York instead of in my home country of Israel will inflict an unforeseen and significant toll on me as I, a 68 year old widow, would be

required to travel to New York and participate in an unfamiliar, foreign, time-consuming and expensive legal process in English, which is not my primary language.

15. Because I am resident within the State of Israel, I would submit to the jurisdiction of the courts within my home country. Neither my husband nor I have ever consented to jurisdiction in the State of New York.

I declare under the penalty of perjury that the foregoing is true and correct.

This 12 Day of October, 2007.

_____
TOVA TOREN

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.

Case 1:07-cv-06176-DLC    Document 38    Filed 10/15/2007    Page 4 of 4