## Certificate Of Service

I hereby certify that I have this day served a copy of the foregoing Notice of Motion, Memorandum Of Law In Support Of Motion To Dismiss All Causes Of Action As Against Defendants Elbit Systems Ltd., Michael Federmann, Estate Of Jacob Toren, Joseph Ackerman And Joseph Gaspar, Declaration of David Block Temin, Declaration of Tova Toren, Declaration of Michael Federmann, Declaration of Joseph Gaspar, Declaration of Joseph Ackerman, and Rule 7.1 Statement of Elbit Systems, Ltd., by ECF, on all parties in this action:

>Ira Brad Matetsky, Esq.
>GANFER & SHORE, LLP
>360 Lexington Avenue
>New York, NY  10017
>*Attorneys for Plaintiffs*
>
>Sander Bak, Esq.
>Deborah Elman, Esq.
>MILBANK, TWEED, HADLEY & MCCLOY LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>(212) 530-5000
>*Counsel for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche*
>
>Stephen Wagner, Esq.
>Sari E. Kolatch, Esq.
>COHEN TAUBER SPIEVACK & WAGNER LLP
>420 Lexington Avenue, Suite 2400,
>New York, NY  10170

        Eric S. Goldstein, Esq.
        Jonathan H. Hurwitz
        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
        1285 Avenue of the Americas
        New York, NY  10019-6064
        *Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

October 15, 2007

                                                    /s
                                        Elizabeth Prickett-Morgan