UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN M. WILSON, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>IMAGESAT INTERNATIONAL N.V., *et al.*,<br><br>        Defendants. | Case No. 07 Civ 6176<br><br>**DECLARATION OF**<br>**YEHOSHUA ELDAR** |

I, Yehoshua Eldar, declare under penalty of perjury as follows:

1.      I submit this declaration in support of my motion to dismiss the Complaint in the above captioned matter.  I make this declaration from personal knowledge.

2.      I am a citizen and resident of Israel.  I do not now, nor have I ever, lived in New York or owned any real estate in New York.

3.      I am aware that the Complaint in this matter alleges that I was on the Board of Directors of ImageSat International N.V. ("ImageSat") in 2000 and 2001.  This is incorrect.  I was a never a director of ImageSat.

Dated: October 15, 2007
      New York, New York

_____
Yehoshua Eldar

{00011729.DOC; 1}