UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN M. WILSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> IMAGESAT INTERNATIONAL N.V., et al., <br><br> Defendants. | Case No. 07 Civ 6176 <br><br> **DECLARATION OF YAIR RAMATI** |

I, Yair Ramati, declare under penalty of perjury as follows:

1.  I am the Corporate Vice President of Marketing at Israel Aerospace Industries Ltd. ("IAI"). I have been employed by IAI in various capacities for over 20 years. I submit this declaration in support of IAI's motion to dismiss the Complaint in the above captioned matter. I make this declaration from personal knowledge.

2.  IAI is an Israeli corporation in the business of, among other things, developing military and commercial aerospace technology. IAI employs approximately 15,000 employees, most of whom are located at its headquarters at Ben Gurion Airport in Israel.

3.  IAI does not maintain an office in New York and does not have any employees stationed in New York.

4.  All of IAI's corporate books and records related to the claims in the Complaint are located at IAI's offices in Israel.

{00011672.DOC; 1}

Dated: October 15, 2007
     New York, New York

                                                      /s/
                                      Yair Ramati

{00011672.DOC; 1}