UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――x
STEPHEN M. WILSON, *et al.*,                : **Filed Electronically**
                                            :
            Plaintiff,     : Docket No. 07 Civ. 6176 (LTS)
   vs.                                      :
                                            :
                                            :
IMAGESAT INTERNATIONAL N.V., *et al.*,      : **ORAL ARGUMENT**
                                            :      **REQUESTED**
            Defendants.    :
―――――――――――――――――――――――――――x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant ImageSat International N.V. ("ImageSat"), by its undersigned attorneys, upon (i) the Joint Memorandum of Law in Support of Motion to Dismiss on Behalf of Defendants ImageSat, Israel Aerospace Industries Ltd., Elbit Systems Ltd., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, Yoav Chelouche, Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, Joseph Gasper and Yehushua Eldar ("Joint Mem."); (ii) the Memorandum of Law on Behalf of ImageSat; (iii) the Declaration of Deborah Elman and the exhibits attached thereto; (iv) the Declaration of Professor Peter van Schilfgaarde; (v) the Declaration of Dror Vigdor; (vi) the Declaration of Hagai Goren, and all other pleadings and proceedings herein, will move this Court before the Honorable Laura Taylor Swain, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10017-1312, at a time and date to be set by the Court, for an Order pursuant to Rules 9(b), 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint with prejudice, and granting such other relief as the Court deems proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2(b) of the Individual Practices of the Honorable Judge Laura Taylor Swain, undersigned counsel certifies that they conferred with Plaintiffs' counsel on September 7, 2007, and on several other occasions, using their best efforts to resolve or narrow the issues raised in ImageSat Motion to Dismiss the Complaint, but these efforts were unsuccessful.

Dated:  New York, New York
        October 15, 2007

                                                Respectfully submitted,

By: /s/ Sander Bak
Sander Bak (SB 2263)
Deborah Elman (DE 2310)
MILBANK, TWEED, HADLEY &
McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone:  (212) 530-5000
Facsimile:   (212) 530-5219

*Attorneys for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche*

To:     Ira Brad Matetsky, Esq.
        Matthew Russell Maron, Esq.
        Matthew Norman Tobias, Esq.
        William A. Jaskola, Esq.
        GANFER & SHORE, LLP
        360 Lexington Avenue
        14th Floor
        New York, New York 10022
        (212) 922-9250
        (212) 922-9335 (fax)

        *Counsel for Plaintiffs Stephen M. Wilson, BRW Engineering Ltd., WIS Partners Ltd., Moshe Bar-Lev, Patrick Rosenbaum, Michael Morris, Haim Yifrah, Top Down Partners, LLC, Joel Levine, Morris Talansky, Abraham Moshel, Magma*

2

*International Services, Ltd., Albert Reichmann, Hexagram & Co., and Polybutes Company*


Simon J.K. Miller, Esq.
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, Joseph Gaspar*


Steve Wagner, Esq.
Sari E. Kolatch, Esq.
COHEN TAUBER SPIEVACK &
WAGNER LLP
420 Lexington Ave., Suite 2400
New York, NY 10170

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*


Eric S. Goldstein, Esq.
Peggy Chen, Esq.
Jonathan H. Hurwitz, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*


Robert F. Carangelo, Esq.
Stacy Nettleton, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10023
(212) 310-8000
(212) 833-3148 (fax)

*Counsel for Defendant James DePalma*

3