UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────── x
STEPHEN M. WILSON, *et al.*,                :        **Filed Electronically**
                                            :
              Plaintiff,         :        Docket No. 07 Civ. 6176 (LTS)
   vs.                                      :
                                            :
                                            :
IMAGESAT INTERNATIONAL N.V., *et al.*,      :        **ORAL ARGUMENT**
                                            :             **REQUESTED**
              Defendants.        :
─────────────────────────────────────── x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendants David Arzi, Yoav Chelouche, Shimon Eckhaus, Moshe Keret, Izhak Nissan, Gino Piperno-Beer and Jacob Weiss (collectively, the "ImageSat D&Os"), by their undersigned attorneys, upon (i) the Joint Memorandum of Law in Support of Motion to Dismiss on Behalf of Defendants ImageSat International N.V., Israel Aerospace Industries Ltd., Elbit Systems Ltd., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, Yoav Chelouche, Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, Joseph Gasper and Yehushua Eldar ("Joint Mem."); (ii) the Memorandum of Law on Behalf of Defendants David Arzi, Yoav Chelouche, Shimon Eckhaus, Moshe Keret, Izhak Nissan, Gino Piperno-Beer and Jacob Weiss; (iii) the Declaration of Deborah Elman and the exhibits attached thereto; (iv) the Declaration of Professor Peter van Schilfgaarde; (v) the Declaration of Dror Vigdor; (vi) the Declarations of David Arzi, Yoav Chelouche, Shimon Eckhaus, Moshe Keret, Izhak Nissan, Gino Piperno-Beer, and all other pleadings and proceedings herein, will move this Court before the Honorable Laura Taylor Swain, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York, 10017-1312, at a time and date to be set by the Court, for an Order pursuant to Rules 8(a), 9(b), 12(b)(1), 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint with prejudice, and granting such other relief as the Court deems proper.

    PLEASE TAKE FURTHER NOTICE that pursuant to Rule 2(b) of the Individual Practices of the Honorable Judge Laura Taylor Swain, undersigned counsel certifies that they conferred with Plaintiffs' counsel on September 7, 2007, and on several other occasions, using their best efforts to resolve or narrow the issues raised in ImageSat D&Os Motion to Dismiss the Complaint, but these efforts were unsuccessful.

Dated:  New York, New York
        October 15, 2007

                Respectfully submitted,

                By:  /s/ Sander Bak
                Sander Bak (SB 2263)
                Deborah Elman (DE 2310)
                MILBANK, TWEED, HADLEY & McCLOY LLP
                1 Chase Manhattan Plaza
                New York, New York 10005
                Telephone: (212) 530-5000
                Facsimile: (212) 530-5219

*Attorneys for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche*

To:      Ira Brad Matetsky, Esq.
          Matthew Russell Maron, Esq.
          Matthew Norman Tobias, Esq.
          William A. Jaskola, Esq.
          GANFER & SHORE, LLP
          360 Lexington Avenue

14th Floor
New York, New York 10022
(212) 922-9250
(212) 922-9335 (fax)

*Counsel for Plaintiffs Stephen M. Wilson, BRW Engineering Ltd., WIS Partners Ltd., Moshe Bar-Lev, Patrick Rosenbaum, Michael Morris, Haim Yifrah, Top Down Partners, LLC, Joel Levine, Morris Talansky, Abraham Moshel, Magma International Services, Ltd., Albert Reichmann, Hexagram & Co., and Polybutes Company*


Simon J.K. Miller, Esq.
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, Joseph Gaspar*


Steve Wagner, Esq.
Sari E. Kolatch, Esq.
COHEN TAUBER SPIEVACK &
WAGNER LLP
420 Lexington Ave., Suite 2400
New York, NY 10170

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*


Eric S. Goldstein, Esq.
Peggy Chen, Esq.
Jonathan H. Hurwitz, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*


Robert F. Carangelo, Esq.
Stacy Nettleton, Esq.

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10023
(212) 310-8000
(212) 833-3148 (fax)

*Counsel for Defendant James DePalma*