UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN M. WILSON, *et al.*,<br>                Plaintiffs,<br>v.<br>IMAGESAT INTERNATIONAL N.V., *et al.*,<br>                Defendants. | Docket No. 07 Civ. 6176 (LTS) |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ImageSat International N.V. ("ImageSat"), by undersigned counsel, submits the following corporate disclosure statement. ImageSat has no parent corporation and is not publicly traded. Elbit Systems Electro-Optics Elop Ltd. ("Elop") has a 10 percent or greater ownership interest in ImageSat.

DATED:    October 15, 2007
                New York, New York

                MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

                By:    /s/ Sander Bak
                        Sander Bak (SB 2263)
                        Deborah Elman (DB 2310)
                        1 Chase Manhattan Plaza
                        New York, NY 10005-1413
                        Phone: (212) 530-5000
                        Fax: (212) 822-5219
                        E-mail: sbak@milbank.com
                                    delman@milbank.com

*Attorneys for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche*

## **CERTIFICATE OF SERVICE**

I, Sander Bak, hereby certify that on October 15, 2007, I caused true and correct copies of the foregoing document entitled CORPORATE DISCLOSURE STATEMENT to be served electronically upon all counsel as reflected on the attached service list.

DATED:  October 15, 2007
        New York, New York

                                            /s/ Sander Bak
                                            Sander Bak

*Stephen M. Wilson et al. v. ImageSat Int'l N.V. et al.*
<u>Case No. 07-Civ-6176 − Service List</u>

Ira B. Matetsky, Esq.
Matthew R. Maron, Esq.
Matthew N. Tobias, Esq.
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10022
(212) 922-9250
(212) 922-9335 (fax)

*Counsel for Plaintiffs Stephen M. Wilson, BRW Engineering Ltd., WIS Partners Ltd., Moshe Bar-Lev, Patrick Rosenbaum, Michael Morris, Haim Yifrah, Top Down Partners, LLC, Joel Levine, Morris Talansky, Abraham Moshel, Magma International Services, Ltd., Albert Reichmann, Hexagram & Co., and Polybutes Company*

Simon J.K. Miller, Esq.
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendants Elbit Systems Ltd., Michael Federman, Estate of Jacob Toren, Joseph Ackerman, Joseph Gaspar*

Steve Wagner, Esq.
COHEN TAUBER SPIEVACK & WAGNER LLP
420 Lexington Ave., Suite 2400
New York, NY 10170

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

Eric S. Goldstein, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

Robert F. Carangelo, Esq.
Stacy Nettleton, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10023
(212) 310-8000
(212) 833-3148 (fax)

*Counsel for Defendant James DePalma*