UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN M. WILSON, *et al.*,<br>　　　　　Plaintiffs,<br>　　　　v.<br>IMAGESAT INTERNATIONAL N.V., *et al.*,<br>　　　　　Defendants. | **Filed Electronically**<br><br>Docket No. 07 Civ. 6176 (LTS) |

CERTIFICATE OF SERVICE

　　　　I, Deborah Elman hereby certify that on October 15, 2007, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system that sent electronic notification of such filing to the individuals on the attached service list.

- Motion to Dismiss the Complaint filed on behalf of ImageSat International N.V.;

- Memorandum of Law in Support of Motion to Dismiss the Complaint on behalf of ImageSat International N.V.;

- Motion to Dismiss the Complaint on behalf of Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche;

- Memorandum of Law in Support of Motion to Dismiss the Complaint on behalf of Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche;

- Memorandum of Law in Support of Motion to Dismiss the Complaint on behalf of ImageSat International N.V., Israel Aerospace Industries Ltd., Elbit Systems Ltd., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, Yoav Chelouche, Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, Joseph Gaspar and Yehoshua Eldar;

- Declaration of Dror Vigdor;

- Declaration of Peter van Schilfgaarde with exhibits attached thereto;

- Declaration of Hagai Goren;

- Declaration of Moshe Keret;

- Declaration of Izhak Nissan;

- Declaration of Shimon Eckhaus;

- Declaration of Gino Piperno-Beer;

- Declaration of David Arzi;

- Declaration of Yoav Chelouche;

- Declaration of Deborah Elman with exhibits attached thereto.


DATED:   October 16, 2007
         New York, New York

                                                  /s/ Deborah Elman
                                                 Deborah Elman

*Stephen M. Wilson et al. v. ImageSat Int'l N.V. et al.*
<u>Case No. 07-Civ-6176 − Service List</u>

Ira B. Matetsky, Esq.
Matthew R. Maron, Esq.
Matthew N. Tobias, Esq.
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10022
(212) 922-9250
(212) 922-9335 (fax)

*Counsel for Plaintiffs Stephen M. Wilson, BRW Engineering Ltd., WIS Partners Ltd., Moshe Bar-Lev, Patrick Rosenbaum, Michael Morris, Haim Yifrah, Top Down Partners, LLC, Joel Levine, Morris Talansky, Abraham Moshel, Magma International Services, Ltd., Albert Reichmann, Hexagram & Co., and Polybutes Company*

Simon J.K. Miller, Esq.
GREENBERG TRAURIG LLP
200 Park Avenue
New York, NY 10166

*Counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, Joseph Gaspar*

Steve Wagner, Esq.
COHEN TAUBER SPIEVACK & WAGNER LLP
420 Lexington Ave., Suite 2400
New York, NY 10170

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

Eric S. Goldstein, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

Robert F. Carangelo, Esq.
Stacy Nettleton, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10023
(212) 310-8000
(212) 833-3148 (fax)

*Counsel for Defendant James DePalma*