# Greenberg
# Traurig

Simon Miller
(212) 801-3131
millers@gtlaw.com

October 19, 2007

**FILED ELECTRONICALLY**

Honorable Judge Laura Taylor Swain
United States District Court
United States Courthouse
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

   Re: <u>Wilson et al. v. ImageSat Int'l N.V. et al., CV-07-6176 - filed electronically</u>

Dear Judge Swain:

We are counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate Of Jacob Toren, Joseph Ackerman and Joseph Gaspar (the "Elbit Defendants") in the above matter. Upon review of the arguments and authorities put forth in the Memorandum of Law accompanying the Amended Notice of Motion of Harbinger International Holdings S.A. ("Harbinger"), dated August 22, 2007, requesting an order granting Harbinger leave to intervene in the above referenced case, the Elbit Defendants have no objection to Harbinger's motion.

              Respectfully submitted,

              Simon Miller

cc: Ira Brad Matetsky, Esq.
   Ganfer & Shore, LLP
   *Attorneys for Plaintiffs*

   Sander Bak, Esq.
   Deborah Elman, Esq.
   Milbank, Tweed, Hadley & Mccloy LLP
   *Counsel for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi and Yoav Chelouche*

Honorable Judge Swain
October 19, 2007
Page 2

      Stephen Wagner, Esq.
      Sari E. Kolatch, Esq.
      Cohen Tauber Spievack & Wagner LLP
      *Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

      Eric S. Goldstein, Esq.
      Jonathan H. Hurwitz
      Paul, Weiss, Rifkind, Wharton & Garrison LLP
      *Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*

      Shira Y. Rosenfeld, Esq.
      Charles B. Manuel, Jr., Esq.
      Manuel & Rosenfeld, LLP
      *Attorneys for Harbinger International Holdings S.A.*