Stephen Wagner (SW 2500)
Sari E. Kolatch   (SK 3026)
COHEN TAUBER SPIEVACK AND WAGNER LLP
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone (212) 586-5800
Telephone (212) 586-5095

*Attorneys for Defendants Israel Aerospace Industries,
Ltd., and Yehoshua Eldar*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

STEPHEN M. WILSON, *et al.*,

               Plaintiffs,

    v.

IMAGESAT INTERNATIONAL N.V., *et al.*,

              Defendants.
-------------------------------------------------------- X

Case No. 07 Civ. 6176 (LTS)

NOTICE OF APPEARANCE

[Electronically Filed]

      PLEASE TAKE NOTICE that Cohen Tauber Spievack &Wagner LLP hereby enters its appearance as co-counsel of record with Paul, Weiss, Rifkind, Wharton, & Garrison LLP, for Defendants ISRAEL AEROSPACE INDUSTRIES, LTD. and YEHOSHUA ELDAR in this proceeding and requests that all notices given or required to be given, and all papers served or required to be served, be given or served upon the undersigned.

DATED: October 3, 2007
       New York, New York    COHEN TAUBER SPIEVACK & WAGNER LLP

By: _/s/ Sari E. Kolatch_
    Stephen Wagner (SW2500)
    Sari E. Kolatch (SK3026)
    420 Lexington Avenue, Suite 2400
    New York, New York 10170
    Tel: (212) 586-5800
    Fax: (212) 586-5095
    Email: swagner@ctswlaw.com
            skolatch@ctswlaw.com

*Co-counsel for Defendants Israel Aerospace Industries, Ltd., and Yehoshua Eldar*