UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILSON, et al.,

            Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., et al.,

           Defendants.

No. 07 Civ. 6176 (LTS)(DFE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 3 2007

### ORDER

On August 7, 2007, the Court received a Motion for Leave to Intervene as a Party Plaintiff by Harbinger International Holdings S.A ("Harbinger"). Pursuant to Paragraph 2.B. of the Individual Practices of the undersigned, the motion was terminated for failure to include the requisite certification. On September 24, 2007, the Court granted Harbinger's application for reinstatement of the aforementioned motion. At the Initial Pre-Trial Conference held on October 12, 2007, the Court granted the parties until October 19, 2007, the oppose the intervention motion.

The Court has carefully considered Harbinger's motion, and no opposition having been received by the undersigned, Harbinger's Motion for Leave to Intervene as a Party Plaintiff is GRANTED.

SO ORDERED.

Dated: New York, New York
       October 22, 2007

LAURA TAYLOR SWAIN
United States District Judge

3PP.WPD VERSION 10/22/07