12/13/2007 16:16  2126973883  GANFERSHORE  PAGE 03/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 4 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN M. WILSON, et al.,

    Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., et al.,

    Defendants.

Docket No. 07 Civ. 6176 (LTS)(DFE)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED on behalf of the parties to this action, by and through their respective counsel, as follows:

1. The date by which Plaintiffs shall respond to Defendants' pending motions to dismiss the Complaint is extended from December 14, 2007 to January 23, 2008.

2. The date by which Defendants shall reply to Plaintiffs' opposition papers is extended from January 23, 2008 to February 25, 2008.

There have been no previous extensions of these dates and all parties consent to this Stipulation.

Dated: December 12, 2007

            GANFER & SHORE, LLP

            By: _____
            Ira Brad Matetsky (IM1881)
            360 Lexington Avenue
            New York, New York 10017
            (212) 922-9250
            (212) 922-9335 (facsimile)
            imatetsky@ganshore.com
            *Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By: /s/ Shira Rosenfeld
    Shira Rosenfeld
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
*Attorneys for Intervenor Plaintiff*
*Harbinger International Holdings S.A.*


MILBANK, TWEED, HADLEY &
  MCCLOY LLP

By:_____
    Sander Bak

1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Defendants ImageSat*
*International, N.V., Keret, Nissan, Weiss,*
*Eckhaus, Piperno-Beer, Arzi, and Chelouche*


COHEN TAUBER SPIEVACK &
  WAGNER, LLP

By:_____
    Stephen Wagner
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
    -and-
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:_____
    Eric S. Goldstein
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
*Attorneys for Defendants Israel*
*Aerospace International, Ltd. and Elder*

2

MANUEL & ROSENFELD, LLP

By:_____
    Shira Rosenfeld
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
*Attorneys for Intervenor Plaintiff*
*Harbinger International Holdings S.A.*


MILBANK, TWEED, HADLEY &
MCCLOY LLP

By:_____
    Sander Bak

1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Defendants ImageSat*
*International, N.V., Keret, Nissan, Weiss,*
*Eckhaus, Piperno-Beer, Arzi, and Chelouche*


COHEN TAUBER SPIEVACK &
  WAGNER, LLP

By: Stephen Wagner /by JHH with permission
    Stephen Wagner
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
    -and-
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:_____
    ~~Eric S. Goldstein~~ Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
*Attorneys for Defendants Israel*
*Aerospace International, Ltd. and Eldar*

2

GREENBERG TRAURIG, LLP

By: _____
Simon Miller
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Defendants Elbit
Systems, Ltd., Ackerman, Federman,
Gaspar, and Estate of Toren*

WEIL, GOTSHAL & MANGES LLP

By: _____
Robert Carangelo
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Attorneys for Defendant DePalma*

SO ORDERED:

_____
Honorable Laura Taylor Swain
United States District Judge

3

GREENBERG TRAURIG, LLP

By:_____
    Simon Miller
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Defendants Elbit
Systems, Ltd., Ackerman, Federman,
Gaspar, and Estate of Toren*

WEIL, GOTSHAL & MANGES LLP

By:_____
    Robert Carangelo   RC-3162
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Attorneys for Defendant DePalma*

SO ORDERED:

    12/14/07

Honorable Laura Taylor Swain
United States District Judge

3