UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2008
```

STEPHEN M. WILSON, *et al.*,

        Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., *et al.*,

        Defendants.

Docket No. 07 Civ. 6176 (LTS)(DFE)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED on behalf of the parties to this action, by and through their respective counsel, as follows:

1.    The date by which Plaintiffs shall respond to Defendants' pending motions to dismiss the Complaint is extended from January 23, 2008 to January 30, 2008.

2.    The date by which Defendants shall reply to Plaintiffs' opposition papers is extended from February 25, 2008 to March 3, 2008.

There has been one previous extension of these dates and all parties consent to this Stipulation.

Dated: January 16, 2008

                                      GANFER & SHORE, LLP

                                      By: _____
                                      Ira Brad Matetsky (IM1881)
                                      William A. Jaskola (WJ9839)
                                  360 Lexington Avenue
                                  New York, New York 10017
                                  (212) 922-9250
                                  (212) 922-9335 (facsimile)
                                  imatetsky@ganshore.com
                                  *Attorneys for Plaintiffs*

01/18/2008 13:03 2126973693
JAN-16-2008 WED 04:53 PM SYR2
Case 1:07-cv-06176-DLC   Document 74   Filed 01/22/2008   Page 2 of 7
GANFERSHORE
FAX NO. 2125637108
PAGE 04/09
P. 02

MANUEL & ROSENFELD, LLP

By: _____
Shira Y. Rosenfeld (SR 5392)
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
*Attorneys for Plaintiff*
*Harbinger International Holdings S.A.*


MILBANK, TWEED, HADLEY &
 MCCLOY LLP

By: _____
Sander Bak

1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Defendants ImageSat*
*International, N.V., Keret, Nissan, Weiss,*
*Eckhaus, Piperno-Beer, Arzi, and Chelouche*


COHEN TAUBER SPIEVACK &
 WAGNER, LLP

By: _____
Stephen Wagner
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
 -and-
PAUL, WEISS, RIFKIND, WHARTON &
 GARRISON LLP

By: _____
Eric S. Goldstein
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
*Attorneys for Defendants Israel*
*Aerospace International, Ltd. and Eldar*

MANUEL & ROSENFELD, LLP

By:_____
      Shira Rosenfeld
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
*Attorneys for Intervenor Plaintiff*
*Harbinger International Holdings S.A.*


MILBANK, TWEED, HADLEY &
  MCCLOY LLP

By: /s/ Sander Bak
      Sander Bak

1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Defendants ImageSat*
*International, N.V., Keret, Nissan, Weiss,*
*Eckhaus, Piperno-Beer, Arzi, and Chelouche*


COHEN TAUBER SPIEVACK &
  WAGNER, LLP

By:_____
      Stephen Wagner
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
      -and-
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:_____
      Eric S. Goldstein
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
*Attorneys for Defendants Israel*
*Aerospace International, Ltd. and Eldar*

MANUEL & ROSENFELD, LLP

By:_____
    Shira Rosenfeld
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
*Attorneys for Intervenor Plaintiff*
*Harbinger International Holdings S.A.*


MILBANK, TWEED, HADLEY &
  MCCLOY LLP

By:_____
    Sander Bak

1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Defendants ImageSat*
*International, N.V., Kerat, Nissan, Weiss,*
*Eckhaus, Piperno-Beer, Arzi, and Chelouche*


COHEN TAUBER SPIEVACK &
  WAGNER, LLP

By: */s/ Sari E. Kolatch*
    Stephen Wagner
    Sari E. Kolatch
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
    -and-
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:_____
    Eric S. Goldstein
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
*Attorneys for Defendants Israel*
*Aerospace International, Ltd. and Eldar*

2

MANUEL & ROSENFELD, LLP

By:_____
    Shira Rosenfeld
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
*Attorneys for Intervenor Plaintiff
Harbinger International Holdings S.A.*


MILBANK, TWEED, HADLEY &
  MCCLOY LLP

By:_____
    Sander Bak

1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Defendants ImageSat
International, N.V., Keret, Nissan, Weiss,
Eckhaus, Piperno-Beer, Arzi, and Chelouche*


COHEN TAUBER SPIEVACK &
  WAGNER, LLP

By:_____
    Stephen Wagner
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
    -and-
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By: _____
    ~~Eric S. Goldstein~~ Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
*Attorneys for Defendants Israel
Aerospace International, Ltd. and Eldar*

2

GREENBERG TRAURIG, LLP

By:_____
     Simon Miller
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Defendants Elbit
Systems, Ltd., Ackerman, Federman,
Gaspar, and Estate of Toren*

WEIL, GOTSHAL & MANGES LLP

By:_____
     Robert Carangelo
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Attorneys for Defendant DePalma*

**SO ORDERED:**

_____
Honorable Laura Taylor Swain
United States District Judge

3

GREENBERG TRAURIG, LLP

By: /s/ Simon Miller
    Simon Miller
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Defendants Elbit Systems, Ltd., Ackerman, Federmann, Gaspar, and Estate of Toren*

WEIL, GOTSHAL & MANGES LLP

By:_____
    Robert Carangelo
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Attorneys for Defendant DePalma*

SO ORDERED:

/s/ 1/18/08
Honorable Laura Taylor Swain
United States District Judge

3