## EXHIBIT A:  RESPONSE TO PLAINTIFFS' DOCUMENT REQUEST NO. 1

## IMAGESAT BOARD, COMMITTEE AND SHAREHOLDER MEETINGS SINCE 2000

| Date | Location of Meeting | Attendees |
|------|---------------------|-----------|
| 2/21/2000 | Rome, Italy (telephonic) (Special Board Meeting) | David Brodet<br>Stephen Wilson<br>Jacob Weiss<br>Jacob Toren<br>Izhak Nissan<br>Menashe Broder<br>Zeev Nahmoni<br>Moshe Bar-Lev<br>William Usher<br>Michael Morris |
| 3/6/2000 | Tel Aviv, Israel (Annual Shareholders Meeting) | David Brodet<br>Michael Morris<br>Moshe Keret<br>William Usher<br>Mickey Federman<br>Judas Azuelos<br>Christoph Bejac<br>Jacob Toren<br>Zviki Firon<br>Izhak Nissan<br>Zeev Nahmoni<br>Avi Knoebel<br>Jacob Weiss<br>Peter Nesgos<br>Patrick Rosenbaum<br>Moshe Bar-Lev<br>Jefferey Steiner<br>Jean-Mehdi Azuelos |
| 9/17/2000 | London, England | Moshe Keret<br>Jacob Weiss<br>Zeev Nahmoni<br>William Usher<br>Joseph Gaspar<br>Moshe Bar-Lev<br>Michael Morris<br>Jonathan Berger<br>Vivek Mehta<br>Alain Lebec<br>David Krueger<br>Jonathan Berger<br>Vivek Mehta<br>Alain Lebec<br>David Krueger<br>Peter Nesgos |

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| | | Alexander Kaye |
| 11/15/2000 | Telephonic Conference | Moshe Keret<br>Jacob Weiss<br>Zeev Nahmoni<br>William Usher<br>Jacob Toren<br>Moshe Bar-Lev<br>Michael Morris<br>Patrick Rosenbaum<br>Jonathan Berger<br>Alain Lebec<br>David Krueger<br>Peter Nesgos |
| 12/28/2000 | Telephonic Conference | Moshe Keret<br>Jacob Weiss<br>Zeev Nahmoni<br>William Usher<br>Jacob Toren<br>Moshe Bar-Lev<br>Michael Morris<br>Jonathan Berger<br>Vivek Mehta<br>David Krueger<br>Peter Nesgos |
| 1/8/2001 | Telephonic Conference (Compensation Committee Meeting) | William Usher<br>Jacob Toren<br>Zeev Nahmoni<br>Jonathan Berger<br>Jacob Weiss<br>Michael Morris<br>Peter Nesgos<br>Alexander Kaye |
| 1/22/2001 | Cyprus | Moshe Keret<br>Izhak Nissan<br>Zeev Nahmoni<br>Shuki Eldar<br>Jacob Toren<br>William Usher<br>Stephen Wilson<br>Jonathan Berger<br>Vivek Mehta<br>David Krueger |

- 2 -

CONFIDENTIAL

ISI_000044

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|---------------------|-----------|
| | | Jefferey Steiner<br>Christoph Bejac<br>Jacob Weiss<br>Moshe Bar-Lev<br>Patrick Rosenbaum<br>Michael Morris<br>Ori Ben-Amotz |
| 5/11/2001 | New York | Moshe Keret<br>Jacob Weiss<br>Zeev Nahmoni<br>William Usher<br>Jacob Toren<br>Judas Azuelos<br>Izhak Nissan  (via teleconference)<br>Moshe Bar-Lev<br>Patrick Rosenbaum<br>Ori Ben-Amotz<br>Jonathan Berger<br>Michael Guter<br>Alain Lebec<br>David Krueger<br>Vivek Mehta<br>Jefferey Steiner<br>Pierre Bensahel<br>Peter Nesgos<br>Alexander Kaye<br>Andrew Graf |
| 7/3/2001 | Tel Aviv, Israel<br>(Finance Committee Meeting) | Jacob Weiss<br>Zeev Nahmoni<br>William Usher<br>Jacob Toren<br>Ori Ben-Amotz<br>Jonathan Berger<br>Moshe Bar-Lev<br>Patrick Rosenbaum<br>Peter Nesgos |

- 3 -

CONFIDENTIAL

ISI_000045

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| 7/12/2001 | Paris, France | Moshe Keret<br>Jacob Weiss<br>Zeev Nahmoni<br>William Usher<br>Jacob Toren<br>Judas Azuelos<br>Izhak Nissan<br>Moshe Bar-Lev<br>Patrick Rosenbaum<br>Ori Ben-Amotz<br>Jonathan Berger<br>Alain Lebec<br>David Krueger<br>Vivek Mehta<br>Peter Nesgos<br>Alexander Kaye<br>Mark Selinger<br>Neill Andres De La Porte<br>Sanne Botterweg<br>Michel Savart<br>Christoph Bejac |
| 9/21/2001 | Curacao, Netherlands Antilles<br>(Shareholders Meeting) | Aede Gerbranda<br>Jan A. Koning |
| 9/24/2001 | Curacao, Netherlands Antilles<br>(Shareholders Meeting) | Aede Gerbranda<br>Jan A. Koning |
| 10/10/2001 | Tel Aviv, Israel<br>(Finance Committee Meeting) | Jacob Weiss<br>Zeev Nahmoni<br>Jacob Toren<br>Ori Ben-Amotz<br>Jonathan Berger<br>Moshe Bar-Lev<br>Vivek Mehta<br>Amos Bukes |
| 10/12/2001 | London, England | Moshe Keret<br>Jacob Weiss<br>Zeev Nahmoni<br>Jacob Toren<br>Judas Azuelos<br>Larry Schwartz<br>Moshe Bar-Lev<br>Patrick Rosenbaum |

CONFIDENTIAL

ISI_000046

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| | | Ori Ben-Amotz<br>Jonathan Berger<br>David Krueger<br>Jefferey Steiner<br>Jean-Mehdi Azuelos<br>Michel Savart<br>Peter Nesgos |
| 12/3/2001 | Curacao, Netherlands Antilles<br>(Shareholders Meeting) | Connie Padilla-Jonkhout<br>Eric M. Paassen<br>Israel Aircraft Industries Ltd.<br>Financiere Bagatelle<br>ML IBK Position, Inc.<br>Elop Industries Ltd.<br>Imaging Holdings I, L.P.<br>Imaging Holdings Related, L.P.<br>Imaging Holdings II, L.P<br>Imaging Investors, L.P.<br>Weyerhaeuser Company Master<br>Retirement Trust<br>The Investment Corp. of United Mizrahi<br>Bank  Ltd.<br>The Challenge Fund - Etgar II, L.P.<br>Merrill Lynch Taurus 2000 Fund, L.P. |
| 12/3/2001 | Teleconference<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Larry Schwartz<br>Jacob Weiss<br>Jonathan Berger<br>Vivek Mehta<br>Amos Bukes<br>Moshe Bar-Lev<br>Patrick Rosenbaum<br>Dov Grinberg<br>Ori Ben-Amotz<br>Peter Nesgos<br>Guy Preminger<br>Shuki Barak |
| 12/11/2001 | Tel-Aviv, Israel | Moshe Keret<br>Jacob Weiss<br>Zeev Nahmoni<br>Jacob Toren<br>Larry Schwartz<br>Moshe Bar-Lev<br>Patrick Rosenbaum<br>Ori Ben-Amotz |

- 5 -

CONFIDENTIAL

ISI_000047

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|---------------------|-----------|
| | | Jonathan Berger<br>David Krueger<br>Alain Lebec<br>Peter Nesgos |
| 3/18/2002 | London, England | Moshe Keret<br>Jacob Weiss<br>Zeev Nahmoni<br>Larry Schwartz<br>Izhak Nissan<br>Moshe Bar-Lev<br>Ori Ben-Amotz<br>Jonathan Berger<br>Joseph Vinitzki<br>Alain Lebec<br>David Krueger<br>Vivek Mehta<br>Menashe Broder<br>Mickey Federman |
| 5/8/2002 | Telephonic Conference<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Jacob Weiss<br>Larry Schwartz<br>Jonathan Berger<br>Alain Lebec<br>Moshe Barak<br>Ori Ben-Amotz<br>Guy Preminger |
| 6/11/2002 | Telephonic Conference<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Larry Schwartz<br>Vivek Mehta<br>Ziv Manor<br>Moshe Barak<br>Ori Ben-Amotz |
| 7/11/2002 | Telephonic Conference | Moshe Keret<br>Judas Azuelos<br>Mickey Federman<br>Zeev Nahmoni<br>Larry Schwartz<br>Jacob Weiss<br>Menashe Broder<br>Moshe Bar-Lev<br>Ori Ben-Amotz<br>Jonathan Berger |

- 6 -

CONFIDENTIAL

ISI_000048

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| | | Alain Lebec<br>Vivek Mehta<br>Joseph Vinitzki |
| 8/8/2002 | London, England | Moshe Keret<br>Judas Azuelos (via teleconference)<br>Mickey Federman (via teleconference)<br>Robert La Penta (via teleconference)<br>Zeev Nahmoni<br>Larry Schwartz<br>Jacob Weiss<br>Menashe Broder<br>Moshe Bar-Lev<br>Ori Ben-Amotz<br>David Krueger<br>Jonathan Berger<br>Vivek Mehta |
| 8/29/2002 | Curacao, Netherlands Antilles<br>(Annual Shareholders Meeting) | Connie Padilla-Jonkhout<br>Eugenie Nectar<br>Israel Aircraft Industries Ltd.<br>Financiere Bagatelle<br>Moshe Bar-Lev<br>Core Software Technology Inc.<br>Patrick Rosenbaum |
| 8/29/2002 | Curacao, Netherlands Antilles<br>(Special Shareholders Meeting) | Connie Padilla-Jonkhout<br>Eugenie Nectar<br>Israel Aircraft Industries Ltd. |
| 9/3/2002 | Telephonic Conference<br>(Finance Committee Meeting) | Aviva Cohen<br>Jacob Gaspar<br>Vivek Mehta<br>Larry Schwartz<br>Jacob Weiss<br>Shuki Barak<br>Ziv Manor<br>Ori Ben-Amotz |
| 9/5/2002 | Curacao, Netherlands Antilles<br>(Special Shareholders Meeting) | Connie Padilla-Jonkhout<br>Eugenie Nectar<br>Imaging Holdings I, L.P.<br>Imaging Holdings II, L.P<br>Imaging Holdings Related, L.P.<br>Imaging Investors, L.P. |

CONFIDENTIAL

ISI_000049

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| | | Weyerhaeuser Company Master Retirement trust<br>The Investment Corp. of United Mizrahi Bank Ltd.<br>The Challenge Fund - Etgar II, L.P.<br>Merrill Lynch Taurus 2000 Fund, L.P. |
| 11/20/2002 | Telephonic Conference (Finance Committee Meeting) | Zeev Nahmoni<br>Joseph Gaspar<br>Larry Schwartz<br>Jacob Weiss<br>Jonathan Berger<br>Vivek Mehta<br>Noam Canetti<br>Menashe Broder<br>Shuki Barak<br>Ori Ben-Amotz |
| 11/21/2002 | Telephonic Conference | Moshe Keret<br>Joseph Gaspar<br>Zeev Nahmoni<br>Jim DePalma<br>Menashe Broder<br>Ori Ben-Amotz<br>Jonathan Berger<br>David Cassey<br>Vivek Mehta |
| 12/8/2002 | London, England | Moshe Keret<br>Pierre Bensahel<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Zeev Nahmoni<br>Shimon Eckhaus<br>Jacob Weiss<br>Jonathan Berger<br>Vivek Mehta<br>Joseph Vinitzki<br>Moshe Bar-Lev<br>Shuki Barak<br>Ori Ben-Amotz<br>David Krueger<br>Peter Nesgos |
| 2/10/2003 | Telephonic Conference | Moshe Keret |

- 8 -

CONFIDENTIAL

ISI_000050

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| | | Pierre Bensahel<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Zeev Nahmoni<br>Jacob Weiss<br>Jonathan Berger<br>Vivek Mehta<br>Joseph Vinitzki<br>Cassey Davis<br>Moshe Bar-Lev<br>Ori Ben-Amotz<br>David Krueger |
| 4/24/2003 | Telephonic Conference<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Joseph Gaspar<br>Jim DePalma<br>Menashe Broder<br>Noam Canetti<br>Eyal Younian<br>Vivek Mehta<br>Ori Ben-Amotz |
| 5/13/2003 | Telephonic Conference<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Joseph Gaspar<br>Jim DePalma<br>Eyal Younian<br>Vivek Mehta<br>Shuki Barak |
| 5/28/2003 | Telephonic Conference | Moshe Keret<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Zeev Nahmoni<br>Jacob Weiss<br>Jonathan Berger<br>Vivek Mehta<br>Joseph Vinitzki<br>Moshe Bar-Lev<br>Shuki Barak |
| 7/14/2003 | Telephonic Conference<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Joseph Gaspar<br>Jim DePalma<br>Jacob Weiss |

CONFIDENTIAL

ISI_000051

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| | | Menashe Broder<br>Shuki Barak |
| 7/29/2003 | Telephonic Conference | Moshe Keret<br>Menashe Broder<br>Jim DePalma<br>Shimon Eckhaus<br>Joseph Gaspar<br>Zeev Nahmoni<br>Jacob Weiss<br>Jonathan Berger<br>Vivek Mehta<br>Cassey Davis<br>Moshe Bar-Lev<br>Ori Ben-Amotz<br>David Krueger<br>Shuki Barak |
| 9/5/2003 | London, England | Moshe Keret<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Jacob Weiss<br>Pierre Bensahel<br>Jonathan Berger<br>Vivek Mehta<br>Jean-Mehdi Azuelos<br>Joseph Vinitzki<br>Moshe Bar-Lev<br>Hagai Goren<br>David Krueger<br>Shuki Barak |
| 9/25/2003 | Curacao, Netherlands Antilles<br>(Annual Shareholders Meeting) | Connie Padilla-Jonkhout<br>Eugenie Nectar<br>Israel Aircraft Industries Ltd.<br>Core Software Technology Inc.<br>Financiere Bagatelle<br>Joel Levine<br>Magma International Services Ltd.<br>Pegasus Capital Advisors LP<br>Elop Industries Ltd.<br>Patrick Rosenbaum<br>Moshe Bar-Lev |
| 11/2/2003 | Telephonic Conference | Moshe Keret |

- 10 -

CONFIDENTIAL

ISI_000052

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|---------------------|-----------|
| | | Zeev Nahmoni<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Vivek Mehta<br>Joseph Vinitzki<br>Moshe Bar-Lev<br>Hagai Goren<br>Shuki Barak |
| 12/1/2003 | New York | Moshe Keret<br>Zeev Nahmoni<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Shimon Eckhaus<br>Jacob Weiss<br>Jonathan Berger<br>Vivek Mehta<br>Joseph Vinitzki<br>Cassey Davis<br>Moshe Bar-Lev<br>Hagai Goren<br>Noam Zafrir<br>Peter Nesgos |
| 4/15/2004 | Telephonic Conference<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Joseph Gaspar<br>Jacob Weiss<br>Jim DePalma<br>Menashe Broder<br>Vivek Mehta<br>Hagai Goren<br>Shuki Barak |
| 4/29/2004 | London, England<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Joseph Gaspar<br>Jacob Weiss<br>Jim DePalma<br>Menashe Broder<br>Jonathan Berger<br>Hagai Goren<br>Shuki Barak |
| 4/30/2004 | London, England | Moshe Keret |

- 11 -

CONFIDENTIAL

ISI_000053

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| | | Zeev Nahmoni<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Shimon Eckhaus<br>Jacob Weiss<br>Pierre Bensahel<br>Jonathan Berger<br>Joseph Vinitzki<br>Moshe Bar-Lev<br>Hagai Goren<br>David Krueger<br>Shuki Barak<br>Peter Nesgos<br>Shalom Ariav |
| 6/4/2004 | Telephonic Conference<br>(Finance Committee Meeting) | Zeev Nahmoni<br>Joseph Gaspar<br>Jacob Weiss<br>Jim Depalma<br>Menashe Broder<br>Vivek Mehta<br>Hagai Goren<br>Shuki Barak |
| 7/26/2004 | Telephonic Conference<br>(Finance Committee Meeting) | Joseph Gaspar<br>Jacob Weiss<br>Jim DePalma<br>Menashe Broder<br>Vivek Mehta<br>Hagai Goren<br>Shuki Barak |
| 7/26/2004 | Telephonic Conference | Moshe Keret<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Shimon Eckhaus<br>Jacob Weiss<br>Judas Azuelos<br>Pierre Bensahel<br>Vivek Mehta<br>Moshe Bar-Lev<br>Hagai Goren<br>Shuki Barak |

CONFIDENTIAL

ISI_000054

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| 11/3/2004 | New York<br>(Finance Committee Meeting) | Joseph Gaspar<br>Jacob Weiss<br>Jim DePalma<br>Menashe Broder<br>Jonathan Berger<br>Vivek Mehta<br>Menashe Sagiv<br>Hagai Goren<br>Shuki Barak |
| 11/4/2004 | New York | Moshe Keret<br>Menashe Broder<br>Jim DePalma<br>Joseph Gaspar<br>Shimon Eckhaus<br>Jacob Weiss<br>Pierre Bensahel<br>Jonathan Berger<br>Vivek Mehta<br>Joseph Vinitzki<br>Menashe Sagiv<br>Moshe Bar-Lev<br>Hagai Goren<br>Shuki Barak<br>David Krueger<br>Peter Nesgos |
| 12/27/2004 | Curacao, Netherlands Antilles<br>(Special Shareholder Meeting) | Connie Padilla-Jonkhout<br>Eugenie Nectar<br>Israel Aircraft Industries Ltd.<br>Electro-Optics Industries<br>Core Software Technology Inc.<br>WIS Partners L.P.<br>Financiere Bagatelle<br>Patrick Rosenbaum<br>Joel Levine<br>Moshe Bar-Lev<br>Magma International Services Ltd. |
| 12/27/2004 | Curacao, Netherlands Antilles<br>(Special Shareholder Meeting) | Connie Padilla-Jonkhout<br>Eugenie Nectar<br>Imaging Holdings I, L.P.<br>Imaging Holdings II, L.P.<br>Imaging Holdings Related, L.P.<br>The Challenge Fund - Etgar II, L.P.<br>Imaging Investors, L.P. |

CONFIDENTIAL

ISI_000055

EXHIBIT A

| Date | Location of Meeting | Attendees |
|---|---|---|
| 1/17/2005 | Telephonic Conference (Finance Committee Meeting) | Joseph Gaspar<br>Jacob Weiss<br>Jim DePalma<br>Menashe Broder<br>Menashe Sagiv<br>Vivek Mehta<br>Hagai Goren |
| 2/24/2005 | New York (Finance Committee Meeting) | Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Jacob Weiss<br>Menashe Broder<br>Jonathan Berger<br>Vivek Mehta<br>Hagai Goren<br>Efrat Klein-Nadel |
| 2/25/2005 | New York | Moshe Keret<br>Rudi Heilpern<br>Shimon Eckhaus<br>Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Jacob Weiss<br>Menashe Broder<br>Jonathan Berger<br>Vivek Mehta<br>Joseph Vinitzki<br>Jaideep Herbar<br>Hagai Goren<br>Efrat Klein-Nadel<br>David Krueger<br>Shuki Barak |
| 3/2/2005 | Telephonic Conference (Finance Committee Meeting) | Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Menashe Broder<br>Jonathan Berger<br>Vivek Mehta<br>Hagai Goren<br>Shuki Barak<br>Efrat klein-Nadel<br>Eric de Vries<br>Arik Speier |

- 14 -

CONFIDENTIAL

ISI_000056

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|--------------------|-----------|
| 3/21/2005 | Telephonic Conference (Finance Committee Meeting) | Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Menashe Broder<br>Jonathan Berger<br>Vivek Mehta<br>Hagai Goren<br>Shuki Barak<br>Efrat Klein-Nadel<br>Eric de Vries<br>Arik Speier |
| 3/21/2005 | Telephonic Conference | Moshe Keret<br>Rudi Heilpern<br>Moshe Keret<br>Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Menashe Broder<br>Jonathan Berger<br>Vivek Mehta<br>Joseph Vinitzki<br>Jaideep Herbar<br>Hagai Goren<br>Efrat Klein-Nadel<br>David Krueger<br>Shuki Barak |
| 5/26/2005 | Telephonic Conference (Finance Committee Meeting) | Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Rudi Heilpern<br>Jonathan Berger<br>Menashe Broder<br>Hagai Goren<br>Shuki Barak<br>Efrat Klein-Nadel<br>Jacob Weiss |
| 6/22/2005 | Telephonic Conference (Finance Committee Meeting) | Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Rudi Heilpern<br>Steven Wacaster<br>Menashe Broder<br>Hagai Goren<br>Shuki Barak |

CONFIDENTIAL

ISI_000057

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|---------------------|-----------|
|  |  | Efrat Klein-Nadel<br>Arik Speier |
| 6/23/2005 | Telephonic Conference | Moshe Keret<br>Rudi Heilpern<br>Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Menashe Broder<br>Mark Selinger<br>Steven Wacaster<br>Cassey Davis<br>Jaideep Herbar<br>Hagai Goren<br>Efrat Klein-Nadel<br>David Krueger<br>Shuki Barak |
| 7/6/2005 | Telephonic Conference | Moshe Keret<br>Rudi Heilpern<br>Joseph Gaspar<br>Jim DePalma<br>Menashe Sagiv<br>Jonathan Berger<br>Steven Wacaster<br>Mark Selinger<br>Joseph Vinitzki<br>Jaideep Herbar<br>Cassey Davis<br>Shimon Eckhaus<br>Hagai Goren<br>Efrat Klein-Nadel<br>Shuki Barak<br>Peter Nesgos<br>Jim Ball |
| 9/2/2005 | New York | Moshe Keret<br>Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Menashe Sagiv (via teleconference)<br>Jonathan Berger<br>Steven Wacaster (via teleconference)<br>Joseph Vinitzki<br>Jaideep Herbar<br>Shimon Eckhaus<br>Hagai Goren |

- 16 -

CONFIDENTIAL

ISI_000058

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|---------------------|-----------|
| | | Efrat Klein-Nadel<br>Shuki Barak<br>Peter Nesgos<br>Jim Ball (partially attended)<br>Melinda Creasman (partially attended) |
| 11/6/2005 | London, England | Moshe Keret<br>Jim DePalma (via teleconference)<br>Rudi Heilpern<br>Menashe Sagiv<br>Jonathan Berger<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Efrat Klein-Nadel<br>Shuki Barak<br>Peter Nesgos<br>Jim Ball (via teleconference)<br>Omar Jaffrey (partially attended) |
| 2/10/2006 | New York | Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Gino Piperno-Beer<br>Jonathan Berger<br>Steven Wacaster (via teleconference)<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Efrat Klein-Nadel<br>Mark Selinger<br>Peter Nesgos<br>Mark Selinger<br>Peter Nesgos<br>Eric de Vries<br>Brian Baldwin (via teleconference)<br>Michael Bruder (partially attended)<br>Sandeep Beotra (partially attended) |
| 3/12/2006 | Telephonic Conference | Gino Piperno-Beer<br>Jim DePalma<br>Rudi Heilpern<br>Jonathan Berger<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Efrat Klein-Nadel<br>Eyal Lerman |

CONFIDENTIAL

ISI_000059

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|---------------------|-----------|
| | | Mark Selinger<br>Peter Nesgos<br>Sigal Meged-Rosen |
| 4/3/2006 | Telephonic Conference | Joseph Gaspar<br>Jim DePalma<br>Rudi Heilpern<br>Gino Piperno-Beer<br>Mark Selinger<br>Shimon Eckhaus<br>Hagai Goren<br>Efrat Klein-Nadel<br>Eyal Lerman<br>Aryeh Klein<br>Peter Nesgos<br>Eric de Vries<br>Zviki Firon<br>Gail Etzion<br>Sigal Meged-Rosen<br>Anthony Collura |
| 5/30/2006 | New York | Ilan Biran<br>Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Gino Piperno-Beer<br>Jonathan Berger<br>Steven Wacaster<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Efrat Klein-Nadel<br>Eyal Lerman<br>Peter Nesgos<br>Arik Speier |
| 10/16/2006 | Telephonic Conference | David Arzi<br>Gino Piperno-Beer<br>Yoav Chelouche<br>Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Steven Wacaster<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Efrat Klein-Nadel |

- 18 -

CONFIDENTIAL

ISI_000060

| Date | Location of Meeting | Attendees |
|------|--------------------|-----------|
| | | Eyal Lerman<br>Peter Nesgos<br>Eric de Vries<br>Sharon Zalewski |
| 11/22/2006 | New York | David Arzi<br>Gino Piperno-Beer<br>Yoav Chelouche<br>Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Craig Cogut<br>Jonathan Berger<br>Ronen Stauber<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Efrat Klein-Nadel<br>Eyal Lerman<br>Peter Nesgos<br>Eric de Vries<br>Arik Speier<br>Sharon Zalewski |
| 1/11/2007 | Telephonic Conference | David Arzi<br>Gino Piperno-Beer<br>Yoav Chelouche<br>Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Ronen Stauber<br>Steven Wacaster<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Shlomit Wolf-Schechner<br>Eyal Lerman<br>Sharon Zalewski |

CONFIDENTIAL

ISI_000061

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|--------------------|-----------|
| 2/22/2007 | London, England | David Arzi<br>Gino Piperno-Beer<br>Yoav Chelouche<br>Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Ronen Stauber<br>Steven Wacaster<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Shlomit Wolf-Schechner<br>Eyal Lerman<br>Arik Speier<br>Sharon Zalewski |
| 5/8/2007 | Telephonic Conference | David Arzi<br>Gino Piperno-Beer<br>Yoav Chelouche<br>Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Ronen Stauber<br>Steven Wacaster<br>Shimon Eckhaus<br>Hagai Goren<br>Shlomit Wolf-Schechner<br>Eyal Lerman<br>Peter Nesgos |
| 5/31/2007 | New York | David Arzi<br>Gino Piperno-Beer<br>Yoav Chelouche<br>Jim DePalma<br>Joseph Gaspar<br>Rudi Heilpern<br>Ronen Stauber<br>Steven Wacaster<br>Arik Arad<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Shlomit Wolf-Schechner<br>Peter Nesgos (partially attended)<br>Sander Bak (partially attended by telephone) |

- 20 -

CONFIDENTIAL

ISI_000062

EXHIBIT A

| Date | Location of Meeting | Attendees |
|------|---------------------|-----------|
| 8/7/2007 | Telephonic Conference | David Arzi<br>Joseph Gaspar<br>Jim DePalma<br>Gino Piperno-Beer<br>Rudi Heilpern (partially attended)<br>Ronen Stauber<br>Yoav Chelouche<br>Shimon Eckhaus<br>Hagai Goren<br>Shlomit Wolf-Schechner<br>Eyal Lerman<br>Arik Speier |
| 8/23/2007 | New York | David Arzi<br>Joseph Gaspar<br>Jim DePalma<br>Gino Piperno-Beer<br>Rudi Heilpern<br>Ronen Stauber<br>Yoav Chelouche<br>Joseph Vinitzki<br>Shimon Eckhaus<br>Hagai Goren<br>Shlomit Wolf-Schechner<br>Eyal Lerman<br>Peter Nesgos<br>Sander Bak (partially attended by telephone) |

CONFIDENTIAL

ISI_000063