### Minutes of the Meeting of the Board of Directors
### of ImageSat International N.V. held in New York on
### May 11, 2001

The following individuals were in attendance at the meeting:

| | |
|---|---|
| Moshe Keret | Chairman of the Board |
| Jacob Weiss | Managing Director and Chief Executive Officer |
| Zeev Nachmoni | Managing Director |
| William Usher | Managing Director |
| Jacob Toren | Managing Director |
| Judas Azuelos | Managing Director |
| Itzhak Nissan | Managing Director |
| Moshe Bar Lev | President |
| Patrick Rosenbaum | Chief Operating Officer |
| Ori Ben-Amotz | Chief Financial Officer |
| Jonathan Berger | Board Observer |
| Michael Guter | Board Observer |
| Alain Lebec | Board Observer |
| David Krueger | Board Observer |
| Vivek Mehta | Board Observer |
| Jefferey Steiner | WIS Partners |
| Pierre O. Bensahel | WIS Partners |
| Peter Nesgos | Legal counsel to the Company |
| Alex Kaye | Legal counsel to the Company |
| Andrew Graf | Legal counsel to the Company |

The Chairman of the Board of Directors, Mr. Moshe Keret, called the meeting to order.

**B1 Satellite Negotiations**

# REDACTED

NY1:#3289233v4

CONFIDENTIAL

ISI_000090

**Bank Financing Status Update**

# REDACTED

**Pegasus Restructuring**

# REDACTED

**Marketing Status Update**

# REDACTED

**Satellite Status Update**

# REDACTED

CONFIDENTIAL                                    ISI_000091

# REDACTED

**Financial Position**

# REDACTED

**Resolutions**

# REDACTED

**Satellite Procurement**

# REDACTED

**Bank Financing**

# REDACTED

CONFIDENTIAL

ISI_000092

**REDACTED**

**Restructuring**

**REDACTED**

**2000 Audited Financial Statements**

**REDACTED**

**2001 Budget**

**REDACTED**

**Minutes of Prior Board Meeting**

**REDACTED**

**Employee Stock Options**

**REDACTED**

CONFIDENTIAL

ISI_000093

# REDACTED

**Bank Accounts**

# REDACTED

Secretary

CONFIDENTIAL                                        ISI_000094



**ImageSat®**
**International**

## <u>Minutes of the Board of Directors Meeting</u>
## <u>of ImageSat International N.V</u>

**The Board Meeting was held in New York, on December 1, 2003.**

**<u>Participants:</u>**

| | |
|---|---|
| Moshe Keret | Chairman of the Board |
| Zeev Nahamoni | Managing Director |
| Menashe Broder | Chief Executive Officer and Director |
| Jim DePalma | Managing Director (alternate for Mr. Robert LaPenta) |
| Yossi Gaspar | Managing Director (alternate for Mr. Joseph Ackerman) |
| Shimon Eckhaus | Managing Director |
| Jacob Weiss | Managing Director |
| | |
| Jonathan Berger | Board Observer - Pegasus Capital Advisors L.P. |
| Vivek Mehta | Board Observer - Pegasus Capital Advisors L.P. |
| Yossi Vinitski | Board Observer - The Challenge Fund |
| Cassey Davis | Board Observer – Merrill Lynch |
| | |
| Moshe Bar-Lev | President - ImageSat International |
| Hagai Goren | Chief Financial Officer - ImageSat International |
| Noam Zafrir | Vice President Marketing and Sales - ImageSat International |
| Peter D. Nesgos | Attorney, Milbank, Tweed, Hadley & McCloy LLP. |

**<u>Absent:</u>**
Judas Azuelos

The Chairman of the Board of Directors, Mr. Moshe Keret, called the Meeting to order.

**(A)** The Chairman moved to the first item on the Agenda, the **<u>Approval of the Minutes of the Board Meeting held on November 2, 2003</u>**. There were no comments to the Minutes.

# REDACTED

1

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office I A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL                                                                                     ISI_000095



**(B)** The Chairman moved to the second item on the Agenda - the <u>**CEO Report – Status of SOP Programs**</u>

# REDACTED

2

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

3

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**(C)**  The Chairman asked Dr. M. Bar Lev to present the **EROS A – Technical Report.**

# REDACTED

**(D)** The Chairman called upon Mr. Noam Zafrir, Vice President Marketing and Sales, to present the **Marketing and Sales Report.**

# REDACTED

4

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**(E)** The Chairman moved to the next item on the Agenda, the **Business Development and the North American Market Report.**

# REDACTED

**(F)** The Chairman called upon the CFO Mr. Hagai Goren to present the **Budget Proposal for 2004.**

# REDACTED

5

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

**(G)** The Chairman moved to the item on the Agenda dealing with **the Purchase by the Company of an EROS B Satellite from IAI.**

**REDACTED**

6

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

ISI_000100



**REDACTED**

**(H)** The Chairman requested Mr. Broder to continue with the <u>**CEO Report.**</u>

**REDACTED**

7

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**ImageSat®**
**International**

<u>**Good and Welfare**</u>

# REDACTED

Hagai Goren

Company Secretary

8

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

*144*



## Minutes of the Board Finance Committee

### New York, November 3, 2004 at 10:00 A.M.

**Participants:**

<u>Committee Members:</u>
Joseph Gaspar — Member
Jacob Weiss — Member
Jim DePalma — Member

<u>Others:</u>
Menashe Broder — CEO
Jonathan Berger — Observer
Vivek Mehta — Observer
Menashe Sagiv — Invited Guest
Hagai Goren – CFO
Shuki Barak — Controller

**A.** The first item on the Agenda   - <u>The Appointment of a Chairman for the Meeting.</u>

# REDACTED

**B.** The second item on the Agenda - <u>The Approval of the Minutes of Meeting of the Finance Committee of July 26, 2004:</u>

# REDACTED

**C.** The Chairman of the Meeting, Mr. Yossi Gaspar moved to the next item on the Agenda - <u>The Approval of the Financial Statements for Q3 2004:</u>

# REDACTED

1

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000103



**REDACTED**

2

ImageSat International N.V.
45 Ayias Paraskevis, Office 1 A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000104



# REDACTED

**D.** The Chairman moved to the next item on the Agenda: <u>**The 2005 Budget Proposal**</u>.

# REDACTED

3

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoya
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000105



**REDACTED**

4

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**E.** The Chairman moved to the next item on the agenda: <u>**The EROS B Supply Contract.**</u>

# REDACTED

**F.** The Chairman moved to the next item on the agenda: <u>**EROS A In-Orbit Insurance.**</u>

# REDACTED

**G.** The Chairman moved to the next item on the agenda: <u>**Report on Bridge Warrants.**</u>

# REDACTED

**H.** The Chairman moved to the last item on the agenda: <u>**IPO Status.**</u>

5

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000107



# REDACTED

**Hagai Goren – Company Secretary**

6

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

ISI_000108



## Minutes of the Board of Directors Meeting of ImageSat International N.V.

### New York City, November 4, 2004

**Participants:**
<u>Members:</u>
Moshe Keret, Chairman of the Board
Menashe Broder, Chief Executive Officer and Director
Jim DePalma, Managing Director (alternate for Robert LaPenta)
Joseph Gaspar, Managing Director (alternate for Joseph Ackerman)
Shimon Eckhaus, Managing Director
Jacob Weiss, Managing Director
Pierre-Olivier Bensahel, Managing Director (alternate for Judas Azuelos)
<u>Observers:</u>
Jonathan Berger, Board Observer – Pegasus Capital Advisors L.P.
Vivek Mehta, Board Observer – Pegasus Capital Advisors L.P.
Yossi Vinitski, Board Observer –  Challenge Fund
Menashe Sagiv -  Invited Guest


Moshe Bar-Lev, President – ImageSat International
Hagai Goren, Chief Financial Officer – ImageSat International
Shuki Barak, Controller – ImageSat International
David Krueger, Vice President – ImageSat International
Peter Nesgos, Corporate Counsel – Milbank, Tweed, Hadley & McCloy


The Chairman of the Board of Directors, Mr. Moshe Keret, called the Meeting to order.  He first informed the meeting of the untimely passing of Mr. Larry Schwartz, former Managing Director of ImageSat.  He next introduced Menashe Sagiv, Treasurer and Deputy Vice President of Finance of Israel Aircraft Industries Ltd, as the proposed new Managing Director of ImageSat International appointed by IAI and to be confirmed at the forthcoming annual shareholders meeting.


### (1) Approval of the Minutes of the Board Meeting held on July 26, 2004

# REDACTED

1

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel:+357-25-821-114
Fax:+357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL          ISI_000109



# REDACTED

**(2) <u>CEO Report</u>**

# REDACTED

**(3) <u>Approval of the 2004 Q3 Financial Statements</u>**

# REDACTED

2

ImageSat International N.V.          ImageSat International N.V.          information@imagesatintl.com
45 Ayias Paraskevis, Office 1A       Kaya W.F.G. Mensing 14               www.imagesatintl.com
Yermasoyia                            Willemstad, Curaçao
Limassol 4044 Cyprus                  Netherlands Antilles
Tel: +357-25-821-114
Fax: +357-25-821-115

CONFIDENTIAL

**ImageSat®**
**International**

# REDACTED

**(4) <u>CEO Report</u>**

# REDACTED

3

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000111



**REDACTED**

4

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000112

**ImageSat®**
**International**

# REDACTED

**(5) Business Development**

# REDACTED

5

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**(6) IPO Status**

# REDACTED

**(7) 2005 Budget Proposal**

# REDACTED

6

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel:+357-25-821-114
Fax:+357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000114



# REDACTED

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000115



**ImageSat®**
**International**

**(8)** **Renewal of Mr. J. Weiss Consultant Agreement**


# REDACTED


**(9)** **Appointment of Mr. M. Sagiv as a member of the Finance Committee.**

# REDACTED

**(10)** **Appointment of the Chairman of the Finance Committee.**

# REDACTED

**(11)** **Shareholders Annual General Meeting**

# REDACTED

8

ImageSat International N.V.    ImageSat International N.V.    information@imagesatintl.com
45 Ayias Paraskevis, Office 1A    Kaya W.F.G. Mensing 14    www.imagesatintl.com
Yermasoyia    Willemstad, Curaçao
Limassol 4044 Cyprus    Netherlands Antilles
Tel: +357-25-821-114
Fax: +357-25-821-115

CONFIDENTIAL

ISI_000116



# REDACTED

**(12)    Personnel**

# REDACTED

**(13)  Good and Welfare**

# REDACTED

Hagai Goren

Company Secretary

9

ImageSat International N.V.          ImageSat International N.V.          information@imagesatintl.com
45 Ayias Paraskevis, Office 1A      Kaya W.F.G. Mensing 14              www.imagesatintl.com
Yermasoyia                          Willemstad, Curaçao
Limassol 4044 Cyprus                Netherlands Antilles
Tel: +357-25-821-114
Fax +357-25-821-115

CONFIDENTIAL

ISI_000117



**ImageSat**
**International**

<u>**Minutes of the Finance Committee Meeting of the Board of Directors**</u>

<u>**Meeting held in New York, on February 24, 2005, at 10:00 a.m local time**</u>

<u>**Participants:**</u>

<u>**Committee Members:**</u>

| | |
|---|---|
| **Joseph Gaspar** | **– Chairman and Member** |
| **Jim DePalma** | **– Member** |
| **Menashe Sagiv** | **- Member** |
| **Jacob Weiss** | **– Member** |

<u>**Observers:**</u>

| | |
|---|---|
| **Menashe Broder** | **- CEO** |
| **Jonathan Berger** | **- Pegasus Investors** |
| **Vivek Mehta** | **- Pegasus Investors** |
| **Hagai Goren** | **- CFO** |
| **Efrat Klein-Nadel** | **- Legal Counsel** |

**Mr. Gaspar**, the Chairman of the Finance Committee, opened the meeting and welcomed the participants.

1. The Chairman moved to the first item on the agenda: <u>**The Approval of the Minutes of the Meeting of the Finance Committee on January 17, 2005:**</u>

# REDACTED

2. The Chairman moved to the second item on the agenda: <u>**SOP 2 Settlement Agreement:**</u>

# REDACTED

1

| ImageSat International N.V. Correspondence Office 2 Kaufman Street Tel Aviv 61500 Israel Tel: +972-3-796-0600 Fax: +972-3-516-3430 | ImageSat International N.V. Kaya W.F.G. Mensing 14 Willemstad, Curaçao Netherlands Antilles | ImageSat International N.V. 45 Ayias Paraskevis, Office 1A Yermasoyia Limassol 4044 Cyprus Tel: +357-25-821-114 Fax: +357-25-821-115 | information@imagesatintl.com www.imagesatintl.com |

ISI_000118



**REDACTED**

3. **The Chairman** proceeded to the next item, namely **Infrastructure Revenue Recognition Policy.**

**REDACTED**

4. The next item on the Agenda was the **Restructure of the P&L Statement.**

**REDACTED**

5. The Chairman moved to the next item – **Pegasus Contribution of $200K for IPO Expenses**

**REDACTED**

2

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatind.com
www.imagesatind.com

CONFIDENTIAL



# REDACTED

6. **The Chairman** requested the Committee to proceed to the next item on the agenda, the **EROS C Settlement Agreement**.

# REDACTED

7. The next item on the agenda – **the Approval of the Adjusted Q3 2004 Financials**

# REDACTED

3

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000120



**8.** The Chairman then proceeded to the next item on the agenda, the **EROS B Satellite Insurance**.

# REDACTED

**9.** The next item on the agenda – **the Use of IPO Proceeds**

# REDACTED

**10.** The Chairman moved to the next item – **IPO- Shareholders Dilution**.

# REDACTED

**11.** The Chairman raised the issue of the **Bank Leumi Loan**.

# REDACTED

**12.** The Chairman proceeded to the next item on the agenda – **Warrant Holder Extension Claims**.

# REDACTED

**13.** The Chairman moved to the next item – **IPO Expenses**.

# REDACTED

**14.** The next item on the Agenda **was the IPO Comments to the F-1 Document.**

# REDACTED

4

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**15.** The next item on the Agenda was **the CEO Employment Contract.** I

# REDACTED

**16.** The Chairman moved to the next to last item on the agenda – **the November 2003 Option Plan – Additional Allocation of Options**

# REDACTED

5

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**3. and 4.** The Chairman called upon Mr. Goren, the CFO, to **present his findings in respect of Items 3 and 4.**

**17. Good and Welfare**

6

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoya
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**Hagai Goren -- Company Secretary**

7

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000124

**ImageSat®**
**International**

**Minutes of the Board of Directors of the Company**
**Meeting held in New York, on February 25, 2005, at 09:00 a.m local time**

**Participants:**

**Board Members:**

| | |
|---|---|
| **Moshe Keret** | **– Chairman and Director** |
| **Rudi Heilpern** | **- Director** |
| **Shimon Eckhaus** | **– Director** |
| **Joseph Gaspar** | **– Director** |
| **Jim DePalma** | **– Director** |
| **Menashe Sagiv** | **- Director** |
| **Jacob Weiss** | **– Director** |
| **Menashe Broder** | **– Director and CEO** |

**Board Observers:**

| | |
|---|---|
| **Jonathan Berger** | **- Pegasus Investors** |
| **Vivek Mehta** | **- Pegasus Investors** |
| **Yossi Vinitski** | **– Challenge Fund** |
| **Jaideep Herbar** | **– Merrill Lynch** |
| **Hagai Goren** | **- CFO** |
| **Efrat Klein-Nadel** | **- Legal Counsel** |
| **Dave Krueger** | **– SVP Business Development** |
| **Shuki Barak** | **- Comptroller** |

   **1. Chairman Opening Remarks**

# REDACTED

1

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

2. **The Chairman** moved to the first item on the agenda: <u>**The Approval of the Minutes of the Board of Directors Meeting held on November 4, 2004:**</u>

# REDACTED

3. **The Chairman** moved to the second item on the agenda: <u>**The CEO Report**</u>.

# REDACTED

2

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1 A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000126



# REDACTED

3

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

4

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

4. **The Chairman** requested the CEO to proceed to the next item on the agenda, the <u>**EROS C Settlement Agreement**</u>.

**REDACTED**

5

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

**5**. The next item on the agenda – **the Approval of the Adjusted Q3 2004 Financials**

**REDACTED**

**6.** The Chairman proceeded to the next item on the agenda, namely the **IPO**

**REDACTED**

6

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000131



**REDACTED**

**7.** The next item on the Agenda - <u>**IPO Comments to the F-1 Document.**</u>

**REDACTED**

8

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000132

**ImageSat®**
**International**

# REDACTED

**8**. The next item on the Agenda - **the Approval of IPO Confidential Filing**

# REDACTED

**9**. The next item on the Agenda – **Outstanding IPO Tasks**

# REDACTED

**10.** The next item on the agenda – **CEO Employment Agreement**

# REDACTED

**11.** The Chairman moved to the next to last item on the agenda – **the November 2003 Option Plan – Additional Allocation of Options**

# REDACTED

9

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000133

**ImageSat®**
**International**

**REDACTED**

**REDACTED**

**12. Good and Welfare**

**REDACTED**

**Hagai Goren – Company Secretary**

10

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000134



**ImageSat®**
**International**

<u>**Minutes of the Board of Directors of ImageSat International N.V.**</u>
<u>**Meeting held on September 2, 2005 at 9:00 a.m. New York time**</u>


<u>**Participants:**</u>

<u>**Board Members:**</u>

**Moshe Keret – Chairman and Director**
**James DePalma – Director**
**Joseph Gaspar  – Director**
**Rudi Heilpern – Director**

<u>**Board Observers and Other Participants:**</u>

**Jonathan Berger – Pegasus Investors**
**Yossi Vinitski – Challenge Fund**
**Jaideep Herbar – Merrill Lynch**
**Shimon Eckhaus - CEO**
**Hagai Goren – CFO**
**Efrat Klein-Nadel – Vice President and Legal Counsel**
**Shuki Barak – Financial Comptroller**
**Peter Nesgos – Milbank, Tweed, Hadley & McCloy**

<u>**Via Teleconference**</u>

**Menashe Sagiv – Director**
**Steven Wacaster – Pegasus Investors**

<u>**Participants during "F-1 Approval for Initial Filing" Discussion**</u>
**Jim Ball**
**Melinda Creasman**


<u>**1. Chairman Opening Remarks**</u>

# REDACTED

1

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

ISI_000135



**2. The Chairman** moved to the second item on the agenda: <u>**The Approval of the Minutes of the Board of Directors Meeting held on July 6, 2005.**</u>

# REDACTED

**3. The Chairman** moved to the third item on the agenda: <u>**The CEO Report.**</u>

# REDACTED

**4. The Chairman** moved to the next item on the agenda: <u>**Approval of Related Party Agreements – Financing (Tripartite) Agreement**</u>.

# REDACTED

2

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL                                                                    ISI_000136



# REDACTED

**5. The Chairman** moved to the next item on the agenda: **Approval of the 2004 Year-End Financial Statements.**

# REDACTED

3

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1 A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**6.** The Chairman moved to the next item on the agenda: <u>**Unaudited 6-Months 2005 Financials and Year-End Projection**</u>

# REDACTED

**7.** **The Chairman** moved to the next item on the agenda: <u>**Contingency Plan for 2005/6 Cash Flow**</u>

# REDACTED

4

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**ImageSat®**
**International**

# REDACTED

**8. The Chairman** moved to the next item on the agenda: **Bridge Warrant Letters.**

# REDACTED

**9. The Chairman** moved to the next item on the agenda: **Lock-Up Agreements.**

# REDACTED

**10. The Chairman** moved to the next item on the agenda: **Shareholders Agreement.**

# REDACTED

5

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL     ISI_000139



**11. The Chairman** moved to the next items on the agenda: <u>Post IPO Board Composition and Corporate Governance</u>.


# REDACTED


**12. The Chairman** moved to the next item on the agenda: <u>F-1 Approval for Initial Filing</u>.


# REDACTED


6

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

**13. The Chairman** moved to the next item on the agenda: **CEO Employment Agreement**

**REDACTED**

**14. The Chairman** moved to the next item on the agenda: <u>**Amendment of the Company Signatory Rights**</u>

**REDACTED**

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

**15. The Chairman** moved to the next item on the agenda: **New Off-Shore Bank Account (SOP 4)**

**REDACTED**

**16. and 17. The Chairman** moved to the next item on the agenda: <u>**Allocation of Additional Options to the 2003 Option Plan and Former Employees & Consultants' Options.**</u>

**REDACTED**

8

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

**ImageSat®**
**International**

# REDACTED

**18. The Chairman** moved to the last item on the agenda: **Business Plan**.

# REDACTED

9

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000143



# REDACTED

**Hagai Goren – Company Secretary**

10

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1 A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000144



**ImageSat®**
**International**

<u>**Minutes of the Board of Directors of ImageSat International N.V.**</u>
<u>**Meeting held in New York on February 10, 2006 at 9:00 a.m. (originally scheduled**</u>
<u>**for 8:30 a.m.)**</u>

<u>**Participants:**</u>

<u>**Board Members:**</u>
**James DePalma – Director**
**Joseph Gaspar - Director**
**Rudi Heilpern – Director**
**Gino Piperno-Beer - Director**

<u>**Board Observers:**</u>
**Jonathan Berger – Pegasus Investors**
**Steven Wacaster – Pegasus Investors**
**Yossi Vinitski – Challenge Fund**
**Shimon Eckhaus- CEO**
**Hagai Goren – VP CFO**
**Efrat Klein-Nadel – VP General Counsel**
**Mark Selinger – Counsel for Pegasus Investors**
**Peter Nesgos – US Counsel for Company**
**Eric de Vries – NA Counsel for Company**
**Brian Baldwin – Merrill Lynch (by con-call)**
**Michael Bruder – Morgan Joseph (participated in Meeting only during presentation)**
**Sandeep Beotra – Morgan Joseph (participated in Meeting only during presentation)**

<u>**1. Opening Remarks**</u>

# REDACTED

1

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

**2. The Chairman** moved to the second item on the agenda: <u>**The Approval of the Minutes of the Board Meeting held on November 6, 2005.**</u>

**REDACTED**

**3. The Chairman** moved to the next item on the agenda: <u>**Report on the Shareholder Meetings on February 3, 2006**</u>.

**REDACTED**

2

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

ISI_000146



**4. The Chairman** moved to the next item on the agenda: **CEO Report**.

# REDACTED

3

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

ISI_000147



**REDACTED**

**5. The Chairman** moved to the next items on the agenda: <u>**Alternatives for Financing EROS B Launch and the Bond Deal Offering**</u>

**REDACTED**

4

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com



# REDACTED

**6. The Chairman** moved to the next item on the agenda: **Principles of Agreement (POA)- Pegasus and IAI**

# REDACTED

5

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com



**REDACTED**

**7. The Chairman** moved to the next item on the agenda: <u>**Fairness Opinion - Morgan Joseph & Co.**</u>

**REDACTED**

6

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

**8. The Chairman** moved to the next item on the agenda: <u>**Company Financial Statements**</u>

**REDACTED**

**9. The Chairman** moved to the next item on the agenda: <u>**NA Law Issues**</u>

**REDACTED**

7

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000151



# REDACTED

**10. The Chairman** moved to the next item on the agenda: <u>**Mail from Robert W. Miller**</u>

# REDACTED

**11. The Chairman** moved to the last item on the agenda: <u>**Next Shareholder Meetings and Good and Welfare**</u>

# REDACTED

8

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**Hagai Goren – Company Secretary**

9

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**Minutes of the Board of Directors of ImageSat International N.V.**
**Meeting held in New York on May 30, 2006 at 9:00 a.m.**


**Participants:**

**Board Members:**
**Ilan Biran – Director**
**James DePalma  – Director**
**Joseph Gaspar - Director**
**Rahmi Rudolf Heilpern – Director**
**Gino Pipemo-Beer  – Director**

**Board Observers:**
**Jonathan Berger – Pegasus Investors**
**Steven Wacaster – Pegasus Investors**
**Yossi Vinitski – Challenge Fund**
**Shimon Eckhaus- CEO**
**Hagai Goren – VP and CFO**
**Efrat Klein-Nadel – VP and General Counsel**
**Eyal Lerman – Financial Comptroller**
**Peter Nesgos – Milbank, Tweed, Hadley & McCloy**
**Arik Speier  – Ernst & Young**


**1. Welcome to the New Directors on the Board of Directors of ImageSat**
**International N.V.**


# REDACTED


**2.** The Members of the Board moved to the second item on the agenda: **The**
**Appointment of the Chairman of the Board of Directors.**

1

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

Information@imagesatind.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**3. The Chairman** moved to the next item on the agenda: <u>**Approval of the Minutes of the Board of Directors Meeting held on March 12, 2006 and on April 3, 2006**</u>.

# REDACTED

2

ImageSat International N.V.
·Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000155



4. **The Chairman** moved to the next item on the agenda: <u>**CEO Report**</u>.

# REDACTED

3

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatind.com
www.imagesatind.com

CONFIDENTIAL



# REDACTED

4

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Áyias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000157



**REDACTED**

5

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

6

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Áyias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatind.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

**5. The Chairman** moved to the next item on the agenda: <u>Employee Stock Options;</u>
<u>Strike Prices and Allocation of New Options; Bonus Plan</u>

# REDACTED

7

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

Information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000160



# REDACTED

**6. The Chairman moved to the next item on the agenda: <u>Approval of Financial Statements for December 31, 2005</u>**

# REDACTED

8

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**7. The Chairman** moved to the next item on the agenda: **Approval of 2006 Budget**

# REDACTED

9

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com



**REDACTED**

**8. The Chairman** moved to the next item on the agenda: <u>**Bank Accounts in Bank Hapoalim for ImageSat International N.V., ImageSat Israel Ltd. and ImageSat Israel Securities Ltd.**</u>

**REDACTED**

10

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



**REDACTED**

**9. The Chairman** moved to the next item on the agenda: <u>**VAT – Audit and Status**</u>

**REDACTED**

**10. The Chairman** moved to the last item on the agenda: <u>**Good and Welfare**</u>

**REDACTED**

11

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatind.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**Hagai Goren – Company Secretary**

12

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



ImageSat®
International

## Minutes of the Board of Directors of ImageSat International NV
**Meeting held in New York, NY on Wednesday, November 22, 2006 at 08:30am N.Y. time**

**Participants**:

**Board Members**:

David Arzi – Chairman and Director
Gino Piperno-Beer – Director
Yoav Chelouche – Director
James DePalma – Director
Joseph Gaspar – Director
Rahmi Rudolf (Rudi) Heilpern – Director

**Board Observers and Attendees**:

Craig M. Cogut – Pegasus Investors
Jonathan Berger – Pegasus Investors
Ronen Stauber – Pegasus Investors
Yossi Vinitski – Challenge Fund
Shimon Eckhaus – CEO
Hagai Goren – VP and CFO
Efrat Klein-Nadel – VP General Counsel
Eyal Lerman – Financial Controller
Peter Nesgos – Milbank, Tweed, Hadley & McCloy (Company US counsel)
Eric de Vries – HBN Law (Company NA counsel)
Arik Speier – Ernst & Young
Sharon Zalewski – Ernst & Young

1.  **Chairman Opening Remarks**


# REDACTED


1

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com



# REDACTED

2

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

2.    **Scheduling of Board Meetings for the Calendar Year 2007**

# REDACTED

3.    **Approval of the Minutes of the Board of Directors Meeting held on October 16, 2006 and October 25, 2006**

# REDACTED

4.    **2007 Draft Budget Highlights**

3

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

5.     <u>**Approval of Q2 and Q3 2006 Financial Statements**</u>

# REDACTED

4

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000169



# REDACTED

6    **CEO Report**

# REDACTED

5

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

7    **EROS B Transfer of Ownership**

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000171



# REDACTED

**8      EROS C**

# REDACTED

7

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL



# REDACTED

**9**    **EROS A and EROS B – In Orbit Insurance Update**

# REDACTED

**10**    **Notice of Claim – D&O Insurance**

# REDACTED

**11**    **VAT Ruling – Status Report**

# REDACTED

8

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com



# REDACTED

**12**    <u>**Letter from Mr. Stephen Wilson's Attorneys**</u>

# REDACTED

**13**    <u>**Appointment of Mr. Rudi Heilpern as a Member of the Finance Committee**</u>

# REDACTED

9

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000174



**14**    <u>**Good and Welfare**</u>

# REDACTED

**Hagai Goren – Company Secretary**

10

ImageSat International N.V.
Correspondence Office
2 Kaufman Street
Tel Aviv 61500 Israel
Tel: +972-3-796-0600
Fax: +972-3-516-3430

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

ImageSat International N.V.
45 Ayias Paraskevis, Office IA
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000175



**ImageSat®**
**International**

**Minutes of the Meeting of the**
**Board of Directors of ImageSat International N.V.**
**Meeting held by on Thursday, May 31, 2007, at 8:30a.m. N.Y. time**

**Participants:**

**Board Members:**

David Arzi – Chairman and Director
Gino Piperno-Beer – Director
Yoav Chelouche –Director
James DePalma – Director
Joseph Gaspar – Director
Rahmi Rudolf (Rudi) Heilpern – Director

**Board Observers and Attendees:**

Ronen Stauber – Pegasus Investors
Steven Wacaster – Pegasus Investors
Arik Arad - Pegasus Investors
Yossi Vinizki – The Challenge Fund Etgar, L.P.
Shimon Eckhaus – CEO
Hagai Goren – VP and CFO
Shlomit Wolf-Schechner – VP & General Counsel
Peter Nesgos – Milbank, Tweed, Hadley and McCloy (partially attended)
Sander Bak - Milbank, Tweed, Hadley and McCloy (partially attended by telephone)

Mr. Arzi welcomed the participants and moved to the first item on the agenda:

**Chairman Opening Remarks.**

# REDACTED

1

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

**ImageSat®**
**International**

**REDACTED**

The Chairman moved to the second item on the agenda:
**Approval of the Minutes of the Board Meeting of May 8, 2007.**

**REDACTED**

The Chairman moved to the next item on the agenda:

**Marketing Report**

2

ImageSat International N.V.          ImageSat International N.V.          information@imagesatintl.com
45 Aylas Paraskevis, Office I A      Kaya W.F.G. Mensing 14              www.imagesatintl.com
Yermasoyia                           Willemstad, Curaçao
Limassol 4044 Cyprus                 Netherlands Antilles
Tel: +357-25-821-114
Fax: +357-25-821-115

CONFIDENTIAL



**REDACTED**

The Chairman moved to the next item on the Agenda:

3

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

**ImageSat**
**International**

**Company Procedures**.

# REDACTED

The Chairman moved to the next item on the Agenda:

**2007 Budget Present Review, Salary Payment in Shekels and Company's Equity Plan (Option Plan).**

# REDACTED

4

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curacao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000179



# REDACTED

5

ImageSat International N.V.
45 Ayias Paraskevis, Office 1A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax +357-25-821-115

ImageSat International N.V.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000180

**ImageSat®**
**International**

# REDACTED

Upon return of management, the Chairman moved to the next item on the Agenda:

**Minority Shareholder Claim Status.**

# REDACTED

6

ImageSat International N.V.       ImageSat International N.V.       information@imagesatintl.com
45 Ayias Paraskevis, Office 1A    Kaya W.F.G. Mensing 14            www.imagesatintl.com
Yermasoyia                        Willemstad, Curaçao
Limassol 4044 Cyprus              Netherlands Antilles
Tel: +357-25-821-114
Fax: +357-25-821-115

CONFIDENTIAL



# REDACTED

Hagai Goren – Company Secretary

7

ImageSat International N.V.
45 Ayias Paraskevis, Office 1 A
Yermasoyia
Limassol 4044 Cyprus
Tel: +357-25-821-114
Fax: +357-25-821-115

ImageSat International N.Y.
Kaya W.F.G. Mensing 14
Willemstad, Curaçao
Netherlands Antilles

information@imagesatintl.com
www.imagesatintl.com

CONFIDENTIAL

ISI_000182