Ira Brad Matetsky (IM1881)
William A. Jaskola
Matthew N. Tobias
Matthew R. Maron
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
imatetsky@ganshore.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| STEPHEN M. WILSON, *et al.*, | : | 07 Civ. 6176 (LTS) |
| Plaintiffs, | : | **PLAINTIFFS' INITIAL** |
| | | **DISCLOSURES UNDER** |
| -against- | : | **FED. R. CIV. P. 26(a)(1)** |
| IMAGESAT INTERNATIONAL N.V., *et al.*, | : | |
| Defendants. | : | |

------------------------------------------------------------------X

Plaintiffs, STEPHEN M. WILSON, BRW ENGINEERING LTD., WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH, TOP DOWN PARTNERS, LLC, JOEL LEVINE, MORRIS TALANSKY, ABRAHAM MOSHEL, MAGMA INTERNATIONAL SERVICES LTD., ALBERT REICHMANN, HEXAGRAM & CO., and POLYBUTES COMPANY hereby make their initial disclosures to Defendants pursuant to Rule 26(a)(1)(A)-(D) of the Federal Rules of Civil Procedure.

Nothing in any response herein shall be deemed to waive, in any respect, any applicable attorney-client privilege, attorney work-product protection, or any other applicable privilege or protection that may apply to any documents or information relating hereto.

At the time these disclosures are made, Plaintiffs are continuing their investigation into the matters alleged in the Complaint and other acts of wrongdoing committed by Defendants. Accordingly, Plaintiffs expressly reserve the right to amend and/or supplement these Initial Disclosures from time to time during the course of this litigation.

Subject to the foregoing, Plaintiffs make initial disclosures as follows:

**Initial Disclosure (A):**

The name and, if known, the address and telephone number of each individual likely to have discoverable information that Plaintiffs may use to support their claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**Response:**

The names and, if known, the current or last known addresses and telephone numbers of individuals likely to have discoverable information that Plaintiffs may use to support their claims (except solely for impeachment), are set forth below. Plaintiffs expressly reserve the right to supplement this response, including by adding additional individuals, by supplying or updating the contact information for individuals as it is located, and/or by adding additional subject-matters as to which the individuals may be knowledgeable.

**(1) Plaintiffs**

Each of the Plaintiffs in this action (including present and former shareholders, officers, directors, and/or employees of the corporate or entity Plaintiffs) may have discoverable information that Plaintiffs may use to support their claims. All Plaintiffs can be reached c/o Ira Brad Matetsky, Esq., Ganfer & Shore, LLP, 360 Lexington Avenue, 14th floor, New York, New York 10017.

**(2) Defendants**

Each of the Defendants in this action (including present and former shareholders, officers, directors, and/or employees of the corporate or entity Defendants) may have discoverable information that Plaintiffs may use to support their claims. Each Defendant can be reached c/o the respective defense counsel that has appeared for such Defendant in this action.

**(3) Additional Persons**

Shuki (Moshe) Barak
Collins Stuart Ltd.
88 Wood Street, 9th floor
London EC2V 7QR
+44 7624 310835
*ImageSat finances, accounting, and other matters*

Marcy Becker
Associate, High Yield Group
Merrill Lynch
World Finance Center
New York, New York 10281
(212) 449-0036
*ImageSat financial transactions and representations to investors*

Christophe Bejach
+33 1 40 17 25 80
*ImageSat financial transactions and representations to investors;*
*destruction of ImageSat's international profile*

Major General Yossi Ben-Hanan
Israeli Ministry of Defense
Office of the Director
SIBAT
Tel Aviv, Israel
*Israeli government policy regarding earth observation satellites*

Major General Yitzhak Ben-Israel
86 Hagefen Street
Ramat Hasharon, Israel
*Israeli government policy regarding earth observation satellites*

Jonathan Berger
formerly affiliated with Pegasus Capital Markets
New York, New York and Stamford, Connecticut
*ImageSat financial transactions and representations to investors;*
 *ImageSat corporate meetings and other matters*

Major General Ilan Biran
38 Admon Street
Yavneh, Israel
*Israeli space technology; satellite planning; relations between ImageSat and IAI*

Menashe Broder
3 Ravina Street
Tel Aviv 69395
Israel
*Chief Executive Officer of ImageSat from 2002 to 2005*

David Brodet
Israel
*Chairman of ImageSat (WIS) from 1997 to 2000*

Pinhas Buchris-Barel
7 Maanit St
Kfar Saba 44282
Israel
*ImageSat finances; relations between ImageSat and IMOD*

Keith Calhoun-Senghor
1429 Madison St. N.W.
Washington D.C.
(202) 425-4968
*United States government policy regarding earth observation satellites*

Attilio Caroselli
Informatica per Il Territorio, Srl. ("IPT")
Viale Mazzini 96, 00195
Rome, Italy
+39-06-33714300
*Destruction of ImageSat's international profile*

Mark B. Chasen
Associate, the Huff Alternative Income Fund, L.P.
WRH Partners, LLC
1776 On The Green
Morristown, New Jersey 07960
(973) 490-6144
*ImageSat financial transactions and representations to investors*

Prof. A. J. Chen
National Central University
Center for Space and Remote Sensing Research
National Central University
No.300, Jhongda Rd.
Jhongli City, Taoyuan County 32001
Taiwan (R.O.C.)
+886-3-4227151
*Republic of China SOP contract and related matters*

Prof. (Emeritus) Soon D. Choi
Korean Institute for Science and Technology
Chairman, SaTReC Initiative Co. Ltd.
18F Sahak Bld. 929 Dunsan-dong
Seo-gu, Taejon 302-120, Korea
+82-42 365-7501, HP 011-9818-8611
*Proposed Republic of Korea SOP contract and related matters*

Steven Clift
3030 Enterprise Court
Vista, California 92081
(760) 597-1500
*Ground station issues and related disputes*

Craig Cogut
Pegasus Capital Advisors LP
505 Park Avenue
New York, New York 10022
*ImageSat financial transactions, corporate governance, and other matters*

Araldo Colombini
ELSI S.r.l. Via Ravenna 8, 00161
Rome, Italy
+39-06-442448831
*Destruction of ImageSat's international profile*

Steven M. Cox
Washington D.C.
(202) 627-8221
*ImageSat financial transactions and representations to investors*

Catia De Angelis
Eurimage S.p.A.
Via E. D'Onofrio, 212, 00155
Rome, Italy
+39 06 40694300
*Destruction of ImageSat's international profile*

John Deutsch
formerly Director of Central Intelligence
Washington, D.C.
*United States government policy regarding earth observation satellites*

Ernst & Young LLP
5 Times Square
New York, New York 10036
*ImageSat accounting; disputes regarding accounting treatment of
 EROS satellites and related matters*

Mark Gallogly
Blackstone Group
345 Park Avenue
New York, New York 10154
(212) 935-2626
*ImageSat financial transactions and representations to investors*

Jorgen Hartnor
Marketing Manager
Metria
P.O. Box 820
SE-981 28 Kiruna, Sweden
+46 (0)980 67100
*Destruction of ImageSat's international profile*

John Heganbottom
SpaceVest Inc.
One Fountain Square
Reston, Virginia 20190
(703) 904-9800
*ImageSat financial transactions and representations to investors*

Tomer Jacob
UBS Israel
16 Arieh Shenkar St
Herzliya Pituach, Israel
*ImageSat financial transactions and representations to investors*

Omar Jaffrey
Managing Director, Global Satellite Services
UBS Investment Bank
299 Park Avenue
New York, New York 10171
(212) 821-5297
*ImageSat financial transactions and representations to investors*

Professor David Johnson
PO Box 704, Macquarie ACT 2614
Australia
+61 2 6251 3511
*Destruction of ImageSat's international profile and business opportunities*

Cristina Sanchez Kalen
155 Ocean Lane Drive
Key Biscayne, Florida 33149
*IAI and Elbit sales activities in Venezuela and related matters*

Don Kelly
Associate, the Huff Alternative Income Fund, L.P.
WRH Partners, LLC
1776 On The Green
67 Park Place
Morristown, New Jersey 07960
(973) 490-6145
*ImageSat financial transactions and representations to investors*

Shmuel Keren
31 Lohame Hagetaot Street
Petah Tikva, Israel
*Relations between ImageSat and IMOD*

Coreida Kotze
2 Church Street
6705 Robertson, South Africa
+27 23 6261384
*Former General Manager of ImageSat's headquarters office*

General (AV) Pedro Krueckans
Venezuela
*Proposed SOP contract with Venezuela, Venezuelan
  relationships with IAI and Elbit, and related matters*

David Krueger
Cobalt Analytics LLC
6745 E. Superstition Springs Blvd., Suite 1115
Mesa, Arizona 85206
(602) 819-1617
*ImageSat financial transactions and representations to investors*

Stanley Lai
Managing Director, Private Equity Group
Merrill Lynch
World Finance Center
New York, New York 10281
(212) 317-5822
*ImageSat financial transactions and representations to investors*

Steve Lammers
Hikari Corp.
1285 Sixth Avenue
New York, New York 10019
(212) 554-4070
*ImageSat financial transactions and representations to investors*

Robert LaPenta
L-1 Identity Solutions, Inc.
177 Broad Street, 12th Floor
Stamford, Connecticut 06901
(203) 504-1100
*ImageSat transactions with Core Software and related matters*

Clinton Libbey
Core Software Technology
133 N. Altadena Drive, Suite 420
Pasadena, California 91107
(703) 824-0101
*Ground station issues and related disputes*

Robert Lifton
Stanoff Corp.
805 Third Avenue, 15th Floor
New York, New York 10022
*ImageSat financial transactions and representations to investors*

Lockheed Martin Corporation
6801 Rockledge Drive
Bethesda, Maryland 20817
*Proposed earth observation satellite transactions with IAI*

Stephen Lutton
San Francisco, California
(415) 516-7270
*Ground station issues and related disputes*

Kaushal Majmudar
Associate, Global Communications Group
Merrill Lynch
World Finance Center
New York, New York 10281
*ImageSat financial transactions and representations to investors*

Michael Marchetti
Associate, High Yield Group
Merrill Lynch
World Finance Center
New York, New York 10281
(212) 449-8509
*ImageSat financial transactions and representations to investors*

Capitan (AR) Tomas Mariño Blanco
Edif "Country Park"
Avenida Principal del Bosque, Mez. Ofc. No. 2,
Caracas 6001, Venezuela
+58 212 283 4638
*Proposed SOP contract with Venezuela, Venezuelan*
  *relationships with IAI and Elbit, and related matters*

Hirokazu Mashita
Hikari Corp.
1285 Sixth Avenue
New York, New York 10019
(212) 554-4070
*ImageSat financial transactions and representations to investors*

Tracy Mehr
Managing Director, Telecom
Credit Suisse
11 Madison Avenue
New York, New York 10010
(212) 325-2000
*ImageSat financial transactions and representations to investors*

Vivek Mehta
formerly associated with Pegasus Capital Markets
New York, New York and Stamford, Connecticut
*ImageSat financial transactions and other matters*

Roberto Monaco
Res. El Mirador 51D
Calle buenarie
'Lomas de San Roman
1021 Caracas, Venezuela
+58 412 379 1975
*Proposed SOP contract with Venezuela, Venezuelan
    relationships with IAI and Elbit, and related matters*

Alex Moomjy
Managing Director, Private Equity Group
Lehman Brothers
745 Seventh Avenue
New York, New York 10019
(212) 526-7000
*ImageSat financial transactions and representations to investors*

Major General Kuti Mor
Permanent Mission of Israel to the United Nations
800 Second Avenue
New York, NY 10017
*Israeli government policy regarding earth observation satellites*

Scott Moskowitz
Managing Director, Telecom
Bear Stearns
383 Madison Avenue
New York, NY 10179
(212) 272-2000
*ImageSat financial transactions and representations to investors*

Alexey Movlyan
Interbranch Association Sovinformsputnik
47, Leningradskiy Prospect
125167 Moscow, Russia
+7-095-724-53-76/755-7007
*Destruction of ImageSat's international profile and business opportunities*

Efrat Klein Nagel
8/a Yehuda Hanassi Street
Herzeliya, Israel
*Former General Counsel of ImageSat*

Andy Nathansen
Managing Director, Telecom
Donaldson, Lufkin & Jenrette
277 Park Avenue
New York, New York 10172
(212) 892-2183
*ImageSat financial transactions and representations to investors*

Peter Nesgos, Esq.
Technology and Communication Group
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5075
*ImageSat financial transactions, corporate governance and other matters*

Northrop Grumman Corporation
1840 Century Park East
Los Angeles, California 90067
*Announced SAR earth observation satellite transaction with IAI; other proposed
  transactions; revenue estimates from transactions*

Bret Perlman
Blackstone Group
345 Park Avenue
New York, New York 10154
(212) 836-9805
*ImageSat financial transactions and representations to investors*

Andrea Petricono
Via Adelaide Bono Cairoli, 00145
Rome, Italy
+39-06-5115849
*Former ImageSat Vice President for Operations, Europe*

Andrew Plevin
SPAR L.P.
261 Madison Ave., 12th Floor
New York, New York 10016
(212) 688-4863
*ImageSat financial transactions and representations to investors;
  ground station issues and related disputes*

Christopher Rafferty
The Huff Alternative Income Fund, L.P.
WRH Partners, LLC
1776 On The Green
67 Park Place
Morristown, New Jersey 07960
(973) 490-6160
*ImageSat financial transactions and representations to investors*

Joseph Rhodes
Charterhouse Group, Inc.
535 Madison Avenue
New York, New York 10022
(212) 584-3200
*ImageSat financial transactions and representations to investors*

Jay Rixey
National Reconnaissance Office
14675 Lee Road
Chantilly, Virginia 20151-1715
(703) 808-1198
*United States government policy regarding earth observation satellites*

Jack Roberts, Jr.
Managing Director
AEA Investors Inc.
65 E. 55th Street
New York, New York 10022
(212) 702-0500
*ImageSat financial transactions and representations to investors*

Stephan Rochereau
SpaceVest Inc.
One Fountain Square
Reston, Virginia 20190
(703) 904-9800
*ImageSat financial transactions and representations to investors*

Marc Rowan
Apollo Advisors, L.P.
1301 Avenue of the Americas
New York, New York 10016
(212) 515-3245
*ImageSat financial transactions and representations to investors*

David Satterfield
U. S. Department of State, Office of the Secretary
Washington, D.C.
*United States government policy regarding earth observation satellites*

Professor Yuzo Suga
Hiroshima Institute of Technology
2-1-1, Miyake, Saeki-ku
Hiroshima 731-5193, Japan
+81 82 922 5204
*Ground station issues and related disputes*

Aron Szapiro
Israel
*Former consultant to ImageSat*

Major General (USAF Ret) William R. Usher
11410 Hollow Timber Court
Reston, VA  20194-1980
*United States government policy regarding earth observation satellites*

Piet van der Westhuizen
South Africa
+ 27 (0)12 8047596
*History of international space satellite technology*

Tom Watts
Managing Director, Equity Research
Merrill Lynch
World Finance Center
New York, New York 10281
*ImageSat financial transactions and representations to investors*

Amos Yaron
22 Shazar Street
Ramat Gan, Israel
*Relations between ImageSat and IMOD*

Ing. Jose Vicente Zapata
Aerocentro de Servicios, C.A.
Centro Comercial Tamanaco
Nivel C2 Menzzanina, Ofic 6 Sector Yarey
P.O. Box 68823, Altamira 1062
Caracas, Venezuela
+58 212 959 0401
*Proposed SOP contract with Venezuela, Venezuelan
    relationships with IAI and Elbit, and related matters*

13

Joshua (Shuki) Zeitak
Relationship Manager
Bank Leumi
32 Yehuda Halevi Street
Tel Aviv, Israel
*ImageSat financial transactions*

**Initial Disclosure (B):**

A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody or control of Plaintiffs and that the Plaintiffs may use to support their claims or defenses, unless solely for impeachment.

**Response:**

Plaintiff Stephen Wilson is in possession, custody, or control of documents and electronically stored information that Plaintiffs may use to support their claims in this action, relating to substantially all of the subject-matters of this action. The documents and information in the possession, custody, or control of Mr. Wilson include, but are not limited to, documents and communications compiled by Mr. Wilson during his years as an employee of and/or consultant to ImageSat, documents and communications that Mr. Wilson received from ImageSat in his capacity as a shareholder of ImageSat, and documents and communications obtained or assembled by Mr. Wilson in connection with his investigation of the claims asserted in the Complaint. Many of Mr. Wilson's files have previously been copied and turned over to his counsel, and the remainder of his files is being assembled for review by counsel as may be necessary for production in this action.

Plaintiff BRW Engineering, Ltd. is wholly owned by Stephen Wilson and does not maintain files relating to ImageSat separate from Mr. Wilson's.

Plaintiff WIS Partners, Ltd. is in possession, custody, or control of documents relating to its investment in ImageSat, subsequent ImageSat financing transactions, and correspondence with and involving ImageSat.  Copies of the files of WIS Partners, Ltd. relating to ImageSat are currently in the possession of its counsel for use in this action.

Plaintiff Patrick Rosenbaum is in possession, custody, or control of documents relating to ImageSat including copies of certain agreements and Board presentations.

Plaintiff Michael Morris is in possession, custody, or control of documents relating to ImageSat including documents relating to ImageSat's attempts to raise capital and "road show" presentations at which representations were made to investors and potential investors.

The remaining Plaintiffs generally have limited documents in their possession, custody, or control, such as documents relating to each Plaintiff's acquisition of securities in ImageSat.

Plaintiffs expressly reserve the right to supplement this response, including as any additional documents or electronically stored information may be located.


**Initial Disclosure (C):**

A computation of any category of damages claimed by Plaintiffs, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response:**

Plaintiffs' current best estimate of the categories of damages that they have suffered in this action is as set forth in the Complaint. Plaintiffs' calculations of damages are based upon, among other things, projections of the revenues that ImageSat should have received from various sources but for Defendants' wrongful acts and omissions as set forth in the Complaint, as applied to the percentage of ImageSat's shares that Plaintiffs should have held (including after the exercise of stock options and bridge warrants, where applicable) but for Defendants' wrongful acts. Plaintiffs' damages are also based upon the loss of the amounts that Plaintiffs invested in ImageSat. Plaintiffs also claim restitution and disgorgement of all amounts by which Defendants were unjustly enriched as a result of the acts and omissions alleged in the Complaint, as well as all compensation that any Defendants who was a director, officer, or employee of ImageSat received from ImageSat during any period of time during which he was in material breach of his fiduciary duties owed to ImageSat.

Plaintiffs expressly reserve the right to supplement this response following the production of relevant documents by Defendants and third parties and other appropriate discovery, which may include expert discovery.

**Initial Disclosure (D):**

For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:**

Not applicable.

Dated:  New York, New York
        October 10, 2007

                        GANFER & SHORE, LLP

                        By:  _____
                              Ira Brad Matetsky (IM1881)
                              William A. Jaskola
                              Matthew N. Tobias
                              Matthew R. Maron
                        360 Lexington Avenue
                        New York, New York  10017
                        (212) 922-9250
                        (212) 922-9335 (facsimile)
                        imatetsky@ganshore.com
                        *Attorneys for Plaintiffs*