# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

## DEPOSITION OF MR. HAGAI GOREN

Held in Israel on:

## January 17th, 2008

Transcribed BY:

הפרוטוקול נרשם ע"י:



14 Bloch St., Tel-Aviv

רחוב בלוך 14, תל-אביב   64161

Tel. 03-5242404, 03-5221022 .טל

Case No. 07 Civ. 6176 (LTS)     6

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| Adv. Bak: | Thank you, we agree. | 1 |
| Adv. Matetsky: | Mr. Goren, do you declare that the testimony that | 2 |
| | you give today will be true and correct under penalty | 3 |
| | of perjury under the laws of the United States of | 4 |
| | America. | 5 |
| Witness: | I do. | 6 |
| Adv. Matetsky: | Please state your full name. | 7 |
| Witness: | Hagai Goren. | 8 |
| | | 9 |

**Mr. Hagai Goren responding to questions from Adv. I. Matetsky**    10

| | | |
|---|---|---|
| Adv. Matetsky: | Sir, are you employed? | 11 |
| A: | Yes. | 12 |
| Q: | By whom are you employed? | 13 |
| A: | By ImageSat International and by ImageSat Israel. | 14 |
| Q: | What is the relationship between ImageSat | 15 |
| | International and | 16 |
| | ImageSat Israel? | 17 |
| A: | ImageSat Israel is a fully owned subsidiary of | 18 |
| | ImageSat International. | 19 |
| Q: | What is your job position at ImageSat International | 20 |

Case No. 07 Civ. 6176 (LTS)        13

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

A:    That is not correct. It is registered in Israel also but    1
      not as a local company, as a foreign company.    2

Q:    It is registered in Israel as a foreign company?    3

A:    A foreign company.    4

Q:    And did you do that or was that in place before you    5
      arrived?    6

A:    That was before I arrived.    7

Q:    Where is ImageSat Israel registered primarily?    8

A:    It is registered here in Israel.    9

Q:    No, where is ImageSat International incorporated?    10

A:    Since the time that I am with the company, it is the    11
      Netherlands Antilles.    12

Q:    Do you know why the Netherlands Antilles was    13
      chosen, or was that before your time?    14

A:    That was before my time.    15

Q:    Have you ever discussed with anyone why the    16
      Netherlands Antilles was chosen as the place of    17
      incorporation?    18

A:    Well, I did discuss it.    19

Q:    With whom?    20

Case No. 07 Civ. 6176 (LTS)    14

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| A: | A couple of people, including Mr. Wilson. | 1 |
| Q: | And do you have a general understanding as to why the | 2 |
| | Netherlands Antilles, | 3 |
| A: | It was for marketing, mainly for marketing issues. In | 4 |
| | other words, not to be too much identified with the | 5 |
| | State of Israel and local entities in Israel. | 6 |
| Q: | And so it was decided to incorporate the company | 7 |
| | outside Israel? | 8 |
| A: | That is correct. | 9 |
| Q: | Now, given that it was going to be outside Israel, do | 10 |
| | you have an understanding of why it was the | 11 |
| | Netherlands Antilles versus some place else? | 12 |
| A: | No, I don't know. | 13 |
| Q: | Does the company have any activity in the Netherlands | 14 |
| | Antilles? | 15 |
| A: | Probably it does all that is necessary to keep its | 16 |
| | registration, to pay its taxes, to provide tax reports | 17 |
| | and whatever it takes. | 18 |
| Q: | So the company does paper work in the Netherlands | 19 |
| | Antilles? | 20 |

Case No. 07 Civ. 6176 (LTS)        15

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| A: | Sometimes. | 1 |
| Adv. Bak: | Objection, objection to the extent that you are | 2 |
| | mischaracterizing the prior testimony. But you can | 3 |
| | answer. | 4 |
| Q: | Apart from what you have just described, does the | 5 |
| | company do anything else in the Netherlands Antilles? | 6 |
| A: | Not that I am aware of. | 7 |
| Q: | Have you ever been to the Netherlands Antilles? | 8 |
| A: | No. | 9 |
| Q: | Has a board meeting ever been held in the Netherlands | 10 |
| | Antilles since you have been at the company? | 11 |
| A: | Not since I was with the company, no. | 12 |
| Q: | Has a board meeting ever been held in Israel since you | 13 |
| | were with the company? | 14 |
| A: | Well, yes and no. Yes because all what we call the | 15 |
| | conference call board meetings usually are taken here, | 16 |
| | and the other members are joining through the | 17 |
| | telephone to the meeting. | 18 |
| Q: | O.K., some meetings are held by conference call, | 19 |
| | correct? | 20 |

Case No. 07 Civ. 6176 (LTS)        24

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

Q:      O.K. Were there any other people who came to board 1
        meetings regularly, as opposed to coming to maybe  2
        one board meeting, who live in the United States or  3
        work in the United States?                           4

A:      Not that I recall except the names that I mentioned  5
        before.                                              6

Q:      O.K. so where have the board meetings been held since 7
        you joined the company? I mean the board meetings  8
        that are held with all or most of the board members in 9
        the same place?                                     10

A:      Either in London or New York.                       11

Q:      Do you have an understanding as to why New York 12
        and London were chosen as the place of meetings? 13

A:      According to my knowledge, New York was because it 14
        was most convenient for the American participants 15
        and a great deal of the participants, as we said, live in 16
        America. London because it is closer to Israel and the 17
        company was looking for a closer place to Israel to 18
        make things more convenient and hopefully cheaper in 19
        terms of expenses.                                  20

Case No. 07 Civ. 6176 (LTS)    **25**

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

| | | |
|---|---|---|
| Q: | The meetings that were held in New York, were the | 1 |
| | Israeli directors of the company able to attend? | 2 |
| A: | In the board meetings? | 3 |
| Q: | Yes. | 4 |
| A: | Yes. | 5 |
| Q: | They got on a plane and they went to New York? | 6 |
| A: | Yes. | 7 |
| Q: | They got a place to stay in New York? | 8 |
| A: | Yes. | 9 |
| Q: | Did they have any trouble getting to New York? | 10 |
| Adv. Bak: | Objection. How is he supposed to know the level of | 11 |
| | difficulty they had getting to New York? | 12 |
| A: | I don't know. | 13 |
| Q: | By the way, you mentioned Pegasus having observers | 14 |
| | as well as having board members. Do you know what | 15 |
| | the status is on how many board members Pegasus has? | 16 |
| A: | You mean right now? | 17 |
| Q: | Right now. | 18 |
| A: | Right now they have one board member. | 19 |
| Q: | And that person lives in New York? | 20 |

Case No. 07 Civ. 6176 (LTS)     37

(DFE)     Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

Q:     O.K. Now, did you understand that the company was 1

going to be looking to do an IPO?     2

A:     What do you mean, looking to do?     3

Q:     The company wanted to do an IPO?     4

A:     Yes.     5

Q:     And did you understand that the company wanted to do 6

an IPO in the United States?     7

A:     Yes.     8

Q:     Did you understand why the company wanted to do its 9

IPO in the United States?     10

A:     From what I understood and that was also my     11

impression, is that the United States market,     12

specifically the NASDAQ Stock Exchange, is the most 13

suitable for that kind of IPO, at least if you compare it 14

to the Tel Aviv markets or some others, because the 15

kind of investor that you can meet there will perceive 16

such an IPO or such an offer and buy it more easily 17

than other investors all over the world.     18

**STENOGRAM' Ltd.**
14 Bloch Street, Tel-Aviv
Tel: 03-5221022

Case No. 07 Civ. 6176 (LTS)    38

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

| | | |
|---|---|---|
| Q: | And so was it your understanding that the board and | 1 |
| | senior management were planning at some point to do | 2 |
| | the IPO in the United States? | 3 |
| A: | Yes. | 4 |
| Q: | And specifically in New York? | 5 |
| A: | Yes. | 6 |
| Q: | And within the United States, why New York? | 7 |
| A: | It is not New York, we were talking about the | 8 |
| | NASDAQ Stock Exchange. We did not talk about New | 9 |
| | York as a location. We talk about the Stock Exchange | 10 |
| | itself, and we compare it to – by the way, one of the | 11 |
| | things that we can see there at the time was London. | 12 |
| | And we decided that New York or the NASDAQ is a | 13 |
| | more suitable stock exchange to come with this idea. | 14 |
| Q: | More suitable than London? | 15 |
| A: | Than London. And also more suitable than Tel Aviv | 16 |
| | for sure. | 17 |
| Q: | Or any place else? | 18 |
| A: | These were the three that were sort of brought up. | 19 |

Case No. 07 Civ. 6176 (LTS)    39

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| Q: | And who made the decision to go with NASDAQ or go | 1 |
| | with the United States? | 2 |
| A: | Well, the final decision is made by the board | 3 |
| | obviously. Suggestions can come from myself, or from | 4 |
| | the CEO at the time. We got a lot of consultation | 5 |
| | through the experience of the Pegasus group  because | 6 |
| | they have a lot of experience on that. They went to the | 7 |
| | stock exchange with a few other companies, or at least | 8 |
| | that is what they said. | 9 |
| Q: | Did the board and management, which might include | 10 |
| | yourself, consult with any outside professional | 11 |
| | advisers about where to do the IPO? For example, did | 12 |
| | you talk to Merrill Lynch? | 13 |
| A: | Well obviously when we made the contacts and the | 14 |
| | searching we talked with, not with Merrill Lynch but | 15 |
| | we talked with Night Line and UBS and specifically | 16 |
| | with the team that was to Galil later on and the | 17 |
| | process. | 18 |

Case No. 07 Civ. 6176 (LTS)   40

Stenogram Ltd

(DFE)   Deposition of Mr. H.

17/1/2008

Goren

Q:   But I am focusing early in the process where the topic 1
was where the IPO should be done. Did you consult 2
with them about that topic? 3

A:   Yes, we consulted with the team from UBS also. Not 4
me personally but members of the company that Mr. 5
Braude knew or Jacob Weiss knew from the past 6
experience of the company. 7

Q:   And these were UBS personnel located in New York? 8

A:   Yes. 9

Q:   And was the head of the team Mr. Omar Jafri? 10

A:   Yes. 11

Q:   The Merrill Lynch personnel were also in New York? 12

A:   I don't know anything about Merrill Lynch. Not in my 13
time. 14

Q:   O.K. By the time you started working with Mr. Jafri, 15
was he at UBS? 16

A:   Yes. 17

Q:   Did you ever meet Mr. Jafri? 18

A:   Yes. 19

Q:   Where did you meet with him? 20

Case No. 07 Civ. 6176 (LTS)          92

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| | all kinds of consultations. Does that mean | 1 |
| | consultations on more than one topic? | 2 |
| A: | I believe so. | 3 |
| Q: | Was it your understanding that the Ernest & Young | 4 |
| | personnel in New York were reviewing the financial | 5 |
| | statements fairly thoroughly? | 6 |
| A: | I don't remember. I don't remember if we got to that | 7 |
| | stage when we start the IPO, but at the end of the | 8 |
| | process before we submitted to the SEC, that all | 9 |
| | financials should be reviewed by Ernest & Young in | 10 |
| | New York because this as far as I know is the | 11 |
| | procedure. But I don't remember if we were at that | 12 |
| | stage or we didn't reach to that point, I don't | 13 |
| | remember. | 14 |
| Q: | So the intention was that Ernest & Young New York | 15 |
| | would do a complete review of current financial | 16 |
| | statements? | 17 |
| A: | I don't know but I believe so, yes. | 18 |

Case No. 07 Civ. 6176 (LTS)          93

(DFE)     Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| Q: | Do you know what time period that review would | 1 |
| | span? Was it the current year, the previous year, both, | 2 |
| | do you know? | 3 |
| A: | All the financials as were presented in the F1 which if | 4 |
| | I remember was the last three years before the IPO. | 5 |
| Q: | Did anyone from Ernest & Young in New York ever | 6 |
| | contact you with any questions? | 7 |
| A: | No. | 8 |
| Q: | Did anyone from Kost Forer Gabai ever call you, | 9 |
| | relaying a question from Ernest & Young in New | 10 |
| | York? | 11 |
| A: | No, not that I remember, no. | 12 |
| Q: | Did they ask you questions that led you to say to | 13 |
| | yourself, you know, it is probably New York asking | 14 |
| | this question? | 15 |
| A: | No. | 16 |
| Q: | Did you ever discuss with anyone else at the company | 17 |
| | the fact that Ernest & Young in New York was | 18 |
| | participating in the review of the financials? | 19 |
| A: | Yes. | 20 |

Case No. 07 Civ. 6176 (LTS)        112

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

| | | |
|---|---|---|
| A: | Well, the main leader of the team was a man by the | 1 |
| | name of Eric Shafrir, but also with his team. | 2 |
| Q: | Do you know an accountant named Sharon Zelesky? | 3 |
| A: | Yes, that was one of the team. | 4 |
| Q: | In Israel as well? | 5 |
| A: | Yes. | 6 |
| Q: | And I know I asked you this before but do you have | 7 |
| | any recollection of any of the E&Y people in New | 8 |
| | York who worked on the matter? | 9 |
| A: | No. | 10 |
| Q: | I am going to mark this Goren Exhibit 6, an e-mail that | 11 |
| | you sent to Mr. Wilson on July 26th of 2005. This e- | 12 |
| | mail is from Mr. Goren to Mr. Wilson. It shows as an | 13 |
| | attachment, although we haven't printed it out, an | 14 |
| | attachment draft of the 2004 financial and in its | 15 |
| | entirety it reads: "Steve, as we agreed before please | 16 |
| | find attached the draft of the 2004 financials. These | 17 |
| | financials have to go still to be reviewed by Ernest and | 18 |
| | Young New York and there might be change therefore. | 19 |
| | The financials would not yet have been approved by | 20 |

Case No. 07 Civ. 6176 (LTS)        113

(DFE)      Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

|   |   |
|---|---|
|   | the ImageSat board of directors". Is this an e-mail you 1 |
|   | sent to Mr. Wilson? And then it is signed by you and 2 |
|   | has your phone number?                             3 |
| A: | Yes.                                              4 |
| Q: | Did you send Mr. Wilson a set of financials on July 5 |
|   | 26th 2005 with the note that they still had to be    6 |
|   | reviewed by E&Y in New York?                       7 |
| A: | If that is what it says. I don't remember exactly when 8 |
|   | what time I sent the financials, but if that is what it 9 |
|   | says I believe that I sent it.                     10 |
| Q: | And was it a true statement that the financials still had 11 |
|   | to be reviewed by E&Y in New York?                12 |
| A: | Yes.                                             13 |
| Q: | O.K., we are done with that document. I am going to 14 |
|   | mark as Goren Exhibit No. 7 an e-mail chain that ends 15 |
|   | with an e-mail dated Wednesday August 10th 2005 16 |
|   | from Mr. Goren to Mr. Wilson. And Mr.Goren,       17 |
|   | although there are three e-mails in this document, I 18 |
|   | really going to ask you primarily about the top one. 19 |
|   | The second e-mail is from Mr. Wilson to you, correct? 20 |

Case No. 07 Civ. 6176 (LTS)    114

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

| | | |
|---|---|---|
| A: | Yes. | 1 |
| Q: | And is the top e-mail from you to Mr. Wilson | 2 |
| | responding to Mr. Wilson? | 3 |
| A: | Yes. | 4 |
| Q: | And in his e-mail Mr. Wilson is pushing for you to | 5 |
| | send him the financial statements for him to use in | 6 |
| | Venezuela? | 7 |
| A: | Yes. | 8 |
| Q: | And in the top e-mail you are responding to Mr. | 9 |
| | Wilson, correct? | 10 |
| A: | Yes. | 11 |
| Q: | And I'll read it in. It is from you to Mr. Wilson dated | 12 |
| | August 10 2005. It says: "I can only provide you with | 13 |
| | what I have got! I shall send you the draft of the 2004 | 14 |
| | financials as soon as they will be reviewed by E&Y in | 15 |
| | New York. We had too many surprises coming from | 16 |
| | the auditors in this connection. Signed, Hagai". Is that | 17 |
| | an e-mail you sent to Mr. Wilson on August 10th | 18 |
| | 2005? | 19 |
| A: | I believe so. | 20 |

Case No. 07 Civ. 6176 (LTS)      120

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

| | | |
|---|---|---|
| Witness: | Yes I believe so. | 1 |
| Q: | I am going to go through it with you and again, I am | 2 |
| | going to read every word of it out to try and help out | 3 |
| | the people listening in. | 4 |
| A: | Including the dirty words? | 5 |
| Q: | Including unfortunately the dirty words. | 6 |
| A: | O.K. | 7 |
| Q: | They are not the worst words I have ever seen. It says: | 8 |
| | "Steve, I appreciate your concern on the issue. It is | 9 |
| | really a frustrating process. I can give you several | 10 |
| | reasons for the delay in issuing the 2004 financials, | 11 |
| | but when I am analyzing it backwards I realize that the | 12 |
| | main reason derived from the fact that ImageSat is | 13 |
| | planning to go public  (to go public is bold faced). | 14 |
| | Following this everybody (and mainly the auditors) is | 15 |
| | trying to cover his arse. E&Y Israel is looking all the | 16 |
| | time to see what  E&Y NY will have to say, and E&Y | 17 |
| | NY is looking beyond their shoulders to see what the | 18 |
| | SEC will have to say". Anybody on the phone, do you | 19 |

Case No. 07 Civ. 6176 (LTS)    121

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

|   |   |   |
|---|---|---|
|   | need this entire e-mail? There are about four more | 1 |
|   | paragraphs to be read into the record. | 2 |
| Adv. Hurwitz: | Well, if there are going to be questions asked about | 3 |
|   | them I'd like it read, but I only need whatever is being | 4 |
|   | asked about. | 5 |
| Adv. Matetsky: | In fairness to Mr. Hurwitz there is a reference in | 6 |
|   | the e-mail to IAI so I'm going to read it clearly and | 7 |
|   | distinctly so he can know about that. But I'll stop for | 8 |
|   | now and ask, where the contents of this paragraph that | 9 |
|   | I read so far true and accurate to the best of your | 10 |
|   | knowledge? | 11 |
| Witness: | Well, I would say first of all it is true, I guess, | 12 |
|   | because I wrote this e-mail. But it is also true that | 13 |
|   | what I am saying about E&Y Israel, E&Y New York, | 14 |
|   | and the fact that they are also looking to the SEC is | 15 |
|   | probably my interpretation of the situation. It is | 16 |
|   | nothing that was said or written or said formally. | 17 |
| Q: | It was your interpretation of things that were said? | 18 |
| A: | It is my interpretation to the process and the reason for | 19 |
|   | it being so long and so delayed. | 20 |

Case No. 07 Civ. 6176 (LTS)    122

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

| | | |
|---|---|---|
| Q: | Was this your personal opinion of what was the | 1 |
| | situation as of this date? | 2 |
| A: | I guess so, yes. | 3 |
| Q: | And that was based on the process you had been | 4 |
| | through and the observations you had made? | 5 |
| A: | Yes. | 6 |
| Q: | And your years of experience with the IPO process? | 7 |
| A: | Not so much experience but yes, I guess quite a bit of | 8 |
| | experience during this process at that point of time. | 9 |
| | We are looking at August of 2005. | 10 |
| Q: | O.K., I am going to read the next paragraph of the e- | 11 |
| | mail. It says: "Due to this reason the auditors forced | 12 |
| | us, for instance, to adjust the value of the Eros C | 13 |
| | satellite, previously Eros B1, in the books by more | 14 |
| | than 30 million dollars. To do this we had to go | 15 |
| | through a three months negotiation with IAI". Were | 16 |
| | these true statements? | 17 |
| A: | Yes. | 18 |
| Q: | It says: "This is only one (big) example. We had to do | 19 |
| | a re-valuation of the company's securities that were | 20 |

Case No. 07 Civ. 6176 (LTS)    123

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

|  |  |  |
|---|---|---|
|  | issued in the year 2000 and 2001 during the financing | 1 |
|  | of the company by Pegasus and the refinancing when | 2 |
|  | Bank Leumi came in. E&Y forced us to take an | 3 |
|  | external expert to do this revaluation. We had to re- | 4 |
|  | examine and change the revenue recognition of SOP3 | 5 |
|  | and SOP4. All these changes and others went back to | 6 |
|  | the balance sheets for the years 2000 through 2004". | 7 |
|  | Were the statements in this paragraph correct? | 8 |
| A: | Yes, correct. | 9 |
| Q: | Who is the external expert who did the revaluation? | 10 |
| A: | I think it was Empire Evaluation, I believe that is the | 11 |
|  | name. | 12 |
| Q: | Where are they located? | 13 |
| A: | New York. | 14 |
| Q: | Do you remember the name of a particular person at | 15 |
|  | Empire Evaluation? | 16 |
| A: | Mark Shane. | 17 |
| Q: | Were they located in New York City? | 18 |
| A: | By the way, I must emphasize here that we didn't | 19 |
|  | mean, at the end of the day we closed terms of | 20 |

Case No. 07 Civ. 6176 (LTS)      137

(DFE)     Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| A: | No. | 1 |
| Q: | Let's take a break. | 2 |
| (Tape Change - Short Break) | | 3 |
| Adv. Matetsky: | We are going to move on to a different topic. Did | 4 |
| | the company during all or part of the time you were | 5 |
| | employed there send communications to the | 6 |
| | shareholders called Investor Reports? | 7 |
| Witness: | Yes. | 8 |
| Q: | What was the purpose of the Investor Reports? | 9 |
| A: | To brief the investors and the shareholders on the new | 10 |
| | events in the company and give them an idea what is | 11 |
| | going on. | 12 |
| Q: | Did you play a role in drafting the Investor Report? | 13 |
| A: | Yes. | 14 |
| Q: | Who else participated in drafting the Investor Report? | 15 |
| A: | Basically everybody including the CEO that has some | 16 |
| | kind of official responsibility, like the technical | 17 |
| | people, the marketing, me as the CFO. Basically this is | 18 |
| | it. | 19 |

Case No. 07 Civ. 6176 (LTS)        138

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

Q:      Was it the intention of the company in sending these 1
        reports to be conveying accurate information to the 2
        shareholders?                                        3

A:      I believe so, yes.                                   4

Q:      Was it the intention of the company to be presenting 5
        reliable information to the shareholders?            6

A:      Yes.                                                 7

Q:      Did you ever come to learn that any of the information 8
        in the Investor Reports was inaccurate?             9

A:      No, not that I recall.                              10

Q:      O.K. Was the intention to send the Investor Reports to 11
        all the shareholders?                               12

A:      Yes.                                                13

Q:      Were they sent to the directors?                    14

A:      To tell you the truth I don't really know because I was 15
        not in charge of the distribution of that.          16

Q:      Who was in charge?                                  17

A:      There was a girl that took responsibility for the public 18
        relations of the company and the investor relationship 19

Case No. 07 Civ. 6176 (LTS)      139

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | |
|---|---|
| | by the name of Ms. Karen Goldwasser or whatever, I 1 |
| | don't even remember. Anisfield, Anisfield.          2 |
| Q: | O.K., let me just mark this, we are not going to spend 3 |
| | a lot of time, just so there is a sample in the record. 4 |
| | Let me mark it Goren Exhibit 9, a copy of the Investor 5 |
| | Report from August of 2005, three pages. Is this what 6 |
| | an Investor Report looked like?                     7 |
| A: | Yes, usually yes.                                   8 |
| Q: | Were Investor Reports already being sent out as of the 9 |
| | time you joined the company?                        10 |
| A: | Can you repeat the question?                        11 |
| Q: | Yes, we are actually not going to look at this      12 |
| | document any more, I just wanted to have a sample. 13 |
| | You joined the company in September 2003, correct? 14 |
| A: | Yes.                                                15 |
| Q: | Was the company already sending out Investor Reports 16 |
| | by then?                                            17 |
| A: | Yes.                                                18 |
| Q: | Were they sent out at a particular frequency, monthly, 19 |
| | quarterly?                                          20 |

Case No. 07 Civ. 6176 (LTS)          140

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

A:      I got the impression that it was supposed to be sent  1
        every month. I cannot assure you that it was sent every 2
        and each month, but that was the main idea.          3

Q:      O.K. I am going to mark as Goren Exhibit 10 an e-mail 4
        from Karen Gold Anisfield to a number of people      5
        dated August 23rd 2005, and this e-mail reads in its 6
        entirety: "Dear Investors and Shareholders, attached 7
        please find the August 2005 Investors Report for your 8
        review. If you have any questions please send them to 9
        Hagai Goren, CFO at, (and there is Mr. Goren's e-mail 10
        address). Best regards, Karen".  By this point were the 11
        Investor Reports being sent out by e-mail.           12

A:      Yes, they were sent by e-mail usually.               13

Q:      Now at the top you see, like any other e-mail letter, 14
        there is a From line and a To line.                  15

A:      Yes.                                                 16

Q:      And there is a list of names and I just want to quickly 17
        run through these names. The first is Arik Spier. Who 18
        is that?                                             19

A:      It is the auditor.                                   20

STENOGRAM' Ltd.
14 Bloch Street, Tel-Aviv
Tel: 03-5221022

Case No. 07 Civ. 6176 (LTS)    141

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| Q: | Here in Israel? | 1 |
| A: | Yes, with Kost Forer Gabai. | 2 |
| Q: | Avi Turnbull? | 3 |
| A: | He used to be the CEO of IAI at the time. | 4 |
| Q: | Let me try and save some time instead of reading all of these names. Do you see that Geoffrey Steiner is on the list? | 5 6 7 |
| A: | Yes. | 8 |
| Q: | Who is Mr. Steiner? | 9 |
| A: | He is I believe one of the investors in the company | 10 |
| Q: | Did he invest through a vehicle called Wiss Partners? | 11 |
| A: | Yes. | 12 |
| Q: | O.K., is that a company that is largely owned by Fairchild Industries? | 13 14 |
| A: | I think so, yes. | 15 |
| Q: | Do you know where they are located? | 16 |
| A: | To tell you the truth, no, and it is a good question because at the beginning I thought they are a French company and then I realized that, I think they are located in the United States. I am not sure even until | 17 18 19 20 |

STENOGRAM' Ltd.
14 Bloch Street, Tel-Aviv
Tel: 03-5221022

Case No. 07 Civ. 6176 (LTS)      142

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

|  |  |  |
|---|---|---|
|  | today where is their exact location. | 1 |
| Q: | O.K. Do you see the name of Jim de Palma here? Right | 2 |
|  | after Steiner? | 3 |
| A: | Yes. | 4 |
| Q: | Who is he? | 5 |
| A: | He is a director for the company from Core Software, | 6 |
|  | also one of the investors. | 7 |
| Q: | Core is a U.S. company? | 8 |
| A: | Yes. | 9 |
| Q: | California based, I think? | 10 |
| A: | Pasadena, I think, that  is California? | 11 |
| Q: | Pasadena is California, yes. And we said before M de | 12 |
|  | Palma was in Connecticut? | 13 |
| A: | Yes. | 14 |
| Q: | The next name is Joel Levine. Who is Mr. Levine? | 15 |
| A: | I believe one of the investors. | 16 |
| Q: | Do you know where he lives? | 17 |
| A: | No. | 18 |
| Q: | Do you know where he works? | 19 |
| A: | No. | 20 |

Case No. 07 Civ. 6176 (LTS)    143

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

Q:    The next name is Jonathan Berger. Is that the Jonathan
Berger from Pegasus whom we discussed earlier?    2

A:    Yes.    3

Q:    On this list is the name of Peter Nesgas. Is that the    4
attorney at Milbank in New York?    5

A:    That is correct.    6

Q:    Did he receive these reports?    7

A:    Yes, That's what it looks like.    8

Q:    On the next line there is a name Robert Lapenta. Do    9
you know who that is?    10

A:    Yes, that is also one of the investors.    11

Q:    Is he also connected with Core Software?    12

A:    I think so.    13

Q:    Does he live in the United States?    14

A:    I think so.    15

Q:    Does he work in the United States?    16

A:    I don't know if he works, but I – all the information on    17
these guys, I don't know them personally, maybe I did    18
but I don't even remember that I was corresponding    19

Case No. 07 Civ. 6176 (LTS)    144

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

|   |   |   |
|---|---|---|
| | with them. Basically most of the information I got | 1 |
| | from Mr. Steve Wilson here. | 2 |
| Q: | O.K., the next name is Robert W. Miller. Who is that? | 3 |
| A: | I believe also one of this group, one of these investors. | 4 |
| Q: | An American investor? | 5 |
| A: | Yes. | 6 |
| Q: | On the next line is the name of Steve Wilson. Was he a | 7 |
| | shareholder? | 8 |
| A: | Yes. | 9 |
| Q: | After that is the name of Stephen Waycaster. Who is | 10 |
| | that? | 11 |
| A: | Also a representative from Pegasus. | 12 |
| Q: | Are there any other people on this list whom you | 13 |
| | recognize as coming from the United States? | 14 |
| A: | Casey Davis. | 15 |
| Q: | Who is that? | 16 |
| A: | She represented also one of the investors in the | 17 |
| | Pegasus group, Merrill Lynch, I think. | 18 |
| Q: | And that is Merrill Lynch in the United States? | 19 |
| A: | Yes. | 20 |

Case No. 07 Civ. 6176 (LTS)     145

(DFE)     Deposition of Mr. H.

Goren

| | | | |
|---|---|---|---|
| Q: | Any others? | 1 |
| A: | No. Dave Kruger has American citizenship. | 2 |
| Q: | How about Pierre Olivier Ben Sael — I am sure I am | 3 |
| | pronouncing that wrong? Who is that? | 4 |
| A: | He also represents or worked for one of the French | 5 |
| | investors in the company. | 6 |
| Q: | Do you know where he was located? | 7 |
| A: | I believe in France, I don't know exactly but I believe | 8 |
| | in France. | 9 |
| Q: | How about the third last name, Yoram Ginach? Who is | 10 |
| | that? | 11 |
| A: | Yoram Ginach I think he also represents one of the | 12 |
| | small investors in the company, a company at the time | 13 |
| | was called Lloyds Investment, and I believe that a | 14 |
| | couple of months ago we received notification that | 15 |
| | they changed the name of the company, but that was | 16 |
| | the name at that time. | 17 |
| Q: | And is Mr. Ginach a lawyer in New York City? | 18 |
| A: | I believe so, I am not sure. To tell you the truth, I | 19 |
| | don't know. The name is an Israeli name but probably, | 20 |

Case No. 07 Civ. 6176 (LTS)    146

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

|    |    |    |
|----|----|----|
|    | I don't know, if he was located in the United States I | 1 |
|    | don't know. | 2 |
| Q: | Do you know whether the distribution list for the | 3 |
|    | Investor Reports changed substantially over time? | 4 |
| A: | I wouldn't say substantially but there were here and | 5 |
|    | there changes to the list, as far as I remember. | 6 |
| Q: | But the intention was always to send it to the | 7 |
|    | shareholders and then some additional people? | 8 |
| A: | Yes. | 9 |
| Q: | And it would go to the shareholders regardless of | 10 |
|    | where they lived? | 11 |
| A: | Yes. | 12 |
| Q: | Including the shareholders in the U.S.? | 13 |
| A: | Yes. | 14 |
| Q: | I am going to mark as Goren Exhibit No. 11 a set of | 15 |
|    | board minutes dated February 25th 2005. I am going to | 16 |
|    | ask the witness not to read all ten pages, but I am | 17 |
|    | going to ask him, your name is typed, it says at the | 18 |
|    | end Hagai Goren, Company Secretary. You didn't | 19 |
|    | actually physically sign these, but are these the format | 20 |

Case No. 07 Civ. 6176 (LTS)    154

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| | that the company conducts almost no business in New | 1 |
| | York, what business does it conduct in New York? | 2 |
| Witness: | First of all you have to be aware that I didn't put this | 3 |
| | wording into this motion to dismiss. What I put is this | 4 |
| | document that we have seen before, the declaration, | 5 |
| | and I don't remember that it contains that the company | 6 |
| | almost didn't do. I don't know of any business in New | 7 |
| | York or in the United States that the company did. All | 8 |
| | I can say is that the company was trying or putting | 9 |
| | efforts to try to get business in the United States, | 10 |
| | unfortunately with no success. | 11 |
| Q: | When you say business do you mean an SOP? Do you | 12 |
| | mean revenue or do you mean raising money? | 13 |
| A: | I mean revenue. | 14 |
| Q: | What activities is the company engaged in the | 15 |
| | United States to try and raise revenue? | 16 |
| A: | I am not the right person to ask. | 17 |
| Q: | You are the last person who is going to be here this | 18 |
| | week. You know what, that this is a 30 B6 deposition, | 19 |
| | so you really are the right person to ask. I'm speaking | 20 |

Case No. 07 Civ. 6176 (LTS)      155

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

|          |                                                                              |    |
|----------|------------------------------------------------------------------------------|----|
|          | in code, I'm speaking to Mr. Bak. To the best of your                         | 1  |
|          | knowledge, what activities is the company engaged in                          | 2  |
|          | to try and raise revenue in the United States?                                | 3  |
| A:       | I can only say,                                                               | 4  |
| Adv. Bak: | Hold on. He said engaged in the present tense was                            | 5  |
|          | your question, I think. The witness' testimony was that                       | 6  |
|          | he is aware that there have been some efforts. But that                       | 7  |
|          | is a fair question. If you are aware of any efforts to                        | 8  |
|          | obtain revenue in the United States, then answer this                         | 9  |
|          | question.                                                                     | 10 |
| Witness: | That is what I am trying to do.                                               | 11 |
| Q:       | Please.                                                                       | 12 |
| A:       | Since I was with the company I was aware that the                             | 13 |
|          | company is very much keen and wants to get some                               | 14 |
|          | kind of contracts from the United States entities or                          | 15 |
|          | customers. And there were all kinds of meetings either                        | 16 |
|          | directly or indirectly that were done with officials,                         | 17 |
|          | entities or others, as I said directly or not directly. I                     | 18 |
|          | was not participating in any one of these so I cannot                         | 19 |
|          | give any details of that nature. All I know is that a                         | 20 |

Case No. 07 Civ. 6176 (LTS)        156

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

|  |  |  |
|---|---|---|
|  | the finance guy in the company, we didn't succeed, | 1 |
|  | because if we did succeed I would have seen the | 2 |
|  | agreements and revenues coming in and I did not. That | 3 |
|  | is all I know. | 4 |
| Q: | Do you know who the prospective customers were? | 5 |
| A: | No. | 6 |
| Q: | Was one of them the State of California? | 7 |
| A: | The State of California I just heard recently. Are we | 8 |
|  | talking about recently? | 9 |
| Q: | We are talking about at any time from 2003 to date, | 10 |
|  | efforts to raise revenue in the United States. | 11 |
| A: | I know that recently there was some research and | 12 |
|  | contacts done with the State of California, I don't | 13 |
|  | know with whom, I don't know what came out of it. | 14 |
| Q: | Were there meetings in California? | 15 |
| A: | I don't know. With the United States I think but I don't | 16 |
|  | know if it was California. | 17 |
| Q: | There were meetings in the United States about the | 18 |
|  | California effort? | 19 |
| A: | I think so, yes. | 20 |

Case No. 07 Civ. 6176 (LTS)        157

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

| | | |
|---|---|---|
| Q: | Who attended the meetings, who from the company | 1 |
| | attended the meetings? | 2 |
| A: | I think Shimon. | 3 |
| Q: | Anyone else? | 4 |
| A: | Nobody that I know. | 5 |
| Q: | How many meetings were there? | 6 |
| A: | I don't know. | 7 |
| Q: | When were the meetings? | 8 |
| A: | I don't know but I heard about it I would say in the | 9 |
| | last three or four months. That was the first time I | 10 |
| | heard about it. | 11 |
| Q: | And is that work still ongoing? | 12 |
| A: | I don't know. | 13 |
| Q: | How about a federal agency called the National | 14 |
| | Geospatial Information Agency? Is that a U.S. | 15 |
| | customer who is being solicited? | 16 |
| A: | This is a U.S. customer, a potential, that I know that | 17 |
| | the company tried to reach from all kinds of | 18 |
| | directions, and I don't think it was a successful effort | 19 |
| | so far. | 20 |

Case No. 07 Civ. 6176 (LTS)        158

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | | |
|---|---|---|---|
| Q: | Is the effort ongoing? | 1 |
| A: | Basically yes. | 2 |
| Q: | Have there been meetings in the U.S.? | 3 |
| A: | There was at least one meeting or one presentation | 4 |
| | done there as I remember. But I don't know if, in the | 5 |
| | last one or one and a half years. | 6 |
| Q: | Who attended the meetings on behalf of ImageSat? | 7 |
| A: | The specific one that I am referring to was a technical | 8 |
| | meeting, so I heard, as I say, I was not participating, | 9 |
| | but they gave a technical presentation of let's say | 10 |
| | capabilities. And I believe that Braude was there, Dave | 11 |
| | Kruger, Moshe Bar Lev. That is the one I remember. | 12 |
| Q: | From those names that meeting must have occurred a | 13 |
| | little while ago. Have there been more recent | 14 |
| | meetings? | 15 |
| A: | Not that I am aware of. | 16 |
| Q: | This agency that we are discussing is the largest | 17 |
| | customer for satellite imagery in the world, isn't that | 18 |
| | right? | 19 |
| A: | Yes, that is what I think. | 20 |

Case No. 07 Civ. 6176 (LTS)    159

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | | |
|---|---|---|---|
| Q: | Is it fair to say that ImageSat would have made a | 1 |
| | sustain effort to try to market to them? | 2 |
| A: | Yes. | 3 |
| Q: | Who at ImageSat would know more about this? | 4 |
| A: | Obviously the CEO in the relevant periods and the | 5 |
| | marketing vice-president. | 6 |
| Q: | Now in your declaration, | 7 |
| A: | Maybe Mr. Kruger at the time. | 8 |
| Q: | Now in your declaration previously marked as your | 9 |
| | Exhibit 3 you state in paragraph 18: "ImageSat does | 10 |
| | not presently have any customers based in the State of | 11 |
| | New York". | 12 |
| A: | Yes. | 13 |
| Q: | When you used the word presently there, did ImageSat | 14 |
| | previously have any customers based in the State of | 15 |
| | New York? | 16 |
| A: | No. | 17 |
| Q: | Did ImageSat previously solicit any customers based | 18 |
| | in the State of New York? | 19 |
| A: | What do you mean, solicit? | 20 |

Case No. 07 Civ. 6176 (LTS)       160

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| Q: | Seek to find a customer in New York? | 1 |
| A: | In New York specifically? | 2 |
| Q: | O.K., let's expand, in the United States? | 3 |
| A: | In the United States, yes. | 4 |
| Q: | And we have mentioned two. Were there others? | 5 |
| A: | What do you mean, we have mentioned two? | 6 |
| Q: | We have mentioned the State of California and we | 7 |
| | have mentioned the National Geospatial Agency. | 8 |
| A: | Yes, there were others. | 9 |
| Q: | What were the others? | 10 |
| A: | I remember one attempt to arrange some kind of joint | 11 |
| | venture with some American entity, I don't know even | 12 |
| | the name, that is running, operating a ground station | 13 |
| | somewhere in the United States and try to go towards | 14 |
| | this entity, for instance. But I don't know more than | 15 |
| | this one, I think, which doesn't mean anything. That is | 16 |
| | not my business in the company. | 17 |
| Q: | Well, when you made the statement in paragraph 18 | 18 |
| | the same thing we just looked at, that ImageSat does | 19 |
| | not presently have any customers based in New York, | 20 |

Case No. 07 Civ. 6176 (LTS)    183

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| A: | Yes. | 1 |
| Q: | Who is Mr. de Vries? | 2 |
| A: | Eric de Vries is our Netherlands Antilles legal | 3 |
| | counsel. | 4 |
| Q: | Since you have been involved in the company in 2005, | |
| | has ImageSat always had legal counsel in the | 6 |
| | Netherlands Antilles? | 7 |
| A: | Yes, not necessarily Mr. de Vries but yes. | 8 |
| Q: | Do you know whether Mr. de Vries maintains | 9 |
| | corporate records of the company in the Netherlands | 10 |
| | Antilles? | 11 |
| A: | Yes he does. | 12 |
| Q: | Does ImageSat have any other professional service | 13 |
| | providers located in the Netherlands Antilles? | 14 |
| A: | Yes, we have a local office, a firm that handles all our | 16 |
| | registration, paper work, everything that has to do | 16 |
| | with our activity within the Netherlands Antilles. | 17 |
| Q: | Do you know the name of that company? | 18 |

Case No. 07 Civ. 6176 (LTS)        184

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

A:    They used to be called ING something but I think they    1
      changed their name recently. I don't remember the new    2
      name.                                                    3
Q:    Does ImageSat have professional accountants located      4
      in the Netherlands Antilles?                             5
A:    Yes.                                                      6
Q:    Do you know the name of that company?                    7
A:    I believe it is KP&G, one of the four big auditing       8
      companies.                                               9
Q:    You testified earlier that to the best of your          10
      recollection you have not traveled to the Netherlands   11
      Antilles on ImageSat business, correct?                 12
A:    Correct.                                                 13
Q:    Are you familiar with whether anyone associated with    14
      ImageSat has traveled to Netherlands Antilles for       15
      ImageSat business?                                       16
A:    During my period with the company I am aware of two     17
      persons, maybe it is more than one trip per person but  18
      two persons that traveled. One was our legal advisor,   19
      legal counsel in house, Efrat Klein, and the other one  20

Case No. 07 Civ. 6176 (LTS)     185

(DFE)     Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

|   |   |   |
|---|---|---|
| | is Mr. Steve Wilson. I know that he went there at least | 1 |
| | once or twice for all kinds of legal documents that had | 2 |
| | to do with trying to get the SOP contract in Venezuela. | 3 |
| Q: | Do you know the approximate time period when Mr. | 4 |
| | Wilson made, you said it was one trip or more than | 5 |
| | one trip? | 6 |
| A: | I think two trips but I am not sure. | 7 |
| Q: | Do you know the time period for those trips? | 8 |
| A: | It was back in 2005, I don't know the exact month. | 9 |
| Q: | During that time period Mr. Wilson was affiliated in | 10 |
| | some capacity with ImageSat? | 11 |
| A: | Yes, Mr. Wilson worked as an external consultant for | 12 |
| | the company to assist in achieving or signing an | 13 |
| | agreement in Venezuela. | 14 |
| Q: | And to the best of your understanding these trips by | 15 |
| | Mr. Wilson to the Netherlands Antilles were related to | 16 |
| | ImageSat business? | 17 |
| Adv. Matetsky: Objection to the plural. | | 18 |
| Q: | I will ask you to take a look at the declaration that you | 19 |
| | submitted in connection with our motion to dismiss | 20 |

Case No. 07 Civ. 6176 (LTS)    190

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| Q: | Did you discuss with him the fact that he was going to | |
| | be asking you questions? | 2 |
| Adv. Bak: | Objection, and I do take offense at a question that is | 3 |
| | intentionally grounded and obtaining attorney/client | 4 |
| | privilege. | 5 |
| Adv. Matetsky: | No, I think that one is actually O.K. | 6 |
| Adv. Bak: | If you want to ask him about documents that is one | 7 |
| | thing, but you are directly asking for the substance of | 8 |
| | our conversation. | 9 |
| Adv. Matetsky: | Are you instructing him not to answer? | 10 |
| Adv. Bak: | Correct. | 11 |
| Adv. Matetsky: | Does the company do any business in the | 12 |
| | Netherlands Antilles? | 13 |
| Witness: | Well, it depends what you call business but I think the | 14 |
| | answer is no. | 15 |
| Q: | O.K. Has the company ever solicited any customers in | 16 |
| | the Netherlands Antilles? | 17 |
| A: | No. | 18 |
| Q: | Is there an SOP with the Government of Curacao under | 19 |
| | discussion? | 20 |

Case No. 07 Civ. 6176 (LTS)        191

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| A: | No. | 1 |
| Q: | Does the company have any employees in the | 2 |
| | Netherlands Antilles? | 3 |
| A: | No. | 4 |
| Q: | Has it ever had any employees? | 5 |
| A: | Not as far as I know, no. | 6 |
| Q: | When Mr. Wilson went to Curacao, for the record he | 7 |
| | tells me it only happened once, but whenever Mr. | 8 |
| | Wilson, | 9 |
| Adv. Bak: | Whoa, whoa, what is that? | 10 |
| Adv. Matetsky: | It is a comment for the record. | 11 |
| Adv. Bak: | It is not O.K., it is an improper attempt to test the | 12 |
| | witness. The witness is not under oath. I move to | 13 |
| | strike your statement from the record. | 14 |
| Q: | Whenever Mr. Wilson went to Curacao, did he go there | 15 |
| | to obtain legal documents? | 16 |
| A: | I believe so, yes. | 17 |
| Q: | Do you know of any other reason he went there? | 18 |
| | Exclude personal reasons. Did he have any other | 19 |
| | business reason to be there? | 20 |

Case No. 07 Civ. 6176 (LTS)    192

(DFE)    Deposition of Mr. H.

Goren

Stenogram Ltd

17/1/2008

| | | |
|---|---|---|
| A: | Not that I can remember. All I know is, by the way, | 1 |
| | from correspondence which was handled between Mr | 2 |
| | Wilson and myself, so I was not present there. | 3 |
| Q: | And the other person you mentioned who went to the | 4 |
| | Netherlands Antilles was Ms. Klein? | 5 |
| A: | Yes. | 6 |
| Q: | She was a lawyer for the company? | 7 |
| A: | Yes. | 8 |
| Q: | Do you know why she went to Curacao? | 9 |
| A: | Yes, I think this was around the time that we just | 10 |
| | changed our legal counsel over there and she was | 11 |
| | going to try to help and to meet the new firm and to | 12 |
| | try to initiate the process of transferring the material. | 13 |
| Q: | So it was in conjunction with legal matters? | 14 |
| A: | Yes, mostly legal, yes. | 15 |
| Q: | Not in conjunction with business matters? | 16 |
| A: | Exactly. | 17 |
| Q: | O.K. Now there was reference to documents that are | 18 |
| | held by the lawyers in the Netherlands Antilles. Does | 19 |
| | the law firm of Milbank, Tweed, Hadley & McCloy | 20 |

Case No. 07 Civ. 6176 (LTS)      197

Stenogram Ltd

(DFE)    Deposition of Mr. H.

17/1/2008

Goren

Q:      O.K., now with respect to these minutes, do you      1

        remember how far back they went?      2

A:      I don't remember but quite far.      3

Q:      Did they go as far back so that the company was at one      4

        point called West Indian Space rather than ImageSat?      5

A:      Yes it did, yes.      6

Q:      And these are files that are accessible to you?      7

A:      Yes, they are accessible to me.      8

Q:      O.K., and the file of nominations and elections records      9

        was also accessible to you?      10

A:      Yes.      11

Q:      O.K. Was there a practice at ImageSat, at least during      12

        the years that you have been there, that when a      13

        director can't come he sends somebody in his place?      14

A:      There was. In the instances a guy was not present, it is      15

        not that he sent somebody else to replace him but he      16

        gave a power of attorney to a proxy, to one of the      17

        other board members, to vote for him on board issues.      18

        That is the procedure that I was involved in.      19

Case No. 07 Civ. 6176 (LTS)          198

Stenogram Ltd

(DFE)      Deposition of Mr. H.

17/1/2008

Goren

| | | |
|---|---|---|
| Q: | But for example, Core Software has the right to | 1 |
| | designate a director, correct? | 2 |
| A: | Yes. | 3 |
| Q: | And did it ever happen that the officially designated | 4 |
| | director from Core couldn't go to the meeting so | 5 |
| | somebody else would go in his place? | 6 |
| A: | Since the time that I arrived to the company, Mr. de | 7 |
| | Palma for quite a long period of time was an alternate | 8 |
| | director for, as far as I remember, Mr. Bob Lapenta. I | 9 |
| | mean, the official nomination was for Lapenta, and he | 10 |
| | was participating as alternate director. | 11 |
| Q: | So the concept of alternate director did exist/? | 12 |
| A: | Yes. | 13 |
| Q: | There were some people who were called alternate | 14 |
| | directors? | 15 |
| A: | Yes. | 16 |
| Q: | Do you know if Mr. Eldar was ever introduced to | 17 |
| | anyone as an alternate director/ | 18 |
| A: | I don't know. | 19 |