UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

STEPHEN M. WILSON, et al.,                : 07 Civ. 6176 (LTS)

        Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., et al.,

        Defendants.

------------------------------------X

### STIPULATION AND PROPOSED ORDER

WHEREAS on July 26, 2007, the Court so ordered a briefing schedule for Defendants' motions to dismiss, which schedule was modified by the Court at the request of the parties on December 14, 2007 and again on January 18, 2008.

IT IS HEREBY STIPULATED AND AGREED on behalf of the parties to this action, by and through their respective counsel, as follows:

1.     The date by which Defendants shall reply to Plaintiffs' opposition papers is extended from March 3, 2008 to March 17, 2008.

2.     Defendants may file a joint reply memorandum of law of up to twenty-five pages. Any Defendant that has moved to dismiss on a ground unique to that Defendant and filed a separate memorandum in support of its motion to dismiss may file a separate reply

memorandum of law of up to ten pages. addressing the unique ground only. /JW/

| Dated: February 22, 2008<br>New York, New York | MILBANK, TWEED, HADLEY & McCLOY LLP<br><br>By: ___/s/ Sander Bak/___<br>Sander Bak (SB 2263)<br>Deborah Elman (DE 2310)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>sbak@milbank.com<br><br>*Counsel for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche* |
|---|---|
| | COHEN TAUBER SPIEVACK & WAGNER, LLP<br><br>By: _____<br>Stephen Wagner, Esq. (SW 2500)<br>Sari E. Kolatch, Esq.(SK 3026)<br>420 Lexington Avenue, Suite 2400,<br>New York, NY 10170<br>swagner@ctswlaw.com<br>    -and-<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: _____<br>Eric S. Goldstein, Esq. (ESG 1034)<br>Jonathan H. Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*<br>egoldstein@paulweiss.com<br><br>GREENBERG TRAURIG LLP<br><br>By: _____<br>Simon Miller, Esq. (SM 6278)<br>200 Park Avenue<br>New York, NY 10166 |

|  | millersj@gtlaw.com<br>*Counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, and Joseph Gaspar*<br><br>WEIL, GOTSHAL & MANGES LLP<br><br>By: _____<br>Robert Carangelo<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>robert.carangelo@weil.com<br>*Attorneys for Defendant DePalma* |
|---|---|
|  | GANFER & SHORE, LLP<br><br>By: _____<br>Ira Brad Matetsky (IM1881)<br>360 Lexington Avenue<br>New York, NY 10017<br>(212) 922-9250<br>(212) 922-9335 (facsimile)<br>imatetsky@ganshore.com<br>*Attorneys for Plaintiffs* |
|  | MANUEL & ROSENFELD, LLP<br><br>By: _____<br>Shira Rosenfeld<br>One Penn Plaza, Suite 2527<br>New York, NY 10119<br>(212)792-0999<br>syr@mr-law.net<br>*Attorneys for Intervenor Plaintiff Harbinger International Holdings S.A.* |

**SO ORDERED:**


_____
Honorable Laura Taylor Swain
United States District Judge

|  | millersj@gtlaw.com<br>*Counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, and Joseph Gaspar*<br><br>WEIL, GOTSHAL & MANGES LLP<br><br>By:_____<br>Robert Carangelo<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>robert.carangelo@weil.com<br>*Attorneys for Defendant DePalma* |
|  | GANFER & SHORE, LLP<br><br>By: *[signature]*<br>Ira Brad Matetsky (IM1881)<br>360 Lexington Avenue<br>New York, NY 10017<br>(212) 922-9250<br>(212) 922-9335 (facsimile)<br>imatetsky@ganshore.com<br>*Attorneys for Plaintiffs* |
|  | MANUEL & ROSENFELD, LLP<br><br>By:_____<br>Shira Rosenfeld<br>One Penn Plaza, Suite 2527<br>New York, NY 10119<br>(212)792-0999<br>svr@mr-law.net<br>*Attorneys for Intervenor Plaintiff Harbinger International Holdings S.A.* |

SO ORDERED:

_____
Honorable Laura Taylor Swain
United States District Judge

3

memorandum of law of up to ten pages.

| Dated: February 22, 2008<br>New York, New York | MILBANK, TWEED, HADLEY & McCLOY LLP<br><br>By: _____<br>  Sander Bak (SB 2263)<br>  Deborah Elman (DE 2310)<br>  1 Chase Manhattan Plaza<br>  New York, New York 10005<br>  (212) 530-5000<br>  sbak@milbank.com<br><br>*Counsel for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche* |
|---|---|
| | COHEN TAUBER SPIEVACK & WAGNER, LLP<br><br>By: *[signature]*<br>Stephen Wagner, Esq. (SW 2500)<br>Sari E. Kolatch, Esq. (SK 3026)<br>420 Lexington Avenue, Suite 2400,<br>New York, NY 10170<br>swagner@ctswlaw.com<br>    -and-<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: _____<br>Eric S. Goldstein, Esq. (ESG 1034)<br>Jonathan H. Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*<br>egoldstein@paulweiss.com<br><br>GREENBERG TRAURIG LLP<br><br>By: _____<br>Simon Miller, Esq. (SM 6278)<br>200 Park Avenue<br>New York, NY 10166 |

memorandum of law of up to ten pages.

| Dated: February 22, 2008<br>New York, New York | MILBANK, TWEED, HADLEY & McCLOY LLP<br><br>By: _____<br>Sander Bak (SB 2263)<br>Deborah Elman (DE 2310)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>sbak@milbank.com<br><br>*Counsel for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche* |
|---|---|
| | COHEN TAUBER SPIEVACK & WAGNER, LLP<br><br>By: _____<br>Stephen Wagner, Esq. (SW 2500)<br>Sari E. Kolatch, Esq.(SK 3026)<br>420 Lexington Avenue, Suite 2400,<br>New York, NY 10170<br>swagner@ctswlaw.com<br>-and-<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: /s/ _____<br>Eric S. Goldstein, Esq. (ESG 1034)<br>Jonathan H. Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*<br>egoldstein@paulweiss.com<br><br>GREENBERG TRAURIG LLP<br><br>By: _____<br>Simon Miller, Esq. (SM 6278)<br>200 Park Avenue<br>New York, NY 10166 |

memorandum of law of up to ten pages.

| Dated: February 22, 2008<br>New York, New York | MILBANK, TWEED, HADLEY & McCLOY LLP<br><br>By:_____<br>Sander Bak (SB 2263)<br>Deborah Elman (DE 2310)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>sbak@milbank.com<br><br>*Counsel for Defendants ImageSat International N.V., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, and Yoav Chelouche* |
|---|---|
|  | COHEN TAUBER SPIEVACK & WAGNER, LLP<br><br>By: _____<br>Stephen Wagner, Esq. (SW 2500)<br>Sari E. Kolatch, Esq. (SK 3026)<br>420 Lexington Avenue, Suite 2400,<br>New York, NY 10170<br>swagner@ctswlaw.com<br>-and-<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>By: _____<br>Eric S. Goldstein, Esq. (ESG 1034)<br>Jonathan H. Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*<br>egoldstein@paulweiss.com<br><br>GREENBERG TRAURIG LLP<br><br>By: /s/ Simon Miller<br>Simon Miller, Esq. (SM 6278)<br>200 Park Avenue<br>New York, NY 10166 |

|  | millersj@gtlaw.com<br>*Counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, and Joseph Gaspar*<br><br>WEIL, GOTSHAL & MANGES LLP<br><br>By: /s/ *[signature]* — STACY NETTLETON<br>Robert Carangelo<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>robert.carangelo@weil.com<br>*Attorneys for Defendant DePalma* |
|---|---|
|  | GANFER & SHORE, LLP<br><br>By: _____<br>Ira Brad Matetsky (IM1881)<br>360 Lexington Avenue<br>New York, NY 10017<br>(212) 922-9250<br>(212) 922-9335 (facsimile)<br>imatetsky@ganshore.com<br>*Attorneys for Plaintiffs* |
|  | MANUEL & ROSENFELD, LLP<br><br>By: _____<br>Shira Rosenfeld<br>One Penn Plaza, Suite 2527<br>New York, NY 10119<br>(212)792-0999<br>syr@mr-law.net<br>*Attorneys for Intervenor Plaintiff Harbinger International Holdings S.A.* |

SO ORDERED:

_____
Honorable Laura Taylor Swain
United States District Judge

3

|  | millersi@gtlaw.com<br>*Counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, and Joseph Gaspar*<br><br>WEIL, GOTSHAL & MANGES LLP<br><br>By:_____<br>Robert Carangelo<br>767 Fifth Avenue<br>New York, New York 10153<br>(212) 310-8000<br>robert.carangelo@weil.com<br>*Attorneys for Defendant DePalma* |
|  | GANFER & SHORE, LLP<br><br>By: _____<br>   Ira Brad Matetsky (IM1881)<br>   360 Lexington Avenue<br>   New York, NY 10017<br>   (212) 922-9250<br>   (212) 922-9335 (facsimile)<br>   imatetsky@ganshore.com<br>   *Attorneys for Plaintiffs* |
|  | MANUEL & ROSENFELD, LLP<br><br>By: *[signature]*<br>   Shira Rosenfeld<br>   One Penn Plaza, Suite 2527<br>   New York, NY 10119<br>   (212)792-0999<br>   syr@mr-law.net<br>   *Attorneys for Intervenor Plaintiff Harbinger International Holdings S.A.* |

**SO ORDERED:**

*[signature]* 2/26/2008

Honorable Laura Taylor Swain
United States District Judge

3