Case 1:07-cv-06176-DLC   Document 98   Filed 03/17/2008   Page 1 of 6



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 7 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN M. WILSON, *et al.*

                Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., *et al.*

                Defendants.

07 Civ. 6176 (LTS) (DFE)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties to this action that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the portions of Plaintiffs' Seventeenth Claim for Relief (Against ImageSat for Reformation of the Options and Bridge Warrants) and Eighteenth Claim for Relief (Against ImageSat, IAI, and Elbit for Fraud Relating to the Options and Bridge Warrants) that relate to the exercise price for the options and warrants are hereby voluntarily dismissed with prejudice. The parties acknowledge that the exercise price for the options and warrants was amended to $23.2737 several years before Plaintiffs filed the above-captioned lawsuit.

NY2:#4779969

Dated: New York, N.Y.
March ___, 2007

| | |
|---|---|
| GANFER & SHORE, LLP | MANUEL & ROSENFELD, LLP |
| By: _/s/_ Ira Brad Matetsky (IM1981) 360 Lexington Avenue New York, New York 10017 (212) 922-9250 (212) 922-9335 (facsimile) imatetsky@ganshore.com *Attorneys for Plaintiffs* | By: _____ Shira Rosenfeld One Penn Plaza, Suite 2527 New York, New York 10119 (212) 792-0999 syr@mr-law.net *Attorneys for Intervenor Plaintiff Harbinger International Holdings S.A.* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | COHEN TAUBER SPIEVACK & WAGNER, LLP |
| By: _____ Sander Bak (SB-2263) Deborah Elman (DE 2310) 1 Chase Manhattan Plaza New York, New York 10005 (212) 530-5000 Sbak@milbank.com *Attorneys for Defendants ImageSat International, N.V., Keret, Nissan, Weiss, Eckhaus, Piperno-Beer, Arzt, and Chelouche* | By: _/s/_ Stephen Wagner (SW 2500) Sari Kolatch (SK 3026) 420 Lexington Avenue, Suite 2400 New York, New York 10170 (212) 586-5800 swagner@ctswlaw.com *Attorneys for Defendants Israel Aerospace International, Ltd. & Eldar* |
| GREENBERG TRAURIG, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: _____ Simon Miller (SM 6278) 200 Park Avenue New York, New York 10166 (212) 801-9200 millersj@gtlaw.com *Attorneys for Defendants Elbit Systems, Ltd., Ackerman, Federman, Gaspar, and Estate of Toren* | By: _/s/_ Eric S. Goldstein (ESG 1034) Jonathan Hurwitz (JHH 8037) 1285 Avenue of the Americas New York, New York 10019 (212) 373-3000 egoldstein@paulweiss.com *Attorneys for Defendants Israel Aerospace International, Ltd. & Eldar* |

Dated: New York, N.Y.
       March ___, 2007

GANFER & SHORE, LLP

By: _____
    Ira Brad Matetsky (IM1981)
    360 Lexington Avenue
    New York, New York 10017
    (212) 922-9250
    (212) 922-9335 (facsimile)
    imatetsky@ganshore.com
    *Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By: _____
    Shira Rosenfeld
    One Penn Plaza, Suite 2527
    New York, New York 10119
    (212) 792-0999
    syr@mr-law.net
    *Attorneys for Intervenor Plaintiff
    Harbinger International Holdings S.A.*

MILBANK, TWEED, HADLEY & MCCLOY
LLP

By: _____
    Sander Bak (SB-2263)
    Deborah Elman (DE 2310)
    1 Chase Manhattan Plaza
    New York, New York 10005
    (212) 530-5000
    Sbak@milbank.com
    *Attorneys for Defendants ImageSat
    International, N.V., Keret, Nissan, Weiss,
    Eckhaus, Piperno-Beer, Arzi, and
    Chelouche*

COHEN TAUBER SPIEVACK & WAGNER,
LLP

By: _____
    Stephen Wagner (SW 2500)
    Sari Kolatch (SK 3026)
    420 Lexington Avenue, Suite 2400
    New York, New York 10170
    (212) 586-5800
    swagner@ctswlaw.com
    *Attorneys for Defendants Israel
    Aerospace International, Ltd. & Eldar*

GREENBERG TRAURIG LLP

By: _____
    Simon Miller (SM 6278)
    200 Park Avenue
    New York, New York 10166
    (212) 801-9200
    millersj@gtlaw.com
    *Attorneys for Defendants Elbit
    Systems, Ltd., Ackerman, Federman,
    Gaspar, and Estate of Toren*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
    Eric S. Goldstein (ESG 1034)
    Jonathan Hurwitz (JHH 8037)
    1285 Avenue of the Americas
    New York, New York 10019
    (212) 373-3000
    egoldstein@paulweiss.com
    *Attorneys for Defendants Israel
    Aerospace International, Ltd. & Eldar*

Dated: New York, N.Y.
March 14, 2007

| | |
|---|---|
| GANFER & SHORE, LLP | MANUEL & ROSENFELD, LLP |
| By: _____<br>Ira Brad Matetsky (IM1881)<br>360 Lexington Avenue<br>New York, New York 10017<br>(212) 922-9250<br>(212) 922-9335 (facsimile)<br>imatetsky@ganshore.com<br>*Attorneys for Plaintiffs* | By: _____<br>Shira Rosenfeld<br>One Penn Plaza, Suite 2527<br>New York, New York 10119<br>(212) 792-0999<br>syr@mr-law.net<br>*Attorneys for Intervenor Plaintiff*<br>*Harbinger International Holdings S.A.* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | COHEN TAUBER SPIEVACK & WAGNER, LLP |
| By: *D. Elman* _____<br>Sander Bak (SB-2263)<br>Deborah Elman (DE 2310)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>Sbak@milbank.com<br>*Attorneys for Defendants ImageSat*<br>*International, N.V., Keret, Nissan, Weiss,*<br>*Eckhaus, Piperno-Beer, Arzi, and*<br>*Chelouche* | By: _____<br>Stephen Wagner (SW 2500)<br>Sari Kolatch (SK 3026)<br>420 Lexington Avenue, Suite 2400<br>New York, New York 10170<br>(212) 586-5800<br>swagner@ctswlaw.com<br>*Attorneys for Defendants Israel*<br>*Aerospace International, Ltd. & Eldar* |
| GREENBERG TRAURIG, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: _____<br>Simon Miller (SM 6278)<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200<br>millersj@gtlaw.com<br>*Attorneys for Defendants Elbit*<br>*Systems, Ltd., Ackerman, Federman,*<br>*Gaspar, and Estate of Toren* | By: _____<br>Eric S. Goldstein (ESG 1034)<br>Jonathan Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>egoldstein@paulweiss.com<br>*Attorneys for Defendants Israel*<br>*Aerospace International, Ltd. & Eldar* |

Dated: New York, N.Y.
       March ___, 2007

| | |
|---|---|
| GANFER & SHORE, LLP | MANUEL & ROSENFELD, LLP |
| By:_____ <br> Ira Brad Matetsky (IM1881) <br> 360 Lexington Avenue <br> New York, New York 10017 <br> (212) 922-9250 <br> (212) 922-9335 (facsimile) <br> imatetsky@ganshore.com <br> *Attorneys for Plaintiffs* | By: /s/ Shira Rosenfeld <br> Shira Rosenfeld <br> One Penn Plaza, Suite 2527 <br> New York, New York 10119 <br> (212) 792-0999 <br> syr@mr-law.net <br> *Attorneys for Intervenor Plaintiff* <br> *Harbinger International Holdings S.A.* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | COHEN TAUBER SPIEVACK & WAGNER, LLP |
| By:_____ <br> Sander Bak (SB-2263) <br> Deborah Elman (DE 2310) <br> 1 Chase Manhattan Plaza <br> New York, New York 10005 <br> (212) 530-5000 <br> Sbak@milbank.com <br> *Attorneys for Defendants ImageSat International, N.V., Keret, Nissan, Weiss, Eckhaus, Piperno-Beer, Arzi, and Chelouche* | By:_____ <br> Stephen Wagner (SW 2500) <br> Sari Kolatch (SK 3026) <br> 420 Lexington Avenue, Suite 2400 <br> New York, New York 10170 <br> (212) 586-5800 <br> swagner@ctswlaw.com <br> *Attorneys for Defendants Israel Aerospace International, Ltd. & Eldar* |
| GREENBERG TRAURIG, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By:_____ <br> Simon Miller (SM 6278) <br> 200 Park Avenue <br> New York, New York 10166 <br> (212) 801-9200 <br> millersj@gtlaw.com <br> *Attorneys for Defendants Elbit Systems, Ltd., Ackerman, Federman, Gaspar, and Estate of Toren* | By:_____ <br> Eric S. Goldstein (ESG 1034) <br> Jonathan Hurwitz (JHH 8037) <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> (212) 373-3000 <br> egoldstein@paulweiss.com <br> *Attorneys for Defendants Israel Aerospace International, Ltd. & Eldar* |

WEIL, GOTSHAL & MANGES LLP

By: _____
Robert Carangelo
Stacy Nettleton
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert.carangelo@weil.com
*Attorneys for Defendant DePalma*


**SO ORDERED:**

_____ 3/17/2008
Honorable Laura Taylor Swain
United States District Judge