

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN M. WILSON, *et al.*

                         Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., *et al.*

                         Defendants.

07 Civ. 6176 (LTS) (DFE)

**Electronically Filed**

**STIPULATION AND PROPOSED ORDER**

        WHEREAS on February 26, 2008, the Court entered an Order setting March 17, 2008 as the date for Defendants to reply to Plaintiffs' opposition papers on the pending motions to dismiss.

        WHEREAS on March 17, 2008, Plaintiffs filed the First Amended Complaint.

        WHEREAS the Defendants will address in their reply papers the revisions to the Complaint effected by the First Amended Complaint.

        IT IS HEREBY STIPULATED AND AGREED on behalf of the parties to this action, by and through their respective counsel, as follows:

        1.      The date by which Defendants ImageSat International N.V., Israel Aerospace Industries Ltd, Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, Yoav Chelouche, Yehoshua Eldar, and James DePalma shall reply to Plaintiffs' opposition papers is extended from March 17, 2008 to March 25, 2008.

2.    The date by which Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, and Joseph Gaspar shall reply to Plaintiffs' opposition papers is extended from March 17, 2008 to March 28, 2008.

3.    The page limitations for defendants' reply papers shall be as set forth in the Court's Order, dated February 26, 2008.

Dated: New York, N.Y.
March 17, 2008

| | |
|---|---|
| GANFER & SHORE, LLP | MANUEL & ROSENFELD, LLP |
| By: /s/ Ira Brad Matetsky<br>Ira Brad Matetsky (IM1881)<br>360 Lexington Avenue<br>New York, New York 10017<br>(212) 922-9250<br>(212) 922-9335 (facsimile)<br>imatetsky@ganshore.com<br>*Attorneys for Plaintiffs* | By: _____<br>Shira Rosenfeld<br>One Penn Plaza, Suite 2527<br>New York, New York 10119<br>(212) 792-0999<br>syr@mr-law.net<br>*Attorneys for Intervenor Plaintiff*<br>*Harbinger International Holdings S.A.* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | COHEN TAUBER SPIEVACK & WAGNER, LLP |
| By: _____<br>Sander Bak (SB-2263)<br>Deborah Elman (DE 2310)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>Sbak@milbank.com<br>*Attorneys for Defendants ImageSat*<br>*International, N.V., Keret, Nissan, Weiss,*<br>*Eckhaus, Piperno-Beer, Arzi, and*<br>*Chelouche* | By: _____<br>Stephen Wagner (SW 2500)<br>Sari Kolatch (SK 3026)<br>420 Lexington Avenue, Suite 2400<br>New York, New York 10170<br>(212) 586-5800<br>swagner@ctswlaw.com<br>*Attorneys for Defendants Israel*<br>*Aerospace International, Ltd. & Eldar* |
| GREENBERG TRAURIG, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By: _____<br>Simon Miller (SM 6278)<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200<br>millersj@gtlaw.com<br>*Attorneys for Defendants Elbit*<br>*Systems, Ltd., Ackerman, Federman,*<br>*Gaspar, and Estate of Toren* | By: _____<br>Eric S. Goldstein (ESG 1034)<br>Jonathan Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>egoldstein@paulweiss.com<br>*Attorneys for Defendants Israel*<br>*Aerospace International, Ltd. & Eldar* |

Dated: New York, N.Y.
       March 17, 2008

| GANFER & SHORE, LLP | MANUEL & ROSENFELD, LLP |
|---|---|
| By:_____<br>Ira Brad Matetsky (IM1881)<br>360 Lexington Avenue<br>New York, New York 10017<br>(212) 922-9250<br>(212) 922-9335 (facsimile)<br>imatetsky@ganshore.com<br>*Attorneys for Plaintiffs* | By: /s/ Shira Rosenfeld<br>Shira Rosenfeld<br>One Penn Plaza, Suite 2527<br>New York, New York 10119<br>(212) 792-0999<br>syr@mr-law.net<br>*Attorneys for Intervenor Plaintiff*<br>*Harbinger International Holdings S.A.* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | COHEN TAUBER SPIEVACK & WAGNER, LLP |
| By:_____<br>Sander Bak (SB-2263)<br>Deborah Elman (DE 2310)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>Sbak@milbank.com<br>*Attorneys for Defendants ImageSat*<br>*International, N.V., Keret, Nissan, Weiss,*<br>*Eckhaus, Piperno-Beer, Arzi, and*<br>*Chelouche* | By:_____<br>Stephen Wagner (SW 2500)<br>Sari Kolatch (SK 3026)<br>420 Lexington Avenue, Suite 2400<br>New York, New York 10170<br>(212) 586-5800<br>swagner@ctswlaw.com<br>*Attorneys for Defendants Israel*<br>*Aerospace International, Ltd. & Eldar* |
| GREENBERG TRAURIG, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By:_____<br>Simon Miller (SM 6278)<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200<br>millersj@gtlaw.com<br>*Attorneys for Defendants Elbit*<br>*Systems, Ltd., Ackerman, Federman,*<br>*Gaspar, and Estate of Toren* | By:_____<br>Eric S. Goldstein (ESG 1034)<br>Jonathan Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>egoldstein@paulweiss.com<br>*Attorneys for Defendants Israel*<br>*Aerospace International, Ltd. & Eldar* |

Dated: New York, N.Y.
March 17, 2008

| | |
|---|---|
| GANFER & SHORE, LLP | MANUEL & ROSENFELD, LLP |
| By:_____<br>Ira Brad Matetsky (IM1881)<br>360 Lexington Avenue<br>New York, New York 10017<br>(212) 922-9250<br>(212) 922-9335 (facsimile)<br>imatetsky@ganshore.com<br>*Attorneys for Plaintiffs* | By:_____<br>Shira Rosenfeld<br>One Penn Plaza, Suite 2527<br>New York, New York 10119<br>(212) 792-0999<br>syr@mr-law.net<br>*Attorneys for Intervenor Plaintiff<br>Harbinger International Holdings S.A.* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | COHEN TAUBER SPIEVACK & WAGNER, LLP |
| By: *D. Elman* (signature)<br>Sander Bak (SB-2263)<br>Deborah Elman (DE 2310)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>Sbak@milbank.com<br>*Attorneys for Defendants ImageSat<br>International, N.V., Keret, Nissan, Weiss,<br>Eckhaus, Piperno-Beer, Arzi, and<br>Chelouche* | By:_____<br>Stephen Wagner (SW 2500)<br>Sari Kolatch (SK 3026)<br>420 Lexington Avenue, Suite 2400<br>New York, New York 10170<br>(212) 586-5800<br>swagner@ctswlaw.com<br>*Attorneys for Defendants Israel<br>Aerospace International, Ltd. & Eldar* |
| GREENBERG TRAURIG, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By:_____<br>Simon Miller (SM 6278)<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200<br>millersj@gtlaw.com<br>*Attorneys for Defendants Elbit<br>Systems, Ltd., Ackerman, Federman,<br>Gaspar, and Estate of Toren* | By:_____<br>Eric S. Goldstein (ESG 1034)<br>Jonathan Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>egoldstein@paulweiss.com<br>*Attorneys for Defendants Israel<br>Aerospace International, Ltd. & Eldar* |

Dated: New York, N.Y.
March 17, 2008

GANFER & SHORE, LLP

By:_____
Ira Brad Matetsky (IM1881)
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
imatetsky@ganshore.com
*Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By:_____
Shira Rosenfeld
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
syr@mr-law.net
*Attorneys for Intervenor Plaintiff
Harbinger International Holdings S.A.*

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:_____
Sander Bak (SB-2263)
Deborah Elman (DE 2310)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
Sbak@milbank.com
*Attorneys for Defendants ImageSat
International, N.V., Keret, Nissan, Weiss,
Eckhaus, Piperno-Beer, Arzi, and
Chelouche*

COHEN TAUBER SPIEVACK & WAGNER P.C.

By: */s/ Sari C. Kolatch*
Stephen Wagner (SW 2500)
Sari Kolatch (SK 3026)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
swagner@ctswlaw.com
*Attorneys for Defendants Israel
Aerospace International, Ltd. & Eldar*

GREENBERG TRAURIG, LLP

By:_____
Simon Miller (SM 6278)
200 Park Avenue
New York, New York 10166
(212) 801-9200
millersj@gtlaw.com
*Attorneys for Defendants Elbit
Systems, Ltd., Ackerman, Federman,
Gaspar, and Estate of Toren*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:_____
Eric S. Goldstein (ESG 1034)
Jonathan Hurwitz (JHH 8037)
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
egoldstein@paulweiss.com
*Attorneys for Defendants Israel
Aerospace International, Ltd. & Eldar*

Dated: New York, N.Y.
      March 17, 2008

GANFER & SHORE, LLP

By:_____
    Ira Brad Matetsky (IM1881)
    360 Lexington Avenue
    New York, New York 10017
    (212) 922-9250
    (212) 922-9335 (facsimile)
    imatetsky@ganshore.com
    *Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By:_____
    Shira Rosenfeld
    One Penn Plaza, Suite 2527
    New York, New York 10119
    (212) 792-0999
    syr@mr-law.net
    *Attorneys for Intervenor Plaintiff*
    *Harbinger International Holdings S.A.*

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:_____
    Sander Bak (SB-2263)
    Deborah Elman (DE 2310)
    1 Chase Manhattan Plaza
    New York, New York 10005
    (212) 530-5000
    Sbak@milbank.com
    *Attorneys for Defendants ImageSat*
    *International, N.V., Keret, Nissan, Weiss,*
    *Eckhaus, Piperno-Beer, Arzi, and*
    *Chelouche*

COHEN TAUBER SPIEVACK & WAGNER, LLP

By:_____
    Stephen Wagner (SW 2500)
    Sari Kolatch (SK 3026)
    420 Lexington Avenue, Suite 2400
    New York, New York 10170
    (212) 586-5800
    swagner@ctswlaw.com
    *Attorneys for Defendants Israel*
    *Aerospace International, Ltd. & Eldar*

GREENBERG TRAURIG, LLP

By: */s/ Simon Miller*
    Simon Miller (SM 6278)
    200 Park Avenue
    New York, New York 10166
    (212) 801-9200
    millersj@gtlaw.com
    *Attorneys for Defendants Elbit*
    *Systems, Ltd., Ackerman, Federman,*
    *Gaspar, and Estate of Toren*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:_____
    Eric S. Goldstein (ESG 1034)
    Jonathan Hurwitz (JHH 8037)
    1285 Avenue of the Americas
    New York, New York 10019
    (212) 373-3000
    egoldstein@paulweiss.com
    *Attorneys for Defendants Israel*
    *Aerospace International, Ltd. & Eldar*

Dated: New York, N.Y.
March 17, 2008

GANFER & SHORE, LLP

By:_____
Ira Brad Matetsky (IM1881)
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
imatetsky@ganshore.com
*Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By:_____
Shira Rosenfeld
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
syr@mr-law.net
*Attorneys for Intervenor Plaintiff
Harbinger International Holdings S.A.*

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:_____
Sander Bak (SB-2263)
Deborah Elman (DE 2310)
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
Sbak@milbank.com
*Attorneys for Defendants ImageSat
International, N.V., Keret, Nissan, Weiss,
Eckhaus, Piperno-Beer, Arzi, and
Chelouche*

COHEN TAUBER SPIEVACK & WAGNER, LLP

By:_____
Stephen Wagner (SW 2500)
Sari Kolatch (SK 3026)
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
swagner@ctswlaw.com
*Attorneys for Defendants Israel
Aerospace International, Ltd. & Eldar*

GREENBERG TRAURIG, LLP

By:_____
Simon Miller (SM 6278)
200 Park Avenue
New York, New York 10166
(212) 801-9200
millersj@gtlaw.com
*Attorneys for Defendants Elbit
Systems, Ltd., Ackerman, Federman,
Gaspar, and Estate of Toren*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _[signature]_____
Eric S. Goldstein (ESG 1034)
Jonathan Hurwitz (JHH 8037)
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
egoldstein@paulweiss.com
*Attorneys for Defendants Israel
Aerospace International, Ltd. & Eldar*

WEIL, GOTSHAL & MANGES LLP

By: _____
Robert Carangelo
Stacy Nettleton
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Robert.carangelo@weil.com
*Attorneys for Defendant DePalma*

SO ORDERED:

_____ 3/19/2008
Honorable Laura Taylor Swain
United States District Judge