# Exhibit 5

EXECUTION COPY

# CREDIT AGREEMENT

### DATED 25th JULY 2001

$70,000,000

## PROJECT FINANCE FACILITY

BETWEEN

## IMAGESAT INTERNATIONAL N.V.
as Borrower

AND

## BANK LEUMI LE-ISRAEL B.M.
as Bank

---

### THIS AGREEMENT IS SUBJECT TO THE TERMS OF AN INTERCREDITOR AGREEMENT DATED 25th JULY 2001

---

**HERZOG FOX & NEEMAN**
Asia House, 4 Weizmann Street
Tel-Aviv, Israel
Tel:  03 692 2020
Fax: 03 696 6464

# TABLE OF CONTENTS

| | | |
|---|---|---|
| 1. | DEFINITIONS AND INTERPRETATION | 1 |
| | 1.1 Definitions | 1 |
| | 1.2 Interpretation | 19 |
| 2. | FACILITY | 20 |
| 3. | PURPOSE | 20 |
| 4. | CONDITIONS PRECEDENT | 20 |
| | 4.1 Documentary conditions precedent | 20 |
| | 4.2 Further conditions precedent | 21 |
| 5. | DRAWDOWN | 21 |
| | 5.1 Commitment Period | 21 |
| | 5.2 Completion of Requests | 22 |
| | 5.3 Advance of Loans | 22 |
| 6. | REPAYMENT | 22 |
| 7. | PREPAYMENT AND CANCELLATION | 23 |
| | 7.1 Voluntary prepayment | 23 |
| | 7.2 Mandatory Prepayment | 23 |
| | 7.3 Voluntary cancellation | 24 |
| | 7.4 Miscellaneous provisions | 24 |
| 8. | INTEREST PERIODS | 25 |
| | 8.1 Duration | 25 |
| | 8.2 Non-Business Days | 25 |
| | 8.3 Consolidation | 25 |
| | 8.4 Coincidence with Repayment Date | 25 |
| | 8.5 Other adjustments | 25 |
| 9. | INTEREST | 25 |
| | 9.1 Interest rate | 25 |
| | 9.2 Due dates | 25 |
| | 9.3 Default interest | 26 |
| 10. | PAYMENTS | 26 |
| | 10.1 Place | 26 |
| | 10.2 Funds | 26 |
| | 10.3 Currency | 26 |
| | 10.4 Set-off and counterclaim | 27 |
| | 10.5 Non-Business Days | 27 |
| | 10.6 Partial payments | 27 |
| 11. | TAXES | 28 |
| | 11.1 Gross-up | 28 |

11.2    Tax receipts ................................................................. 28
11.3    Tax Credits .................................................................. 28

12.    MARKET DISRUPTION ..................................................... 28
12.1    Absence of quotations .................................................. 28
12.2    Market disruption ........................................................ 28
12.3    Suspension of drawdowns ............................................ 29
12.4    Alternative basis for outstanding Loans ........................ 29

13.    INCREASED COSTS .......................................................... 30
13.1    Increased costs ............................................................ 30
13.2    Exceptions ................................................................... 30

14.    ILLEGALITY ..................................................................... 31

15.    REPRESENTATIONS AND WARRANTIES ......................... 31
15.1    Representations and warranties .................................... 31
15.2    Status .......................................................................... 31
15.3    Powers and authority ................................................... 31
15.4    Legal validity ............................................................... 31
15.5    Non-conflict ................................................................. 31
15.6    No default .................................................................... 32
15.7    Authorisations ............................................................. 32
15.8    Pari passu ranking ....................................................... 33
15.9    Financial Statements ................................................... 33
15.10   Litigation and claims ................................................... 33
15.11   Information .................................................................. 33
15.12   Property ....................................................................... 34
15.13   Project Documents ....................................................... 34
15.14   Intellectual Property .................................................... 35
15.15   Status of security ......................................................... 35
15.16   Insurances ................................................................... 35
15.17   No other business ......................................................... 35
15.18   No force majeure .......................................................... 36
15.19   Taxes ............................................................................ 36
15.20   Immunity ...................................................................... 36
15.21   No adverse consequences ............................................. 36
15.22   Jurisdiction/governing law ........................................... 36
15.23   Times for making representations and warranties ......... 37

16.    UNDERTAKINGS ............................................................... 37
16.1    Duration ....................................................................... 37
16.2    Financial information .................................................... 37
16.3    Information - miscellaneous .......................................... 38
16.4    Access to borrower's facilities, records and accounts ..... 40
16.5    Notification of Default .................................................. 40
16.6    Compliance certificates ................................................ 40
16.7    Authorisations ............................................................. 40
16.8    Pari passu ranking ....................................................... 41
16.9    Negative pledge ............................................................ 41
16.10   Transactions similar to security ................................... 41
16.11   Borrowings ................................................................... 42
16.12   Loans and credit ........................................................... 42

16.13    Disposals ........................................................................ 42
16.14    Mergers and acquisitions ............................................... 43
16.15    Investments ................................................................... 43
16.16    Share capital .................................................................. 43
16.17    Distributions .................................................................. 44
16.18    Financial year-end ......................................................... 44
16.19    Amendments and variations ........................................... 44
16.20    Project Documents ......................................................... 45
16.21    EROS B1 Supply Contract ............................................. 45
16.22    Reserved ........................................................................ 46
16.23    SOP Contracts ............................................................... 46
16.24    Material contracts .......................................................... 46
16.25    Compliance with laws and payment of taxes ................. 47
16.26    Conduct of business ....................................................... 47
16.27    Environmental matters ................................................... 47
16.28    Change of business ........................................................ 47
16.29    Insurances ...................................................................... 47
16.30    Financial covenants ....................................................... 49
16.31    Note Exchange Agreement covenants ............................ 49
16.32    Further security .............................................................. 50

17.    DEFAULT ................................................................................. 51

17.1     Events of Default ........................................................... 51
17.2     Non-payment ................................................................. 51
17.3     Breach of other obligations ........................................... 51
17.4     Misrepresentation .......................................................... 51
17.5     Cross-default .................................................................. 51
17.6     Insolvency ..................................................................... 52
17.7     Insolvency proceedings ................................................. 52
17.8     Appointment of receivers and managers ........................ 52
17.9     Creditors' process .......................................................... 53
17.10    Cessation of business ..................................................... 53
17.11    Illegality ........................................................................ 53
17.12    Effectiveness of security ................................................ 53
17.13    Project Documents ......................................................... 53
17.14    Equity Documents .......................................................... 54
17.15    Material Adverse Effect .................................................. 54
17.16    Nationalisation; governmental act ................................. 54
17.17    Insurance ....................................................................... 55
17.18    Ownership of the Borrower ............................................ 55
17.19    Operating Budget and Projections ................................. 55
17.20    Judgements .................................................................... 56
17.21    Acceleration ................................................................... 56

17A.    INSURANCE EXTENSION .................................................... 56

18.    ACCOUNTS ............................................................................. 57

18.1     Opening of Accounts ...................................................... 57
18.2     Loan Proceeds Account .................................................. 58
18.3     Revenue Account ........................................................... 59
18.4     Debt Service Reserve Account ....................................... 59
18.5     Excess Cash Account ...................................................... 59
18.6     Put Option Account ........................................................ 60

18.7    Chase Account and Foreign Revenue Account ................................ 60
18.8    SOP Guarantee Account .............................................................. 61
18.9    General provisions relating to Accounts ...................................... 61

19.    FEES ...................................................................................................... 62
19.1    Fees .............................................................................................. 62
19.2    Bank's Advisers' fees ................................................................... 63
19.3    Trigger Event Fee ........................................................................ 63
19.4    VAT .............................................................................................. 63

20.    EXPENSES ............................................................................................ 63
20.1    Initial and special costs .............................................................. 63
20.2    Enforcement costs........................................................................ 64
20.3    Retention ..................................................................................... 64

21.    STAMP DUTIES .................................................................................... 64

22.    INDEMNITIES ....................................................................................... 65
22.1    Currency indemnity ..................................................................... 65
22.2    Other indemnities ........................................................................ 65

23.    EVIDENCE AND CALCULATIONS ...................................................... 66
23.1    Accounts ...................................................................................... 66
23.2    Certificates and determinations .................................................. 66
23.3    Calculations ................................................................................. 66

24.    AMENDMENTS AND WAIVERS .......................................................... 66
24.1    Amendments ................................................................................ 66
24.2    Waivers and Remedies Cumulative .............................................. 66

25.    CHANGES TO THE PARTIES ................................................................ 67
25.1    Transfers by Borrower ................................................................. 67
25.2    Transfers by Bank........................................................................ 67
25.3    Procedure for Bank novations ..................................................... 67
25.4    Reference Banks .......................................................................... 68
25.5    Register ........................................................................................ 68

26.    DISCLOSURE OF INFORMATION ....................................................... 68

27.    SET-OFF ................................................................................................. 69

28.    SEVERABILITY ..................................................................................... 69

29.    COUNTERPARTS ................................................................................... 69

30.    NOTICES ................................................................................................ 69
30.1    Giving of notices.......................................................................... 69
30.2    Addresses for notices .................................................................. 70
30.3    Giving of notices.......................................................................... 71

31.    JURISDICTION ...................................................................................... 71
31.1    Submission ................................................................................... 71
31.2    Service of process ....................................................................... 71
31.3    Forum conveniens and enforcement abroad ................................ 72

31.4    Non-exclusivity ............................................................. 72

**12.    WAIVER OF IMMUNITY** ................................................. **72**

**13.    GOVERNING LAW** ......................................................... **73**

**14.    LANGUAGE** ................................................................. **73**

**SCHEDULE 1    CONDITIONS PRECEDENT DOCUMENTS** .................................. **74**

**SCHEDULE 2    PART I  REQUEST** ........................................................ **78**

                 **PART II  CERTIFICATE OF BANK ENGINEER** ................................. **80**

                 **PART III  SOURCES AND USES CERTIFICATE** ............................. **81**

**SCHEDULE 3    MARGIN** ................................................................. **82**

**SCHEDULE 4    FORM OF NOVATION CERTIFICATE** ................................. **83**

**SCHEDULE 5    INSURANCES** ........................................................... **84**

**SCHEDULE 6    PROJECTIONS** ......................................................... **88**

**SCHEDULE 7    TRIGGER EVENT FEE** ............................................... **92**

**SCHEDULE 8    FORM OF DISBURSEMENT REQUEST** ............................ **93**

**SCHEDULE 9    DEBT SERVICE RESERVE LEVELS** .............................. **95**

**SCHEDULE 10   FINANCIAL RATIOS** ................................................ **96**

**SCHEDULE 11   ACCOUNTS** ............................................................. **99**

## 31.  JURISDICTION

### 31.1  Submission

For the benefit of the Bank, the Borrower agrees that the courts of Israel have jurisdiction to settle any disputes in connection with any Finance Document and accordingly submits to the jurisdiction of the district court of Tel-Aviv Jaffa.

### 31.2  Service of process

Without prejudice to any other mode of service, the Borrower:

(a)    irrevocably appoints Luboshitz, Kaseirer & Co. as its agent for service of process in relation to any proceedings before the Israeli courts in connection with any Finance Document;

(b)    agrees that failure by a process agent to notify the Borrower of the process will not invalidate the proceedings concerned;

(c)    consents to the service of process relating to any such proceedings by prepaid posting of a copy of the process to its address for the time being applying under Clause 30.2 (Addresses for notices); and

(d)    agrees that if the appointment of any person mentioned in paragraph (a) above ceases to be effective, the Borrower shall immediately appoint a further person in Israel to accept service of process on its behalf in Israel and, failing such appointment within 15 days, the Bank is entitled to appoint such a person by notice to the Borrower.

### 31.3  Forum conveniens and enforcement abroad

The Borrower:

(a)    waives objection to the Israeli courts on grounds of inconvenient forum or otherwise as regards proceedings in connection with a Finance Document; and

(b)    agrees that a judgment or order of an Israeli court in connection with a Finance Document is conclusive and binding on it and may be enforced against it in the courts of any other jurisdiction.

### 31.4  Non-exclusivity

Nothing in this Clause 31 (Jurisdiction) limits the right of the Bank to bring proceedings against the Borrower in connection with any Finance Document:

(a)    in any other court of competent jurisdiction; or

(b)    concurrently in more than one jurisdiction.

## 32.  WAIVER OF IMMUNITY

The Borrower irrevocably and unconditionally:

(a)    agrees that if the Bank brings proceedings against it or its assets in relation to a Finance Document, no immunity from those proceedings (including, without limitation, suit, attachment prior to judgment, other attachment, the obtaining or judgement, execution or other enforcement) will be claimed by or on behalf of itself with respect to its assets;

(b)    waives any such right of immunity which it or its assets now has or may subsequently acquire; and

(c)    consents generally in respect of any such proceedings to the giving of any relief or the issue of any process in connection with those proceedings, including, without limitation, the making, enforcement or execution against any assets whatsoever (irrespective of its use or intended use) of any order or judgment which may be made or given in those proceedings.

## 33.  GOVERNING LAW

This Agreement is governed by Israeli law.

## 34.  LANGUAGE

The language of the Finance Documents shall be English. All documents to be furnished, delivered or provided and all other communications to be given or made under or in connection with the Finance Documents shall be in English or Hebrew or, if in another language, shall be accompanied by a translation into English certified by a representative of the Borrower, which English translation shall be paid for by the Borrower and shall be the governing version among the Borrower and the Bank.