# Exhibit 6

# *PHILIP SILLER*
## *BARRISTER & SOLICITOR*

SUITE 1800, BCE PLACE
P.O. BOX 754 181 BAY STREET
TORONTO, CANADA  M5J 2T9

(416) 364-7707
FAX: (416) 364-7737
philip.siller@sympatico.ca

*VIA FACSIMILE*  (972-3-516-3430)                     April 28, 2004

Mr. Menashe Broder, CEO
    and to
Board of Directors
ImageSat International, N.V.
Textile House, 17th Floor
2 Kaufman Street
Tel Aviv 61500, Israel

Dear Sirs:

### Bridge Warrants

I represent Mr. Albert Reichmann of Toronto, Ontario, Hexagram & Co. of Toronto and Shaw Street Investments Inc. (an investment holding company owned by a trust in favor of members of my family). Together, these parties hold 30,000 bridge warrants of ImageSat International (ISI). These warrants were issued in 2000 in connection with a $4MM bridge financing of ISI.

At the time these warrants were issued, ISI was in very difficult circumstances. ImageSat solicited the bridge financing to meet such fundamental needs as payroll, payments to IAI for work on the satellite and basic operating costs. Without this timely bridge financing, ISI may have been unable to continue work at all. In consideration for advancing a significant loan when ISI's covenant was extremely weak, ISI issued bridge warrants with a term of approximately four years that was intended to extend well past the date of any registration and public offering of the shares of the company.

As it has turned out, ISI fell more than two years behind its targets in signing its fourth SOP and has yet to launch its second satellite. Consequently, an IPO has been delayed far beyond the date originally intended.

The warrants in question have expiry dates in December 2004 and February 2005. We are encouraged by the recent improvement in the company's activities and prospects, for which we congratulate both management and the board. However, this does not diminish the fact that, because of the drastic delay in the company's development, it is no longer certain that ISI will undergo a public offering before the expiration of the warrants.

It would be an unfair and, frankly, ironic result if stakeholders who responded quickly to ISI's needs and had a vital role in the survival of the company at a crucial juncture found themselves unable to benefit from their faith and credit in the company.

Accordingly, I respectfully urge you to approve an extension of at least two years in the expiry dates of the bridge warrants issued by the company. This would be the fair and correct thing for the company to do and would continue the same spirit of good faith on which our relationship was founded.

Mr. Menashe Broder, CEO
Board of Directors
April 28, 2004
Page 2

I cannot see how any principled objection can be raised to this proposal. The bridge warrants do not represent a meaningful dilution to any of the existing shareholders. Therefore, the material effect of an extension of time is negligible within the scope of the company's size and activities.

Kindly convey to me your response at your earliest convenience. If you have any questions concerning this matter, I would be pleased to attend to meet with you or a committee of the board to explain our position further.

Sincerely yours,

PS/cu

c.c.   Mr. Albert Reichmann
       Ms. Sharon Lexa-Lamb (Shaw Street Investments Inc.)
       Mr. Philip Siller (Hexagram & Co.)