# Exhibit 10

Case 1:07-cv-06176-DLC     Document 105-11     Filed 03/25/2008     Page 1 of 6

```
UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
STEPHEN M. WILSON, et al.,

          Plaintiffs,

     against      07 Civ. 6176(LTS)

IMAGESAT INTERNATIONAL N.V.,

et al.,

          Defendants.
-------------------------------x



              HAIM YIFRAH

         New York, New York

      Wednesday, February 27, 2008
```

Reported by:   Steven Neil Cohen, RPR

Page 42

```
 1                  Yifrah
 2   going to buy.
 3         You have to remember that the
 4   company started when there was no satellite.
 5   You had nothing to show.
 6         I was the only one that managed to
 7   convince the Ministry of Defense to give me
 8   an image of Ofeq's military satellite, give
 9   it to me with the promise that I will use it
10   discretely to whoever was a potential
11   customer and bring it back, and I did.
12      Q.   Okay.  Excuse me one second.
13         I want to talk to you a little bit
14   about the time that you were working for the
15   Israeli defense forces and your last job, I
16   believe, you said you were responsible for
17   work related -- let me finish the
18   question -- to the Ofeq military satellite;
19   is that correct?
20      A.   No.  My last job was chief
21   intelligence officer responsible for all
22   systems of the military intelligence
23   including the operation of Ofeq military
24   satellite.
25      Q.   Fair enough.
```

Page 43

```
 1                  Yifrah
 2         In that role did you have access
 3   to information, I am not asking you what the
 4   information is, I am just asking if you had
 5   access to information regarding whether or
 6   not either the Israeli army or the Israeli
 7   government was selling or providing
 8   satellite photos to other countries.
 9      A.   No.
10      Q.   You didn't have access to that
11   information?
12      A.   It was not part of my work.
13      Q.   Okay.
14         And so that do you know who would
15   have access to that information?
16      A.   Chief of the Mossad.
17      Q.   Is that the sort of information
18   that would be classified by Israel?
19      A.   I have no idea.
20      Q.   Really?
21         You were in the Israeli army for
22   35 years, you were chief of intelligence.
23         Is it your testimony that you
24   don't know whether or not whether Israel was
25   selling satellite photos to other countries
```

Page 44

```
 1                  Yifrah
 2   would be classified information?
 3         MR. MATETSKY:  Objection to the
 4      form of the question.
 5         It is being argumentative.
 6         THE WITNESS:  You know, in the
 7      spy -- intelligence business some of the
 8      events are not what they appear to be.
 9         Sometimes a person would declare
10      openly that he is selling images to
11      somebody just to put pressure on another
12      one.
13         I don't know if it was classified
14      or not.  I was not part of it.
15   BY MS. KOLATCH:
16      Q.   Would you be surprised to learn
17   that it was classified?
18      A.   Yes.  I think I guess it would be
19   classified but I believe that in some cases
20   it was in the benefit of whoever, of one
21   person or another, to declare it openly.
22      Q.   If it was -- if the Israeli
23   government or military thought it was in
24   their benefit to disclose it they might;
25   correct?
```

Page 45

```
 1                  Yifrah
 2      A.   Yes.
 3      Q.   If they thought it was a threat to
 4   national security to disclose it or it
 5   wasn't in the best interests of the company
 6   it would be kept classified; is that
 7   correct?
 8      A.   Yes.
 9      Q.   If something is kept classified is
10   it then against the law to disclose that
11   classified information?
12      A.   I believe it is.
13      Q.   Would it also be correct that if
14   someone violates that law and discloses
15   classified information they could
16   potentially go to jail?
17         MR. MATETSKY:  Objection.
18         THE WITNESS:  I believe it is.
19   BY MS. KOLATCH:
20      Q.   When you retired from the IDF you
21   went directly to ImageSat?
22      A.   No.  I was looking desperately for
23   a job.
24      Q.   Okay.
25      A.   I was on vacation for seven months
```

Page 58

```
 1                  Yifrah
 2      A.   No.
 3      Q.   When you said he gave you the
 4  approval to negotiate, what does that mean?
 5      A.   To start to meet with people that
 6  can -- we did not meet face-to-face with the
 7  clients.  A-go between.
 8           I know that IAI made business with
 9  Morocco.  The person that assisted IAI to do
10  business in Morocco came to us, to ImageSat,
11  and said, I can assist you, do business in
12  Morocco.
13      Q.   Did you need the approval of the
14  IMOD before you could even negotiate to sell
15  Israeli technology, even negotiate to sell
16  Israeli technology to Morocco?
17      A.   For sure.
18      Q.   When you get the approval to
19  negotiate, that is not the actual approval
20  to then sell the technology, is it?
21      A.   Sure.
22      Q.   Would it also be true that you
23  would need the approval to negotiate to sell
24  the Israeli technology regardless of where
25  ImageSat was physically located as a
```

Page 59

```
 1                  Yifrah
 2  company?
 3      A.   Yes.
 4      Q.   If ImageSat was headquartered in
 5  Cypress, if you were selling Israeli
 6  technology you would still need the approval
 7  of the IMOD even to negotiate to sell that
 8  technology to another country; is that
 9  correct?
10      A.   No.
11      Q.   So if the country was -- if the
12  company was located elsewhere but was
13  selling Israeli technology it is your
14  testimony you wouldn't need the approval of
15  the IMOD?
16      A.   The question is, could I speak to
17  a go-between and give him some idea about
18  the program and get some response?
19      Q.   That wasn't my question actually.
20           My question was --
21      A.   Negotiate, yes, you are right.
22      Q.   So regardless of where ImageSat
23  was located, if you wanted to sell Israeli
24  technology you needed the approval of the
25  IMOD to even negotiate to sell that
```

Page 60

```
 1                  Yifrah
 2  technology?
 3      A.   Yes.
 4      Q.   Isn't it --
 5      A.   Can I please make one remark?
 6           ImageSat was not selling Israeli
 7  technology.  Israeli was selling satellite
 8  products.
 9      Q.   Isn't it true that in order to
10  sell the satellite products, you needed --
11  satellite products from the Israeli
12  technology, you needed the approval of the
13  IMOD even to negotiate to sell those
14  products?
15           MR. MATETSKY:  Objection to the
16      form.
17           THE WITNESS:  No doubt.
18  BY MS. KOLATCH:
19      Q.   Isn't it also true, sir, that
20  you -- the law requires you to have a
21  written license to negotiate before you can
22  even begin that process?
23      A.   No.
24      Q.   It is your testimony that a verbal
25  approval is sufficient?
```

Page 61

```
 1                  Yifrah
 2      A.   Yes.
 3      Q.   Did you have any written licenses
 4  to negotiate with any country for the sale
 5  of any satellite products from the Israeli
 6  technology?
 7           MR. MATETSKY:  I don't see how we
 8      are even close to --
 9           MS. KOLATCH:  I will connect it
10      up.
11           Go ahead.
12           THE WITNESS:  Everything was done
13      after consulting with the Ministry of
14      Defense, the person in authority, and
15      when he said, go ahead, but do not sign
16      anything, we went ahead and we did not
17      sign anything.
18           In fact, we did not sign anything
19      so far.
20  BY MS. KOLATCH:
21      Q.   That wasn't my question.
22      A.   "We" means ImageSat.
23      Q.   That wasn't my question.
24           My question was:  Did you have any
25  written licenses to negotiate with any
```

Page 70

1           Yifrah
2       A.  I will make a general remark.
3       Q.  Sir, I am going ask you, sir, I am
4   going to ask you to answer my question.  I
5   am asking just about Sibat.
6           MR. MATETSKY:  He is going to
7       respond to the question.
8           THE WITNESS:  I know all of the
9       Ministry of Defense department.  I know
10      their heads.
11  BY MS. KOLATCH:
12      Q.  Okay.
13      A.  Whatever contact I had with them
14  was outside of the rules of the games which
15  required IAI to do the job, not ImageSat and
16  not me.
17      Q.  That wasn't my question.
18          My question was:  Are you familiar
19  with an agency called Sibat?
20      A.  For sure.
21      Q.  Can you tell me what that agency
22  is?
23      A.  I believe they are promoting arms
24  and sales of the Ministry of Defense outside
25  of Israel.

Page 71

1           Yifrah
2       Q.  Did you have any contact with
3   Sibat as part of your work at ImageSat?
4       A.  As an additional part of my work.
5   It was not my work.
6       Q.  While you were at ImageSat did you
7   have contact with Sibat?
8       A.  I could have asked IAI to go and
9   get a paper or another.
10          I knew I will wait for seven years
11  to get it or I will never get it.
12          So I did it myself.  I went to the
13  head of Sibat, General Yossi Ben-Hanan, who
14  is a friend.  I asked him to formulate a
15  letter requested by the India customer and
16  they gave me the letter.
17      Q.  What did the letter say?
18      A.  That Government of Israel,
19  Ministry of Defense, supports the effort of
20  ImageSat to promote the EROS satellite and
21  will do everything in its capability to
22  ensure continuation of service.
23      Q.  Service to what?
24      A.  To that client.
25      Q.  That client?

Page 72

1           Yifrah
2       A.  India.
3       Q.  Do you have that letter?
4       A.  Yes.  Not here.
5       Q.  Where is it?
6       A.  At home.
7       Q.  You personally kept that letter?
8       A.  Because it was given to me by
9   Yossi Ben-Hanan and it was important for me
10  to --
11      Q.  Go ahead.
12      A.  It was important for me to show
13  that I have capabilities that are beyond
14  regular people who claim to have contact
15  with the Ministry of Defense, and I kept it
16  in case I need to use it for --
17      Q.  Why did you need to go to the IMOD
18  in connection with India?
19          MR. MATETSKY:  Objection to form.
20          THE WITNESS:  Some of the
21      customers requested to have some
22      guarantee not only from ImageSat that
23      the service will not be discontinued.
24          They needed some assurance from
25      the Government of Israel that there will

Page 73

1           Yifrah
2       not be a reversal of policy and they
3       will be left with nothing.
4       Q.  Were any countries other than
5   India, did any countries other than India
6   request that?
7       A.  I believe that Venezuela requested
8   similar one.
9       Q.  Did you get a letter from
10  Venezuela?
11      A.  I was not asked to go there.
12  Shimon Eckhaus took care of that.
13      Q.  Did you ever see a letter with
14  regard to Venezuela?
15      A.  I believe I could do more than
16  Shimon Eckhaus in every field including that
17  field.
18      Q.  Did you ever see a letter with
19  regard to Venezuela?
20      A.  I don't think so.  I don't think
21  he requested it and I am sure he would never
22  get it.
23      Q.  Sir, I am going to ask you to take
24  a look at paragraph -- you have copy of the
25  complaint in front of you.

Page 78

```
 1                     Yifrah
 2       First, let me ask you, did you get
 3   a similar letter with regard to countries
 4   other than India?
 5       A.   I believe that we were negotiating
 6   with Angola, they mentioned their wish to
 7   have a similar letter and I told them I
 8   believe I can get it.
 9       Q.   Did you get it?
10       A.   I did not ask for it.
11       Q.   What about with any other country?
12       A.   Taiwan requested similar letter
13   and I believe they got an oral similar
14   declaration.
15       Q.   So let's go back to this sentence.
16       Is this accurate, "Upon Yifrah's
17   further request the IMOD agreed to provide
18   similar written assurances to other
19   prospective SOP customers and did so on a
20   number of occasions."
21       Did, in fact, based on your
22   request, they gave -- the IMOD gave similar
23   written assurance to other SOP customers?
24       A.   They agreed in principle to
25   provide them whenever it was requested and I
```

Page 79

```
 1                     Yifrah
 2   believe they did.
 3       They were not requested to do so.
 4       Q.   Okay.
 5       Then this statement -- all right.
 6       Can you tell me who gave the oral
 7   assurance with regard to Taiwan?
 8       A.   I don't remember.
 9       Q.   Did they give it through you?
10   Were you the person --
11       A.   Yes.  Patrick Rosenbaum -- I went
12   along with him to many of the SOP marketing
13   activities -- had the habit to declare to
14   the client that General Yifrah is personally
15   responsible for the implementation of your
16   program and I can vouch for him that he will
17   get whatever.
18       He would say that and I had to
19   fulfill the request whenever it was put.
20       Many times I would say, I am
21   responsible that program will be implemented
22   as in the contract.
23       That would be enough.
24       Q.   At the end of the day you were
25   still subject to whatever the limitations
```

Page 80

```
 1                     Yifrah
 2   and the regulations imposed by the IMOD?
 3       A.   For sure.
 4       Q.   Let me continue.
 5       "The fundamentals of the policy
 6   regime under which the company was to be
 7   operated took more than four years to put in
 8   place eventually requiring the negotiation
 9   of a formal bilateral policy agreement
10   between Israel and the United States."
11       First, let me ask you, were you at
12   ImageSat during this four-year negotiation
13   regarding the fundamentals of the policy
14   regime of ImageSat?
15       A.   No.
16       Q.   And are you familiar with this
17   formal bilateral policy agreement between
18   Israel and the United States?
19       A.   I was part of it but I am not
20   familiar with it.
21       Q.   When you say "you were part of
22   it," what do you mean?
23       A.   That means at the time the IMOD
24   was negotiating with the American government
25   about a space policy, they took me along as
```

Page 81

```
 1                     Yifrah
 2   the military representative and I sat there
 3   and listened.
 4       I had nothing to say and I do not
 5   know what was the conclusion of the protocol
 6   required that there will be a military
 7   intelligence officer present and I was the
 8   one.
 9       Q.   Did you ever see the formal
10   bilateral policy agreement between Israel
11   and the United States?
12       A.   No.
13       Q.   Can you tell us what the formal --
14   what the formal bilateral policy agreement
15   says?
16       A.   I don't know.
17       Q.   Do you know how we can obtain a
18   copy of this bilateral policy agreement?
19       A.   I believe in the internet you can
20   find it.
21       Q.   You think it is online?
22       A.   I have no idea.  I have never --
23   it was no interest of me to find out what
24   the Government of Israel has agreed with the
25   government of the USA.
```