UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN M. WILSON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMAGESAT INTERNATIONAL N.V., *et al.*,<br><br>    Defendants. | Case No. 07 Civ 6176(LTS)(DFE) |

## DECLARATION OF ERIC S. GOLDSTEIN

ERIC S. GOLDSTEIN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I am a member of the Bar of this Court and a member of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar in this matter. I submit this Declaration in support of Defendants' motions to dismiss the Complaint.

2.  Attached as Exhibit A is a true and correct copy of a letter dated March 12, 2008, from Pinchas Buchris, Director General of the Israeli Ministry of Defense, to Itzhak Nissan, President and CEO of Israel Aerospace Industries Ltd. ("IAI").

3.  Attached as Exhibit B is a true and correct copy of a letter dated January 23, 2008, from Aryeh Klein, Deputy General Counsel of IAI, to Mr. Buchris.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2008.

_____
ERIC S. GOLDSTEIN