# APPENDIX

## Grounds for Dismissal as to Defendants ImageSat and the ImageSat Directors and Officers

| CLAIM | ImageSat International N.V. | David Arzi | Yoav Chelouche | Shimon Eckhaus | Moshe Keret | Izhak Nissan | Gino Piperno-Beer | Jacob Weiss |
|---|---|---|---|---|---|---|---|---|
| **General Grounds for Dismissal** | | | | | | | | |
| Forum Non Conveniens | Jt. Br. § I; Jt. Reply § I | Same | Same | Same | Same | Same | Same | Same |
| Subject Matter Jurisdiction | Jt. Br. § II; Jt. Reply § II | Same | Same | Same | Same | Same | Same | Same |
| Personal Jurisdiction | ImageSat Br. § I; ImageSat Reply § I | ImageSat D&O Br. § I; ImageSat D&O Reply § I. | Same | Same | Same | Same | Same | Defense not asserted |
| **Grounds for Dismissal as to Each Claim** | | | | | | | | |
| First Claim: Breach of Fiduciary Duty in the 2000 Transactions | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply § I.) This claim is time barred. (Jt. Br. § VIII; Jt. Reply § VII.) | Claim Not Asserted as to Arzi | Claim Not Asserted as to Chelouche | Claim Not Asserted as to Eckhaus | Same grounds as ImageSat | Same grounds as ImageSat | Claim Not Asserted as to Piperno-Beer | Same grounds as ImageSat |

1

| CLAIM | ImageSat International N.V. | David Arzi | Yoav Chelouche | Shimon Eckhaus | Moshe Keret | Izhak Nissan | Gino Piperno-Beer | Jacob Weiss |
|---|---|---|---|---|---|---|---|---|
| Second Claim: Breach of Fiduciary Duty concerning the EROS B Satellite Fraud | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV.) | Same | Same | Same | Same | Same | Same | Same |
| Third Claim: Breach of Fiduciary Duty Concerning the Destruction of the Company's International Operations | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply § III, IV.) | Same | Same | Same | Same | Same | Same | Same |
| Fourth Claim: Breach of Fiduciary Duty in Connection with the Company's SOP and Investment Opportunity in Venezuela | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV.) Plaintiffs contractually waived this claim. (ImageSat Reply § III.) | Same | Same | Same | Same | Same | Same | Same |
| Fifth Claim: Breach of Fiduciary Duty Concerning ImageSat's Recent Financial Affairs | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV.) | Same | Same | Same | Same | Claim not asserted as to Nissan | Same | Same |

2

| CLAIM | ImageSat International N.V. | David Arzi | Yoav Chelouche | Shimon Eckhaus | Moshe Keret | Izhak Nissan | Gino Piperno-Beer | Jacob Weiss |
|---|---|---|---|---|---|---|---|---|
| Sixth Claim: Breach of Fiduciary Duty Concerning the Failure to Enforce ImageSat's Exclusivity, First Right and Royalty Rights | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV.) | Same | Same | Same | Same | Same | Same | Same |
| Seventh Claim: Corporate Waste in Connection with the 2001 EROS B Satellite Contract | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV.) | Claim Not Asserted as to Arzi | Same | Same | Same | Same | Same | Same |
| Eighth Claim: Corporate Waste in Connection with the Company's Squandering of SOP Opportunities and Related Matters | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV.) | Same | Same | Same | Same | Claim Not Asserted as to Nissan | Same | Same |
| Ninth Claim: Failure of Company to Enforce its Exclusivity, First Right, and Royalty Rights | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV.) | Same | Same | Same | Same | Same | Same | Same |
| Tenth Claim: Self-Dealing | Plaintiffs lack standing. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV.) | Same | Same | Same | Same | Same | Same | Same |

| CLAIM | ImageSat International N.V. | David Arzi | Yoav Chelouche | Shimon Eckhaus | Moshe Keret | Izhak Nissan | Gino Piperno-Beer | Jacob Weiss |
|---|---|---|---|---|---|---|---|---|
| Eleventh Claim: RICO | Plaintiffs have not pleaded a substantive RICO claim. (Jt. Br. § VII; Jt. Reply § VI.)  Plaintiffs lack standing because their injuries are derivative of injuries to ImageSat. (Jt. Br. § VII; Jt. Reply § VI.)  Plaintiffs have failed to plead with 9(b) particularity. (ImageSat Br. § II(c); ImageSat Reply § II.) | Plaintiffs have not pleaded a substantive RICO claim. (Jt. Br. § VII; Jt. Reply § VI.)  Plaintiffs lack standing because their injuries are derivative of injuries to ImageSat. (Jt. Br. § VII; Jt. Reply § VI.)  Plaintiffs have failed to plead with 9(b) particularity. (ImageSat D&O Br. § II; ImageSat D&O Reply § II.) | Same | Same | Same | Same | Same | Same |

| CLAIM | ImageSat International N.V. | David Arzi | Yoav Chelouche | Shimon Eckhaus | Moshe Keret | Izhak Nissan | Gino Piperno-Beer | Jacob Weiss |
|---|---|---|---|---|---|---|---|---|
| Twelfth Claim: Conspiracy to Violate RICO | Plaintiffs have not pleaded a substantive RICO claim. (Jt. Br. § VII; Jt. Reply § VI.)  Plaintiffs lack standing because their injuries are derivative of injuries to ImageSat. (Jt. Br. § VII; Jt. Reply § VI.)  Plaintiffs have failed to plead with 9(b) particularity. (Jt. Br. § VII; Jt. Reply § VI.) | Same | Same | Same | Same | Same | Same | Same |

5

| CLAIM | ImageSat International N.V. | David Arzi | Yoav Chelouche | Shimon Eckhaus | Moshe Keret | Izhak Nissan | Gino Piperno-Beer | Jacob Weiss |
|---|---|---|---|---|---|---|---|---|
| <u>Thirteenth Claim</u>: Common-Law Fraud | Plaintiffs lack standing to bring this claim. (Jt. Br. §§ III, IV; Jt. Reply §§ III, IV; ImageSat Reply Br. § II.)<br><br>Plaintiffs have failed to plead with 9(b) particularity. (ImageSat Br. § II(D); ImageSat Reply § II.)<br><br>Plaintiffs have failed to plead reliance. (ImageSat Br. § II(D); ImageSat Reply § II.) | (ImageSat D&O Br. § II; ImageSat D&O Reply § II.) | Same | Same | Same | Same | Same | Same |
| <u>Fourteenth Claim</u>: Breach of the Satellite Supply Contracts | Claim Not Asserted as to ImageSat | Claim Not Asserted as to Arzi | Claim Not Asserted as to Chelouche | Claim Not Asserted as to Eckhaus | Claim Not Asserted as to Keret | Claim Not Asserted as to Nissan | Claim Not Asserted as to Piperno-Beer | Claim Not Asserted as to Weiss |

6

| CLAIM | ImageSat International N.V. | David Arzi | Yoav Chelouche | Shimon Eckhaus | Moshe Keret | Izhak Nissan | Gino Piperno-Beer | Jacob Weiss |
|---|---|---|---|---|---|---|---|---|
| Fifteenth Claim: Breach of the Master Agreement | Claim Not Asserted as to ImageSat | Claim Not Asserted as to Arzi | Claim Not Asserted as to Chelouche | Claim Not Asserted as to Eckhaus | Claim Not Asserted as to Keret | Claim Not Asserted as to Nissan | Claim Not Asserted as to Piperno-Beer | Claim Not Asserted as to Weiss |
| Sixteenth Claim: Breach of the Stock Purchase Agreement | Claim Not Asserted as to ImageSat | Claim Not Asserted as to Arzi | Claim Not Asserted as to Chelouche | Claim Not Asserted as to Eckhaus | Claim Not Asserted as to Keret | Claim Not Asserted as to Nissan | Claim Not Asserted as to Piperno-Beer | Claim Not Asserted as to Weiss |
| Seventeenth Claim: Reformation of the Options and Bridge Warrants | This claim is time barred. (Jt. Br. § VII; Jt. Reply § VII.) | Claim Not Asserted as to Arzi | Claim Not Asserted as to Chelouche | Claim Not Asserted as to Eckhaus | Claim Not Asserted as to Keret | Claim Not Asserted as to Nissan | Claim Not Asserted as to Piperno-Beer | Claim Not Asserted as to Weiss |
| Eighteenth Claim: Fraud Relating to the Options and Bridge Warrants | This claim is time barred. (Jt. Br. §§ VIII, IX; Jt. Reply § VIII.)  Plaintiffs have failed to plead reasonable reliance. (Jt. Br. § IX; Jt. Reply § VIII.) | Claim Not Asserted as to Arzi | Claim Not Asserted as to Chelouche | Claim Not Asserted as to Eckhaus | Claim Not Asserted as to Keret | Claim Not Asserted as to Nissan | Claim Not Asserted as to Piperno-Beer | Claim Not Asserted as to Weiss |

| CLAIM | ImageSat International N.V. | David Arzi | Yoav Chelouche | Shimon Eckhaus | Moshe Keret | Izhak Nissan | Gino Piperno-Beer | Jacob Weiss |
|---|---|---|---|---|---|---|---|---|
| Nineteenth Claim: Fraudulent Conveyance in Connection with the 2001 EROS B Satellite Contract | Claim Not Asserted as to ImageSat | Claim Not Asserted as to Arzi | Claim Not Asserted as to Chelouche | Claim Not Asserted as to Eckhaus | Claim Not Asserted as to Keret | Claim Not Asserted as to Nissan | Claim Not Asserted as to Piperno-Beer | Claim Not Asserted as to Weiss |
| Twentieth Claim: Disgorgement of Compensation | Claim Not Asserted as to ImageSat | Plaintiffs lack standing. (Jt. Br. § X; Jt. Reply § IX.) | Same | Same | Same | Same | Same | Same |
| Twenty-First Claim: Conversion and Misappropriation of Corporate Assets | Plaintiffs lack standing. (Jt. Br. § V; Jt. Reply § V.) Plaintiffs fail to state a claim. (Jt. Br. § V; Jt. Reply § V.) | Same | Same | Same | Same | Same | Same | Same |
| Twenty-Second Claim: Unjust Enrichment and Restitution | Plaintiffs fail to state a claim. (Jt. Br. § VI; Jt. Reply § V.) This claim is duplicative of Plaintiffs' other causes of action. (Jt. Br. § VI; Jt. Reply § V.) | Same | Same | Same | Same | Same | Same | Same |

NY2:#4781367v3