UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN M. WILSON, *et al.*,<br>    Plaintiffs,<br>v.<br>IMAGESAT INTERNATIONAL N.V., *et al.*,<br>    Defendants. | **Filed Electronically**<br><br>Docket No. 07 Civ. 6176 (LTS) |

## CERTIFICATE OF SERVICE

   I, Atara Miller hereby certify that on March 25, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system that sent electronic notification of such filing to the individuals on the attached service list.

- Reply Memorandum of Law in Support of ImageSat International N.V., Israel Aerospace Industries Ltd., Elbit Systems Ltd., Moshe Keret, Izhak Nissan, Jacob Weiss, Shimon Eckhaus, Gino Piperno-Beer, David Arzi, Yoav Chelouche, Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, Joseph Gaspar and Yehoshua Eldar's Motion to Dismiss;

- Reply Memorandum of Law in Support of ImageSat International N.V.'s Motion to Dismiss the Complaint;

- Reply Memorandum of Law in Support of David Arzi, Yoav Chelouche, Shimon Eckhaus, Moshe Keret, Izhak Nissan, Gino Piperno-Beer, and Jacob Weiss's Motion to Dismiss the Complaint;

- Declaration of Eric de Vries;

- Supplemental Declaration of Adv. Dror Vigdor;

- Declaration of Sander Bak;

- Supplemental Declaration of Peter Van Schilfgaarde.

DATED: March 25, 2008
       New York, New York

                                        /s/ Atara Miller
                                        Atara Miller

Case 1:07-cv-06176-DLC    Document 115    Filed 03/25/2008    Page 2 of 3

*Stephen M. Wilson et al. v. ImageSat Int'l N.V. et al.*
<u>Case No. 07-Civ-6176 − Service List</u>

| | |
|---|---|
| Ira B. Matetsky, Esq.<br>Matthew R. Maron, Esq.<br>Matthew N. Tobias, Esq.<br>GANFER & SHORE, LLP<br>360 Lexington Avenue<br>New York, New York 10022<br>(212) 922-9250<br>(212) 922-9335 (fax)<br><br>*Counsel for Plaintiffs Stephen M. Wilson, BRW Engineering Ltd., WIS Partners Ltd., Moshe Bar-Lev, Patrick Rosenbaum, Michael Morris, Haim Yifrah, Top Down Partners, LLC, Joel Levine, Morris Talansky, Abraham Moshel, Magma International Services, Ltd., Albert Reichmann, Hexagram & Co., and Polybutes Company* | Steve Wagner, Esq.<br>COHEN TAUBER SPIEVACK & WAGNER LLP<br>420 Lexington Ave., Suite 2400<br>New York, NY 10170<br><br>*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar*<br><br>Eric S. Goldstein, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY  10019-6064<br><br>*Counsel for Defendants Israel Aerospace Industries Ltd. and Yehoshua Eldar* |
| Simon J.K. Miller, Esq.<br>GREENBERG TRAURIG LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>*Counsel for Defendants Elbit Systems Ltd., Michael Federmann, Estate of Jacob Toren, Joseph Ackerman, Joseph Gaspar* | Robert F. Carangelo, Esq.<br>Stacy Nettleton, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10023<br>(212) 310-8000<br>(212) 833-3148 (fax)<br><br>*Counsel for Defendant James DePalma* |