UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILSON, et al.,

                Plaintiffs,

   -against-

IMAGESAT INTERNATIONAL N.V., et al.,

                Defendants.

No. 07 Civ. 6176 (LTS)(DFE)

**ORDER**

       The April 11, 2008, Pre-Trial Conference in the above-referenced matter is hereby adjourned to August 15, 2008, at 3:00 pm.

       SO ORDERED.

Dated: New York, New York
       March 27, 2008

                                            LAURA TAYLOR SWAIN
                                            United States District Judge

032708.wpd