UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STEPHEN M. WILSON, *et al.*,                :    CV-07-6176 (LTS)

                Plaintiffs,         :    **REPLY DECLARATION OF**
                                    :    **JOSEPH ACKERMAN**
vs.                                         :

IMAGESAT INTERNATIONAL N.V., *et al.*,      :

                Defendants.         :
------------------------------------X

1. I, the undersigned, Joseph Ackerman, am over eighteen (18) years of age, have my full mental faculty and am competent to make this Declaration. The facts set forth in this Declaration are within my personal knowledge and are true and correct.

2. I am a citizen of the State of Israel, where I now live.

3. As stated in my prior declaration, I have never attended a meeting in the State of New York of the Board of Directors of ImageSat International, N. V. ("ImageSat"), and I have never traveled to, or been present in, the State of New York in connection with any of the business activities made the subject of the above-styled action. Furthermore, I have never met with any of the Plaintiffs in this action in the State of New York.

4. Plaintiff Stephen Wilson's allegation that I was present at and participating in the closings of a series of transactions related to ImageSat in New York on or around July 25, 2000 is in error. Also any implication that I was in New York in connection with the July 2001 ImageSat financing closing is in error. I did not attend any meetings in New York related to those closings and was not in New York on or around those dates.

5. I have produced travel records to Plaintiffs which establish that I was not present in New York on or around July 25, 2000 or in July 2001.

I declare under the penalty of perjury that the foregoing is true and correct.

This 9th Day of March, 2008.

_____
JOSEPH ACKERMAN