**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | | |
|---|---|---|
| 1285 AVENUE OF THE AMERICAS | 1615 L STREET, NW | |
| NEW YORK, NEW YORK 10019-6064 | WASHINGTON, DC 20036-5694 | |
| TELEPHONE (212) 373-3000 | TELEPHONE (202) 223-7300 | |
| FACSIMILE (212) 757-3990 | FACSIMILE (202) 223-7420 | |
| | | |
| LLOYD K GARRISON (1946-1991) | FUKOKU SEIMEI BUILDING | |
| RANDOLPH E PAUL (1946-1956) | 2-2 UCHISAIWAICHO 2-CHOME | |
| SIMON H. RIFKIND (1950-1995) | CHIYODA-KU, TOKYO 100-0011, JAPAN | |
| LOUIS S. WEISS (1927-1950) | TELEPHONE (81-3) 3597-8101 | |
| JOHN F. WHARTON (1927-1977) | FACSIMILE (81-3) 3597-8120 | |
| | UNIT 3601, FORTUNE PLAZA OFFICE TOWER A | |
| | NO. 7 DONG SANHUAN ZHONGLU | |
| | CHAO YANG DISTRICT | |
| | BEIJING 100020 | |
| | PEOPLE'S REPUBLIC OF CHINA | |
| WRITER'S DIRECT DIAL NUMBER | TELEPHONE (86-10) 5828-6300 | |
| 212-373-3204 | FACSIMILE (86-10) 6530-9070/9080 | |
| WRITER'S DIRECT FACSIMILE | 12TH FLOOR, HONG KONG CLUB BUILDING | |
| 212-373-2730 | 3A CHATER ROAD, CENTRAL | |
| | HONG KONG | |
| | TELEPHONE (852) 2536-9933 | |
| | FACSIMILE (852) 2536-9622 | |
| WRITER'S DIRECT E-MAIL ADDRESS | | |
| egoldstein@paulweiss.com | ALDER CASTLE | |
| | 10 NOBLE STREET | |
| | LONDON EC2V 7JU, U.K. | |
| | TELEPHONE (44 20) 7367 1600 | |
| | FACSIMILE (44 20) 7367 1650 | |

MATTHEW W ABBOTT · MARK H ALCOTT · ALLAN J. ARFFA · ROBERT A. ATKINS · JOHN F. BAUGHMAN · LYNN B. BAYARD · DANIEL J BELLER · MITCHELL L. BERG · MARK S. BERGMAN · BRUCE BIRENBOIM · H. CHRISTOPHER BOEHNING · ANGELO BONVINO · RICHARD S. BORISOFF · HENK BRANDS · JAMES L. BROCHIN · RICHARD J. BRONSTEIN · SUSANNA M. BUERGEL · PATRICK S. CAMPBELL* · JEANETTE K. CHAN · YVONNE Y F CHAN · DOUGLAS A. CIFU · LEWIS R CLAYTON · JAY COHEN · KELLEY A. CORNISH · CHARLES E. DAVIDOW · DOUGLAS R. DAVIS · THOMAS V. DE LA BASTIDE III · ARIEL J. DECKELBAUM · JAMES M DUBIN · LESLIE GORDON FAGEN · MARC FALCONE · PETER L. FELCHER · ROBERTO FINZI · PETER E. FISCH · ROBERT C FLEDER · MARTIN FLUMENBAUM · ANDREW J. FOLEY · HARRIS B. FREIDUS · KENNETH A. GALLO · MICHAEL E. GERTZMAN · PAUL D. GINSBERG · ERIC S. GOLDSTEIN · ERIC GOODISON · CHARLES H GOOGE, JR. · ANDREW G. GORDON · BRUCE A GUTENPLAN · GAINES GWATHMEY, III · ALAN S. HALPERIN · CLAUDIA HAMMERMAN · GERARD E. HARPER · BRIAN S. HERMANN · ROBERT M. HIRSH · MICHELE HIRSHMAN · JOYCE S HUANG · JEH CHARLES JOHNSON · MEREDITH J KANE · ROBERTA A. KAPLAN · BRAD S. KARP · JOHN C. KENNEDY · ALAN W KORNBERG · DANIEL J KRAMER · DAVID K. LAKHDHIR · JOHN E. LANGE · DANIEL J. LEFFELL · XIAOYU GREG LIU · JEFFREY D. MARELL · JULIA TARVER MASON · MARCO V. MASOTTI · EDWIN S. MAYNARD · DAVID W. MAYO · TOBY S. MYERSON · JOHN E. NATHAN · CATHERINE NYARADY · ALEX YOUNG K OH · JOHN J O'NEIL · KELLEY D. PARKER · ROBERT P. PARKER* · MARC E. PERLMUTTER · MARK F. POMERANTZ · VALERIE E. RADWANER · CAREY R. RAMOS · CARL L. REISNER · WALTER RIEMAN · RICHARD A ROSEN · ANDREW N ROSENBERG · STEVEN B. ROSENFELD · PETER J. ROTHENBERG · RAPHAEL M. RUSSO · JEFFREY D. SAFERSTEIN · JEFFREY B. SAMUELS · DALE M. SARRO · TERRY E. SCHIMEK · KENNETH M. SCHNEIDER · ROBERT B. SCHUMER · JAMES H. SCHWAB · STEPHEN J. SHIMSHAK · DAVID R. SICULAR · MOSES SILVERMAN · STEVEN SIMKIN · JOSEPH J. SIMONS · MARILYN SOBEL · TARUN M. STEWART · ERIC ALAN STONE · AIDAN SYNNOTT · ROBYN F. TARNOFSKY · JUDITH R. THOYER · DANIEL J. TOAL · MARK A. UNDERBERG · LIZA M. VELAZQUEZ · MARIA T. VULLO · LAWRENCE G. WEE · THEODORE V. WELLS, JR. · STEVEN J. WILLIAMS · LAWRENCE I. WITDORCHIC · JORDAN E. YARETT · KAYE N. YOSHINO · ALFRED D. YOUNGWOOD · TONG YU · T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

April 1, 2008

**By Hand**

[MEMO ENDORSED]

[RECEIVED APR 0[4] 2008 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.]

The Honorable Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

*Stephen M. Wilson, et. al., v. ImageSat International N.V. et. al.*,
No. 07 Civ. 6176 (LTS)(DFE)

Dear Judge Swain:

    We represent Defendants Israel Aerospace Industries Ltd. ("IAI") and Yehoshua Eldar in this action along with Cohen Tauber Spievack & Wagner PC. It has come to our attention that the docket incorrectly lists our client under its prior name of Israel Aircraft Industries, Ltd.. Our client was named in both the Original Complaint and First Amended Complaint in this matter under its current name of Israel Aerospace Industries Ltd. and not its prior name of Israel Aircraft Industries, Ltd..

    We write to request that the docket be corrected to reflect that all of our filings to date in this matter have been on behalf of Israel Aerospace Industries Ltd. and that Israel Aircraft Industries Ltd. has not been named in this case. This specifically concerns items 21, 23, 24, 25, 26, 41, 42, 43, 44, 45, 50, 57, 66, 109, 111, 112, and 113 on the docket.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Laura Taylor Swain                                      2

        We are available at Your Honor's convenience if you wish to discuss this matter with us further.

Respectfully,

Eric S. Goldstein

cc:  Jonathan H. Hurwitz, Esq. (via Email)
     Stephen Wagner, Esq. (via Email)
     Sari E. Kolatch, Esq. (via Email)
     Sander Bak, Esq. (via Email)
     Deborah A. Elman, Esq. (via Email)
     Simon Miller, Esq. (via Email)
     Robert Carangelo, Esq. (via Email)
     Ira Brad Matetsky, Esq. (via Email)
     William A. Jaskola, Esq. (via Email)
     Shira Y. Rosenfeld, Esq. (via Email)

*[Handwritten annotation:]* The Clerk's office is respectfully requested to make the foregoing docket corrections and the parties are requested to ensure that defendant Israel Aerospace Industries Ltd is referred to by that name in future filings and ECF docketing selections in connection therewith.

SO ORDERED.

_____ 4/2/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE