UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
STEPHEN M. WILSON, BRW ENGINEERING LTD.,
WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK
ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH,
TOP DOWN PARTNERS, LLC, JOEL LEVINE,
MORRIS TALANSKY, ABRAHAM MOSHEL,           07 CV 6171 (LTS)(DFE)
MAGMA INTERNATIONAL SERVICES, LTD.,
ALBERT REICHMANN, HEXAGRAM & CO., and           ECF CASE
POLYBUTES COMPANY,

                                         Plaintiffs,

      -against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, MENASHE BRODER, SHIMON ECKHAUS,
MICHAEL FEDERMAN, ESTATE OF JACOB TOREN,
JOSEPH ACKERMAN, JOSEPH GASPAR, GINO
PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI,
YOAV CHELOUCHE and YEHOSHUA ELDAR,

                                           Defendants.
----------------------------------------------------------------------x

**PLAINTIFF HARBINGER INTERNATIONAL HOLDINGS S.A.'s
SUPPLEMENTAL SUR-REPLY MEMORANDUM OF LAW IN
<u>OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT</u>**

Shira Y. Rosenfeld (SR 5392)
Charles B. Manuel, Jr. (CM 3020)
MANUEL & ROSENFELD, LLP
One Penn Plaza, Suite 2527
New York, New York 10119
T: 212-792-0999
F: 212-792-0998

*Attorneys for
Harbinger International Holdings S.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
STEPHEN M. WILSON, BRW ENGINEERING LTD.,
WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK
ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH,
TOP DOWN PARTNERS, LLC, JOEL LEVINE,
MORRIS TALANSKY, ABRAHAM MOSHEL,            07 CV 6171 (LTS)(DFE)
MAGMA INTERNATIONAL SERVICES, LTD.,
ALBERT REICHMANN, HEXAGRAM & CO., and        ECF CASE
POLYBUTES COMPANY,

                       Plaintiffs,

     -against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, MENASHE BRODER, SHIMON ECKHAUS,
MICHAEL FEDERMAN, ESTATE OF JACOB TOREN,
JOSEPH ACKERMAN, JOSEPH GASPAR, GINO
PIPERNO-BEER, JAMES DEPALMA, DAVID ARZI,
YOAV CHELOUCHE and YEHOSHUA ELDAR,

                       Defendants.
----------------------------------------------------------------------x

## PLAINTIFF HARBINGER INTERNATIONAL HOLDINGS S.A.'s SUPPLEMENTAL SUR-REPLY MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

     Plaintiff Harbinger International Holdings S.A. ("Harbinger") respectfully submits this supplemental sur-reply memorandum of law in opposition to the motions of all Defendants to dismiss the Complaint in this action.

     The undersigned have reviewed Plaintiffs' Sur-Reply Memorandum of Law in Further Opposition to Defendants' Motions to Dismiss the Complaint. On behalf of Harbinger, we join in the arguments presented in that memorandum.

1

2

Dated: New York, New York
April 23, 2008

                              MANUEL & ROSENFELD, LLP

                              */s/ Shira Y. Rosenfeld*
By:_____
           Shira Y. Rosenfeld (SR 5392)
          Charles B. Manuel, Jr. (CM 3020)
           One Penn Plaza, Suite 2527
           New York, New York 10119
               T: 212-792-0999
               F: 212-792-0998

                                   *Attorneys for*
             *Harbinger International Holdings S.A.*