```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
STEPHEN M. WILSON, BRW ENGINEERING      :
LTD., WIS PARTNERS, L.P., MOSHE BAR-    :
LEV, PATRICK ROSENBAUM, MICHAEL MORRIS, :
HAIM YIFRAH, TOP DOWN PARTNERS, LLC,    :
JOEL LEVINE, MORRIS TALANSKY, ABRAHAM   :
MOSHEL, MAGMA INTERNATIONAL SERVICES,   :
LTD., ALBERT REICHMANN, HEXAGRAM        :
INTERNATIONAL LIMITED, and POLYBUTES    :
COMPANY,                                :
                            Plaintiffs, :
                                        :   07 Civ. 6176 (DLC)
             -v-                        :
                                        :        ORDER
IMAGESAT INTERNATIONAL N.V., ISRAEL     :
AEROSPACE INDUSTRIES LTD., ELBIT        :
SYSTEMS LTD, MOISHE KERET, IZHAK        :
NISSAN, JACOB WEISS, SHIMON ECKHAUS,    :
MICHAEL FEDERMANN, ESTATE OF JACOB      :
TOREN, JOSEPH ACKERMAN, JOSEPH GASPAR,  :
GINO PIPERNO-BEER, JAMES DEPALMA, DAVID :
ARZI, YOAV CHELOUCHE, and YEHOSHUA      :
ELDAR,                                  :
                            Defendants. :
                                        :
----------------------------------------X
```

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/22/08

DENISE COTE, District Judge:

By Opinion dated today, defendants' October 15, 2007 motion to dismiss was granted. Accordingly, it is hereby

ORDERED that the Clerk of Court shall terminate all pending motions and close the case.

IT IS FURTHER ORDERED that dismissal of this action is conditioned on the representation by defendants (other than James DePalma) that (1)they will submit to the jurisdiction of

an Israeli court and to service of process; (2) any defenses asserted in an Israeli action on the basis of a time bar are limited to such defenses as existed as of July 2, 2007, the date this action was filed in the Southern District of New York; and (3) they are obligated to preserve relevant paper and electronic documents. These conditions will remain in place insofar as the plaintiffs file a lawsuit in Israel within sixty days of this Order or within sixty days of the issuance of the mandate in any timely appeal taken from today's Opinion to the United States Court of Appeals for the Second Circuit.

SO ORDERED:

Dated:   New York, New York
         July 22, 2008

_____
DENISE COTE
United States District Judge