USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN M. WILSON, et al.,

                Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., et al.,
                Defendants.
-----------------------------------------------------------X

07 CIVIL 6176 (DLC)

**JUDGMENT**

      All of the defendants but one having moved to dismiss this action under the doctrine of forum non conveniens, and the matter having come before the Honorable Denise Cote, United States District Judge, and the Court, on July 22, 2008, having rendered its Opinion and Order granting defendants' October 15, 2007 motion to dismiss subject to an accompanying Order dated July 22, 2008, conditioned on the representation by defendants (other than James DePalma) that (1) they will submit to the jurisdiction of an Israeli court and to service of process; (2) any defense asserted in an Israeli action on the basis of a time bar are limited to such defenses as existed as of July 2, 2007, the date this action was filed in the Southern District of New York; and (3) they are obligated to preserve relevant paper and electronic documents, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 22, 2008, defendants' October 15, 2007 motion to dismiss is granted subject to an accompanying Order dated July 22, 2008, conditioned on the representation by defendants (other than James DePalma) that (1) they will submit to the jurisdiction of an Israeli court and to service of process; (2) any defense asserted in an Israeli action on the basis of a time bar are limited to such defenses as existed as of July 2, 2007, the date this action was filed in the

Southern District of New York; and (3) they are obligated to preserve relevant paper and electronic; The Court directs that these conditions will remain in place insofar as the plaintiffs file a lawsuit in Israel within sixty days of the Order dated July 22, 2008 or within sixty days of the issuance of the mandate in any timely appeal taken from the Opinion and Order dated July 22, 2008 to the United States Court of Appeals for the Second Circuit; accordingly, the case is closed.

**Dated:** New York, New York
July 25, 2008

J. MICHAEL McMAHON
_____
Clerk of Court

BY: _____
Deputy Clerk


THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____