UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STEPHEN M. WILSON, BRW ENGINEERING LTD.,
WIS PARTNERS, L.P., MOSHE BAR-LEV, PATRICK
ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH,
TOP DOWN PARTNERS, LLC, JOEL LEVINE,
MORRIS TALANSKY, ABRAHAM MOSHEL,                : 07 Civ. 6176 (DLC)(DFE)
MAGMA INTERNATIONAL SERVICES, LTD.,
ALBERT REICHMANN, HEXAGRAM
INTERNATIONAL LIMITED, and POLYBUTES            : **NOTICE OF APPEAL**
COMPANY,

                    Plaintiffs,

HARBINGER INTERNATIONAL HOLDINGS S.A.,

                    Intervenor Plaintiff,

                    -against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., ELBIT SYSTEMS ELECTRO-OPTICS ELOP
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, SHIMON ECKHAUS, MICHAEL
FEDERMANN, ESTATE OF JACOB TOREN, JOSEPH
ACKERMAN, JOSEPH GASPAR, GINO PIPERNO-
BEER, JAMES DEPALMA, DAVID ARZI, YOAV
CHELOUCHE, and YEHOSHUA ELDAR,

                    Defendants.
------------------------------------------------------------------X

      Notice is hereby given that all Plaintiffs in this action hereby appeal to the United States Court of Appeals for the Second Circuit from the judgment of the United States District Court for the Southern District of New York, entered in this action on the 25th day of July, 2008 (Docket No. 137), upon the Opinion and Order of the Honorable Denise L. Cote dated July 22, 2008 (Docket No. 135) and the Order of the Honorable Denise L. Cote dated July 22, 2008 (Docket No. 136), which dismissed Plaintiffs-Appellants' First Amended Complaint.

Dated: New York, New York
July 25, 2008

                                       GANFER & SHORE, LLP

                                       By: _____
                                            Ira Brad Matetsky (IM1881)
                                            Mark A. Berman (MB5202)
                                            William A. Jaskola (WJ9839)
                                 360 Lexington Avenue
                                 New York, New York 10017
                                 (212) 922-9250
                                 (212) 922-9335 fax
                                 *Attorneys for Plaintiffs-Appellants*

TO:     CLERK OF THE COURT
         SOUTHERN DISTRICT OF NEW YORK
         United States District Court for the
           Southern District of New York
         500 Pearl Street
         New York, New York 10007

         MILBANK, TWEED, HADLEY &
         McCLOY LLP
         1 Chase Manhattan Plaza
         New York, New York 10005
         (212) 530-5000
         *Attorneys for Defendants ImageSat*
           *International, N.V., Keret, Nissan, Weiss,*
           *Eckhaus, Piperno-Beer, Arzi, and Chelouche*

         COHEN TAUBER SPIEVACK &
         WAGNER, LLP
         420 Lexington Avenue, Suite 2400
         New York, New York 10170
         (212) 586-5800
             -and-
         PAUL, WEISS, RIFKIND, WHARTON &
         GARRISON LLP
         1285 Avenue of the Americas
         New York, New York 10019
         (212) 373-3000
         *Attorneys for Defendants Israel*
           *Aerospace International, Ltd. and Eldar*

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Defendants Elbit
  Systems, Ltd., Elbit Systems
  Electro-Optics Elop Ltd., Ackerman,
  Federmann, Gaspar, and Estate of Toren*

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
*Attorneys for Defendant DePalma*

MANUEL & ROSENFELD, LLP
One Penn Plaza, Suite 2527
New York, New York 10119
(212) 792-0999
*Attorneys for Intervenor Plaintiff
  Harbinger International Holdings S.A.*