

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEPHEN M. WILSON, BRW ENGINEERING LTD.,
WIS PARTNERS LTD., MOSHE BAR-LEV, PATRICK
ROSENBAUM, MICHAEL MORRIS, HAIM YIFRAH,
TOP DOWN PARTNERS, LLC, JOEL LEVINE,
MORRIS TALANSKY, ABRAHAM MOSHEL,
MAGMA INTERNATIONAL SERVICES, LTD.,
ALBERT REICHMANN, HEXAGRAM & CO., and
POLYBUTES COMPANY,

                          Plaintiffs,

HARBINGER INTERNATIONAL HOLDINGS, S.A.,

                          Intervenor Plaintiff,

        -against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., ELBIT SYSTEMS ELECTRO-OPTICS ELOP
LTD., MOSHE KERET, ISHAK NISSAN, JACOB
WEISS, SHIMON ECKHAUS, MICHAEL FEDERMANN,
ESTATE OF JACOB TOREN, JOSEPH ACKERMAN,
JOSEPH GASPAR, GINO PIPERNO-BEER,
JAMES DEPALMA, DAVID ARZI,
YOAV CHELOUCHE and YEHOSHUA ELDAR,

                          Defendants.
---------------------------------------------------------------X

07-Civ-6176 (DLC)

ECF CASE

**NOTICE OF APPEAL**

      Notice is hereby given that Intervenor Plaintiff Harbinger International Holdings, S.A. appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the Southern District of New York, entered in this action on July 25, 2008 (Docket No. 137), upon the Opinion and Order of the Honorable Denise L. Cote dated July 22, 2008 (Docket No. 135) and the Order of the Honorable Denise L. Cote dated July 22, 2008 (Docket No. 136), which dismissed Plaintiffs-Appellants' First Amended Complaint.

1

Dated: New York, New York
August 13, 2008

ROSENFELD LAW, PLLC

By: _____
Shira Y. Rosenfeld (SR 5392)
One Penn Plaza, Suite 2527
New York, New York 10119
T: 212-792-0999
F: 212-792-0998

*Attorneys for*
*Harbinger International Holdings S.A.*

To:   Clerk of the Court
Southern District of New York
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Ganfer & Shore, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
*Attorneys for Plaintiffs*

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(212) 530-5000
*Attorneys for Defendants*
*ImageSat International, N.V., Keret, Nissan, Weiss,*
*Eckhaus, Piperno-Beer, Arzi and Chelouche*

Cohen Tauber Spievack & Wagner, LLP
420 Lexington Avenue, Suite 2400
New York, New York 10170
(212) 586-5800
          -and-
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000
*Attorneys for Defendants*
*Israel Aerospace International, Ltd. and Eldar*

2

Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166
(212) 801-9200
*Attorneys for Defendants*
*Elbit Systems, Ltd., Elbit Systems Electro-Optics Elop Ltd.,*
*Ackerman, Federmann, Gaspar and Estate of Toren*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for Defendant DePalma*