```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEPHEN M. WILSON, *et al.*

                  Plaintiffs,

-against-

IMAGESAT INTERNATIONAL N.V., *et al.*

                  Defendants.

07 Civ. 6176 (DLC)

**STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTATION OF THE RECORD**

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for all parties that, pursuant to Federal Rule of Appellate Procedure 10(e)(2)(B), the record in the above-captioned matter be supplemented to include: (1) the letter from Eric Goldstein, Esq. to the Honorable Laura Taylor Swain, dated May 19, 2008, with exhibits (a copy of which is attached hereto as Exhibit A); (2) the letter from Ira Brad Matetsky, Esq. to the Honorable Laura Taylor. Swain, dated May 20, 2008 (a copy of which is attached hereto as Exhibit B); and (3) this Stipulation and Order.

      The parties further agree that a certified supplemental record for the above-captioned matter including this Stipulation and Order and its exhibits shall be forwarded to the United States Court of Appeals for the Second Circuit.

      Defendants believe that it is appropriate to include the attached letters as part of the record because the Court referred to, and relied upon, facts contained in these letters in its July 30, 2008 Amended Opinion and Order. Plaintiffs have no objection thereto.

      This Stipulation does not constitute an acknowledgement by Plaintiffs (including Intervenor-Plaintiff) of the relevance or materiality of the supplemental materials.

NY2:#4801271

*So ordered.*

*[signature]*
August 26, 2008

Dated: New York, N.Y.
August 20, 2008

GANFER & SHORE, LLP

By: /s/ Ira Brad Matetsky
    Ira Brad Matetsky (IM 1881)
    360 Lexington Avenue
    New York, New York 10017
    (212) 922-9250
    (212) 922-9335 (facsimile)
    imatetsky@ganshore.com
    *Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By: /s/ Shira Rosenfeld
    Shira Rosenfeld
    One Penn Plaza, Suite 2527
    New York, New York 10119
    (212) 792-0999
    syr@mr-law.net
    *Attorneys for Intervenor Plaintiff*
    *Harbinger International Holdings S.A.*

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:_____
    Sander Bak (SB-2263)
    Atara Miller (AM 1798)
    1 Chase Manhattan Plaza
    New York, New York 10005
    (212) 530-5000
    Sbak@milbank.com
    *Attorneys for Defendants ImageSat*
    *International, N.V., Keret, Nissan, Weiss,*
    *Eckhaus, Piperno-Beer, Arzi, and*
    *Chelouche*

COHEN TAUBER SPIEVACK & WAGNER, P.C.

By:_____
    Stephen Wagner (SW 2500)
    Sari E. Kolatch (SK 3026)
    420 Lexington Avenue, Suite 2400
    New York, New York 10170
    (212) 586-5800
    swagner@ctswlaw.com
    *Attorneys for Defendants Israel*
    *Aerospace International, Ltd. & Eldar*

GREENBERG TRAURIG, LLP

By:_____
    Simon Miller (SM 6278)
    200 Park Avenue
    New York, New York 10166
    (212) 801-9200
    millersj@gtlaw.com
    *Attorneys for Defendants Elbit*
    *Systems, Ltd., Ackerman, Federman,*
    *Gaspar, and Estate of Toren*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:_____
    Eric S. Goldstein (ESG 1034)
    Jonathan Hurwitz (JHH 8037)
    1285 Avenue of the Americas
    New York, New York 10019
    (212) 373-3000
    egoldstein@paulweiss.com
    *Attorneys for Defendants Israel*
    *Aerospace International, Ltd. & Eldar*

Dated: New York, N.Y.
       August 20, 2008

GANFER & SHORE, LLP

By:_____
    Ira Brad Matetsky (IM1881)
    360 Lexington Avenue
    New York, New York 10017
    (212) 922-9250
    (212) 922-9335 (facsimile)
    imatetsky@ganshore.com
    *Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By:_____
    Shira Rosenfeld
    One Penn Plaza, Suite 2527
    New York, New York 10119
    (212) 792-0999
    syr@mr-law.net
    *Attorneys for Intervenor Plaintiff*
    *Harbinger International Holdings S.A.*

MILBANK, TWEED, HADLEY & MCCLOY LLP

By: /s/ Atara Miller
    Sander Bak (SB-2263)
    Atara Miller (AM 1798)
    1 Chase Manhattan Plaza
    New York, New York 10005
    (212) 530-5000
    Sbak@milbank.com
    *Attorneys for Defendants ImageSat*
    *International, N.V., Keret, Nissan, Weiss,*
    *Eckhaus, Piperno-Beer, Arzi, and*
    *Chelouche*

COHEN TAUBER SPIEVACK & WAGNER, P.C.

By:_____
    Stephen Wagner (SW 2500)
    Sari E. Kolatch (SK 3026)
    420 Lexington Avenue, Suite 2400
    New York, New York 10170
    (212) 586-5800
    swagner@ctswlaw.com
    *Attorneys for Defendants Israel*
    *Aerospace International, Ltd. & Eldar*

GREENBERG TRAURIG, LLP

By:_____
    Simon Miller (SM 6278)
    200 Park Avenue
    New York, New York 10166
    (212) 801-9200
    millersj@gtlaw.com
    *Attorneys for Defendants Elbit*
    *Systems, Ltd., Ackerman, Federman,*
    *Gaspar, and Estate of Toren*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:_____
    Eric S. Goldstein (ESG 1034)
    Jonathan Hurwitz (JHH 8037)
    1285 Avenue of the Americas
    New York, New York 10019
    (212) 373-3000
    egoldstein@paulweiss.com
    *Attorneys for Defendants Israel*
    *Aerospace International, Ltd. & Eldar*

Dated: New York, N.Y.
August 20, 2008

| | |
|---|---|
| GANFER & SHORE, LLP | MANUEL & ROSENFELD, LLP |
| By:_____<br>Ira Brad Matetsky (IM1881)<br>360 Lexington Avenue<br>New York, New York 10017<br>(212) 922-9250<br>(212) 922-9335 (facsimile)<br>imatetsky@ganshore.com<br>*Attorneys for Plaintiffs* | By:_____<br>Shira Rosenfeld<br>One Penn Plaza, Suite 2527<br>New York, New York 10119<br>(212) 792-0999<br>syr@mr-law.net<br>*Attorneys for Intervenor Plaintiff<br>Harbinger International Holdings S.A.* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | COHEN TAUBER SPIEVACK & WAGNER P.C. |
| By:_____<br>Sander Bak (SB-2263)<br>Deborah Elman (DE 2310)<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>(212) 530-5000<br>Sbak@milbank.com<br>*Attorneys for Defendants ImageSat<br>International, N.V., Keret, Nissan, Weiss,<br>Eckhaus, Piperno-Beer, Arzi, and<br>Chelouche* | By: /s/ Sari C. Kolatch<br>Stephen Wagner (SW 2500)<br>Sari Kolatch (SK 3026)<br>420 Lexington Avenue, Suite 2400<br>New York, New York 10170<br>(212) 586-5800<br>swagner@ctswlaw.com<br>*Attorneys for Defendants Israel<br>Aerospace International, Ltd. & Eldar* |
| GREENBERG TRAURIG, LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| By:_____<br>Simon Miller (SM 6278)<br>200 Park Avenue<br>New York, New York 10166<br>(212) 801-9200<br>millersj@gtlaw.com<br>*Attorneys for Defendants Elbit<br>Systems, Ltd., Ackerman, Federman,<br>Gaspar, and Estate of Toren* | By:_____<br>Eric S. Goldstein (ESG 1034)<br>Jonathan Hurwitz (JHH 8037)<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>egoldstein@paulweiss.com<br>*Attorneys for Defendants Israel<br>Aerospace International, Ltd. & Eldar* |

NY2:#4801271

Dated: New York, N.Y.
       August 20, 2008

GANFER & SHORE, LLP

By:_____
    Ira Brad Matetsky (IM1881)
    360 Lexington Avenue
    New York, New York 10017
    (212) 922-9250
    (212) 922-9335 (facsimile)
    imatetsky@ganshore.com
    *Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By:_____
    Shira Rosenfeld
    One Penn Plaza, Suite 2527
    New York, New York 10119
    (212) 792-0999
    syr@mr-law.net
    *Attorneys for Intervenor Plaintiff*
    *Harbinger International Holdings S.A.*

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:_____
    Sander Bak (SB-2263)
    Atara Miller (AM 1798)
    1 Chase Manhattan Plaza
    New York, New York 10005
    (212) 530-5000
    Sbak@milbank.com
    *Attorneys for Defendants ImageSat*
    *International, N.V., Keret, Nissan, Weiss,*
    *Eckhaus, Piperno-Beer, Arzi, and*
    *Chelouche*

COHEN TAUBER SPIEVACK & WAGNER, P.C.

By:_____
    Stephen Wagner (SW 2500)
    Sari E. Kolatch (SK 3026)
    420 Lexington Avenue, Suite 2400
    New York, New York 10170
    (212) 586-5800
    swagner@ctswlaw.com
    *Attorneys for Defendants Israel*
    *Aerospace International, Ltd. & Eldar*

GREENBERG TRAURIG, LLP

By: *Simon Miller* /cc
    Simon Miller (SM 6278)
    200 Park Avenue
    New York, New York 10166
    (212) 801-9200
    millersj@gtlaw.com
    *Attorneys for Defendants Elbit*
    *Systems, Ltd., Ackerman, Federman,*
    *Gaspar, and Estate of Toren*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:_____
    Eric S. Goldstein (ESG 1034)
    Jonathan Hurwitz (JHH 8037)
    1285 Avenue of the Americas
    New York, New York 10019
    (212) 373-3000
    egoldstein@paulweiss.com
    *Attorneys for Defendants Israel*
    *Aerospace International, Ltd. & Eldar*

Dated: New York, N.Y.
       August 20, 2008

GANFER & SHORE, LLP

By:_____
    Ira Brad Matetsky (IM1881)
    360 Lexington Avenue
    New York, New York 10017
    (212) 922-9250
    (212) 922-9335 (facsimile)
    imatetsky@ganshore.com
    *Attorneys for Plaintiffs*

MANUEL & ROSENFELD, LLP

By:_____
    Shira Rosenfeld
    One Penn Plaza, Suite 2527
    New York, New York 10119
    (212) 792-0999
    syr@mr-law.net
    *Attorneys for Intervenor Plaintiff
    Harbinger International Holdings S.A.*

MILBANK, TWEED, HADLEY & MCCLOY LLP

By:_____
    Sander Bak (SB-2263)
    Atara Miller (AM 1798)
    1 Chase Manhattan Plaza
    New York, New York 10005
    (212) 530-5000
    Sbak@milbank.com
    *Attorneys for Defendants ImageSat
    International, N.V., Keret, Nissan, Weiss,
    Eckhaus, Piperno-Beer, Arzi, and
    Chelouche*

COHEN TAUBER SPIEVACK & WAGNER, P.C.

By:_____
    Stephen Wagner (SW 2500)
    Sari E. Kolatch (SK 3026)
    420 Lexington Avenue, Suite 2400
    New York, New York 10170
    (212) 586-5800
    swagner@ctswlaw.com
    *Attorneys for Defendants Israel
    Aerospace International, Ltd. & Eldar*

GREENBERG TRAURIG, LLP

By:_____
    Simon Miller (SM 6278)
    200 Park Avenue
    New York, New York 10166
    (212) 801-9200
    millersj@gtlaw.com
    *Attorneys for Defendants Elbit
    Systems, Ltd., Ackerman, Federman,
    Gaspar, and Estate of Toren*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ *[signature]*
    Eric S. Goldstein (ESG 1034)
    Jonathan Hurwitz (JHH 8037)
    1285 Avenue of the Americas
    New York, New York 10019
    (212) 373-3000
    egoldstein@paulweiss.com
    *Attorneys for Defendants Israel
    Aerospace International, Ltd. & Eldar*

NY2:#4801271

**SO ORDERED:**

_____
Honorable Denise L. Cote
United States District Judge